EXHIBIT "1"

Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KAREEM TORAIN,                    :

      Plaintiff,               :

  vs.                              :

CITY OF PHILADELPHIA, et al : Civil Action: 14-1643

      Defendants.              : Lead Docket No. 13-2773


-----
THURSDAY, SEPTEMBER 30, 2021
-----



      Oral deposition of KAREEM TORAIN held at the
Law Offices of Marshall, Dennehey, Warner, Coleman &
Goggin, 2000 Market Street, Philadelphia,
Pennsylvania, commencing at 10:11 a.m., by and before
Jo-Anne M. Bosler, Professional Shorthand Reporter
and Notary Public.



------

M A G N A L E G A L S E R V I C E S

(888) 624-6221

www.MagnaLS.com



Page 2

APPEARANCES:

LAW OFFICES OF MICHAEL PILEGGI
BY: MICHAEL PILEGGI, ESQUIRE
303 Chestnut Street
Philadelphia, Pennsylvania 19106
(215) 627-8516
Pil423@aol.com
Attorneys for the Plaintiff

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
BY: JOHN GONZALES, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, Pennsylvania 19103
(215) 575-2600
Jpgonzales@mdwcg.com
Attorneys for the Defendant Brian Reynolds

CITY OF PHILADELPHIA LAW DEPARTMENT
BY: ANNE TAYLOR, ESQUIRE
One Parkway, 14th Floor
Philadelphia, Pennsylvania 19102

Anne.Taylor@Phila.gov
Attorneys for the Defendants City of
Philadelphia, Brian Monaghan, Corporal
Sinclair, and Sean Kelly

Page 3

### I N D E X

| WITNESS | PAGE |
|---|---|
| KAREEM TORAIN | |
| By MR. GONZALES | 5, 187, 198 |
| By MS. TAYLOR | 179 |
| By MR. PILEGGI | 192 |

### E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Torain-1 | Defendant's Interrogatories | 171 |
| Torain-2 | Plaintiff's Response to Interrogatories | 171 |

Page 4

### DEPOSITION SUPPORT INDEX

DIRECTION TO WITNESS NOT TO ANSWER
PAGE            LINE
(None)

REQUEST FOR PRODUCTION OF DOCUMENTS
PAGE            LINE

21-22            23-18

QUESTIONS MARKED

PAGE            LINE

(None)

Page 5

```
 1              (By agreement of counsel,
 2         all objections, except as to the form
 3         of the question, are reserved until
 4         the time of trial.)
 5              - - -
 6              KAREEM TORAIN, having been duly
 7         sworn, was examined and testified as
 8         follows:
 9              - - -
10              EXAMINATION
11              - - -
12    BY MR. GONZALES:
13       Q.  Mr. Torain, my name is John
14    Gonzales.  I represent Brian Reynolds in
15    the lawsuit that you had filed against him
16    and other defendants.  We're here today to
17    take your deposition.
18       A.  Okay.
19       Q.  Which is an opportunity for the
20    attorneys who are involved in your case to
21    ask you questions under oath regarding any
22    information you might have that might be
23    relevant to your lawsuit.
24       A.  Okay.
```



Page 6

1    Q. Before I begin asking questions,
2    however, I have a couple of instructions
3    for you. There's a court reporter seated
4    to your left. She is taking down all of
5    my questions and all of your answers. She
6    cannot take down nods of the head or
7    unn-nns or huh-huhs. So it's important
8    that you give verbal responses to my
9    questions.
10    A. Okay.
11    Q. Do you understand that instruction?
12    A. Yes.
13    Q. The second instruction you may be
14    able to anticipate some of the questions
15    that I'm going to ask you today. But it
16    makes it a lot easier on the court
17    reporter if only one of us is talking at
18    once.
19        Do you understand that instruction?
20    A. Yes.
21    Q. The third instruction is if you
22    don't hear or understand a question that I
23    ask just ask me to rephrase the question,
24    because if you answer the question I will

Page 7

1    assume that you heard it and that you
2    understood it.
3    A. Okay.
4    Q. Do you understand that instruction?
5    A. Yes.
6    Q. Is there any reason why you would
7    not be able to testify truthfully today?
8    A. No.
9    Q. Can you state your full name,
10    please?
11    A. Kareem Torain.
12    Q. Do you have a middle name?
13    A. Shakur.
14    Q. Can you spell that?
15    A. S-h-a-k-u-r.
16    Q. Mr. Torain, what is your date of
17    birth?
18    A. 6/28/77.
19    Q. Have you gone by any other names?
20    A. Yes.
21    Q. What other names had you gone by?
22    A. Gotti.
23    Q. Can you spell that, please?
24    A. G-o-t-t-i.

Page 8

1    Q. Any other names?
2    A. That's it.
3    Q. Where do you live?
4    A. 1621 North Conestoga Street.
5    Q. Where is that located?
6    A. It's West Philadelphia, between
7    54th and 57th Lansdowne.
8    Q. What is the zip code?
9    A. 19131.
10    Q. Do you live there with anyone?
11    A. My mom.
12    Q. And what is your mother's name?
13    A. Carolyn Torain. And my niece
14    Kareema Baker.
15        THE COURT REPORTER: What
16    was her first name?
17        THE WITNESS: Kareema
18    Baker.
19    BY MR. GONZALES:
20    Q. Can you spell that, please?
21    A. K-a-r-e-e-m-a, Baker, B-a-k-e-r.
22    Q. And how long have you been living
23    continuously at 1621 North Conestoga
24    Street?

Page 9

1    A. My whole life.
2    Q. What's the name of your father?
3    A. Raymond Washington.
4    Q. Is he alive?
5    A. Yes.
6    Q. Where does he live?
7    A. I don't know the address, but he
8    lives on 22nd and Toronto, North
9    Philadelphia.
10    Q. Do you still have any relationship
11    with Mr. Washington?
12    A. Yes.
13    Q. How often do you visit or see him?
14    A. Every Friday when I go to Jumar.
15    Q. When you go to where?
16    A. Jumar services. Religious
17    services.
18    Q. Can you spell that?
19    A. J-u-m-a-r, Jumar. Sometimes they
20    put an h behind it, but it's still the
21    same.
22    Q. Do you have any brothers or
23    sisters?
24    A. Yes. I have two sisters. My



Page 10

1  brother is deceased.
2      Q. Okay. What are your sisters'
3  names?
4      A. Tameka (sp) Torain, Margaret
5  Torain.
6      Q. And your brother's name was what?
7      A. Talib Torain.
8      Q. Can you spell that, please?
9      A. T-a-l-i -- T-a-l-i-b Torain.
10      Q. What is Tameka's date of birth?
11      A. She March 23rd, I believe, '75. I
12  believe.
13      Q. And Margaret?
14      A. Margaret might be -- I know she was
15  born in '73. I don't know the exact
16  month.
17      Q. That's fine.
18          And Talib?
19      A. Talib was January 1st, '79.
20      Q. When did Talib pass away?
21      A. Talib was murdered in 2006.
22      Q. Kareema Baker who lives at North
23  Conestoga -- your niece -- who are her
24  parents?

Page 11

1      A. Talib Torain is her father. And
2  her mom is Shante -- Shante Baker. She's
3  deceased.
4      Q. How do you spell the mother's name?
5      A. S-h-a-n-t-e, Shante Baker, I
6  believe her last name was. She's
7  deceased, too.
8      Q. How old is your niece Kareema?
9      A. I think she's 21. No older than
10  22.
11      Q. Where does Tameka live?
12      A. 6630 Lansdowne Avenue.
13      Q. Where is that located?
14      A. It's like past -- between -- all I
15  remember is it's the Overbrook section.
16      Q. But it's in --
17      A. It's in West Philadelphia.
18      Q. That what's I want to know --
19      A. Yeah, west Philadelphia. Yeah.
20      Q. That's what I want to know if it's
21  in the city.
22      A. Yeah. It's in the city.
23  Philadelphia.
24      Q. And where does Margaret live?

Page 12

1      A. Margaret lives on Pine Street, 61st
2  Street. Pine. I don't know the exact
3  address. It's a big duplex. She lives
4  there.
5      Q. Okay. That's also in Philadelphia?
6      A. That's in Philadelphia. Yeah.
7      Q. And who's Tameka's dad?
8      A. Raymond.
9      Q. And Tameka's mom?
10      A. Carolyn.
11      Q. Same with Margaret?
12      A. Margaret got the same mom,
13  different dad.
14      Q. All right. Who is Margaret's dad?
15      A. He dad name Eddie. I don't know
16  nothing else about him. Her and Talib
17  have the same dad.
18      Q. And Talib's dad was Eddie?
19      A. Yep.
20      Q. You don't know Eddie's last name?
21      A. I don't even know if his real name
22  is Eddie.
23      Q. Are you currently employed?
24      A. Yes.

Page 13

1      Q. Where do you work?
2      A. I got a company Lock the Globe
3  Cleaning.
4      Q. Lock the Globe?
5      A. Cleaning, LLC.
6      Q. Right. That's what it's called,
7  Lock the Globe?
8      A. Yeah. Cleaning, LLC.
9      Q. Got it.
10          When you say you have a company, is
11  it your company?
12      A. It's me and my partner, Vincent
13  James, that's my partner.
14      Q. Can you spell the first name,
15  please?
16      A. V-i-n-c-e-n-t, Vincent, James,
17  J-a-m-e-s.
18      Q. Where is the office or the
19  location?
20      A. We use 1621 address as the
21  location. We do commercial. That's it.
22  Commercial cleaning. And clean outs.
23      Q. Did you and Vincent form the
24  company?

Page 14

1    A. Yeah. Together, yeah.
2    Q. When did you form the company?
3    A. 2018.
4    Q. Does the company has an accountant?
5    A. My sister. My sister really do
6    that. Margaret Torain usually do all the
7    taxes and all that -- make sure all that
8    get done.
9    Q. Is she the bookkeeper for the
10   business?
11   A. Yeah. She keep everything in
12   order.
13   Q. How much money did you make last
14   year?
15   A. After taxes?
16   Q. Well, you can tell me before or
17   after, whatever you want.
18   A. I don't know. Maybe 60-something
19   thousand or more. I don't know. She has
20   all the paperwork what we made.
21   Q. Did you file taxes in --
22   A. I filed --
23   Q. Hold on. Let me get the question
24   out.

Page 15

1        Did you file taxes in 2020?
2    A. Yes.
3    Q. Do you file taxes in 2019?
4    A. Yes.
5    Q. Did you file taxes in 2018?
6    A. Yes. I believe, yes.
7    Q. Would you be able to get copies of
8    those tax returns and provide them to your
9    attorney?
10   A. Yes.
11   Q. Does the company have any
12   employees?
13   A. No. Just Vincent James is working
14   at one of them.
15   Q. So you and Vincent do the work?
16   A. Yeah. The commerc -- yeah, the
17   cleaning, yeah.
18   Q. And when you say commercial
19   cleaning, you do what?
20   A. We got a contract with Mercy --
21   Mercy Health. It's like a daycare. We
22   got that through a franchise.
23   Q. Is Lock the Globe a franchise?
24   A. Lock the Globe is a company by

Page 16

1    itself. It's an LLC.
2    Q. Okay. All right. It's not like,
3    like you bought --
4    A. We went to a cleaning company that
5    you could by into the franchise and they
6    get you the jobs.
7    Q. Right.
8    A. And that's what we did.
9    Q. Okay.
10   A. Clean Net.
11   Q. What's the name of the company?
12   A. Clean Net.
13   Q. Clean Net.
14   A. Clean Net U.S.A.
15   Q. What did you do before you formed
16   Lock The Globe Cleaning?
17   A. I was still -- I was on welfare
18   when I first came out, before I started
19   Lock The Globe Cleaning.
20   Q. So when did you get out of prison?
21   A. 2014.
22   Q. So from 2014 until 2018 you were on
23   Welfare?
24   A. Yes. I'm still on Welfare as far

Page 17

1    as medical. Just medical and food stamps.
2    Q. Where did you go to high school?
3    A. Overbrook.
4    Q. I saw in your answers to
5    interrogatories you did not graduate from
6    Overbrook --
7    A. Nope.
8    Q. -- is that correct?
9    A. Yep.
10   Q. How far did you get?
11   A. Ninth.
12   Q. Have you obtained your G.E.D. since
13   then?
14   A. Nope.
15   Q. Have you tried to obtain your
16   G.E.D.
17   A. Yes. When I was incarcerated I
18   did.
19   Q. Why were you not able to finish
20   getting your G.E.D.?
21   A. I ain't pass the test.
22   Q. Did you take the test?
23   A. I took the test twice.
24   Q. After you got out in 2014 did you

Page 18

1  enroll in any type of education or program
2  to assist you in getting your G.E.D.?
3      A. Nope.
4      Q. Why not?
5      A. Because I ain't enroll in nothing.
6  I just ain't going to try to get it.
7      Q. After you got out in 2014 did you
8  enroll in any type of job training
9  program?
10      A. Nope.
11      Q. Why not?
12      A. Because I started -- I had a book
13  publishing company so I -- I had a book
14  publishing company before I even came
15  home, I started a book publishing company
16  called Lock the Globe Publishing. I have
17  two books out and I have about two more
18  about to come out -- March.
19      Q. What's it called Lock The Globe?
20      A. Lock the Globe Publishing.
21      Q. Where is the business address for
22  Lock the Globe?
23      A. I'm using 1621. But I used to have
24  a P.O. Box when I was -- so the books can

Page 19

1  be sent.
2      Q. And how many books -- well, strike
3  that.
4      Does Lock the Globe Publishing
5  physically publish the books or --
6      A. Yes. You got to send them to,
7  like, Create a Space to handle that. They
8  print them on demand. When somebody call
9  to order, they print them and send them.
10      Q. How much money have you made from
11  the publishing of books?
12      A. Not a lot. My sister got the
13  records of whatever we made online --
14  whoever ordered the book.
15      Q. Do you know Miguel Moon?
16      A. He's my cousin.
17      Q. So how is he your cousin? What's
18  the relationship?
19      A. His grandfather and my grandmom are
20  brother and sister.
21      Q. What was your grandmother's name?
22      A. Shirley Torain.
23      Q. Is she still alive?
24      A. Dead.

Page 20

1      Q. When did she pass?
2      A. She passed when I was incarcerated.
3  She passed, like, two thousand -- I
4  forgot, two thousand and something. I was
5  incarcerated when she passed.
6      Q. Other than the G.E.D. classes you
7  took while you were incarcerated and
8  Overbrook, did you go anywhere for -- and
9  take any type of classroom work?
10      A. No.
11      Q. Did you go anywhere -- and, again,
12  other than what you may have received
13  while incarcerated have you ever enrolled
14  in any type of job training or
15  certification program?
16      A. No.
17      Q. Do you have a primary care doctor?
18      A. Yes. Spectrum.
19      Q. Can you spell that?
20      A. S-p -- I don't know the correct
21  spelling. I got it in my pocket.
22      Q. Yeah, if you don't mind.
23          MR. GONZALES: Do you mind
24      if I take a picture and e-mail it

Page 21

1  to you and Anne?
2          We can go off the record.
3          (Discussion was held off
4      the record.)
5  BY MR. GONZALES:
6      Q. Back on the record, you were able
7  to show me your insurance card with the
8  name of your primary care doctor, Dr.
9  DeMarco.
10      A. Yeah.
11      Q. Right. But he's part of a practice
12  called Spectrum?
13      A. Spectrum. Yeah.
14      Q. Do you know -- where is their
15  office located?
16      A. 52nd and Haverford. Around the
17  corner. In West Philadelphia.
18      Q. Who was your primary doctor before
19  Spectrum?
20      A. I had -- I went to primary doctor
21  on 61st and Lansdowne. It was a female.
22  She ain't there no more.
23      Q. Do you remember what the name of
24  the practice was or what her name was?

Page 22

1      A. It was probably under his name --
2    who runs it. I can't remember off the top
3    of my head. Like, I went there for -- I
4    just switched to them -- I just switched
5    to Spectrum sometime this year. So I was
6    going there ever since I came out -- 61st
7    and Lansdowne.
8      Q. Right.
9      A. It sits on the corner, too.
10      Q. Is there any records or anything
11    you could look at home that would be able
12    to refresh your recollection --
13      A. For the name?
14      Q. Yes.
15      A. Yeah.
16      Q. I'm going to ask that you do that
17    and provide that information to your
18    attorney, if you could?
19      A. Yes.
20      Q. If it comes to your later just let
21    us know. Otherwise, just give it to your
22    attorney when you figure it out.
23        Would your mom know, by any chance?
24      A. Yes. Because she used to go there,

Page 23

1    too.
2      Q. Have you ever treated with a mental
3    health provider, like a therapist, a
4    social worker, a psychiatrist or
5    psychologist?
6      A. No.
7      Q. Do you have any children?
8      A. Yes.
9      Q. How many?
10      A. One.
11      Q. Boy or girl?
12      A. Girl.
13      Q. What's her name?
14      A. Raniesh.
15      Q. Can you spell that?
16      A. R-a-n-i-e-s-h.
17      Q. N-e-i-s-h?
18      A. Yeah. Bacon.
19      Q. Bacon?
20      A. Yeah. B-a-c-o-n.
21      Q. And what is Raniesh's date of
22    birth?
23      A. October-something. I don't know
24    offhand.

Page 24

1      Q. Do you know what year?
2      A. I think '92.
3      Q. Do you know where she lives?
4      A. She lives in Delaware.
5      Q. What's her mom's name?
6      A. Tiffany Armstrong.
7      Q. Where does Tiffany live?
8      A. I think she lives in Wilkes-Barre,
9    I believe.
10      Q. And do you have any relationship
11    with Raniesh?
12      A. Yes.
13      Q. Did you provide child support for
14    Raniesh at any time?
15      A. No. I ain't -- I never pay no
16    child support.
17      Q. Were you ever taken to court for
18    child support for Raniesh?
19      A. Nope.
20      Q. How often do you speak to or visit
21    with Raniesh?
22      A. I speak to her often. I just seen
23    her Saturday, a couple of days ago, this
24    weekend just past.

Page 25

1      Q. How about Tiffany Armstrong, do you
2    have --
3      A. No. I have --
4      Q. Wait a minute. I didn't ask the
5    question yet.
6        Do you have any relationship with
7    Tiffany?
8      A. No.
9      Q. Did you ever have any relationship
10    with Tiffany?
11      A. Back around in the early '90s when
12    I was messing with her. No, not in a lot
13    of years.
14      Q. Did you and Tiffany ever live
15    together?
16      A. No.
17      Q. So Tiffany had Raniesh but after
18    Raniesh you did not live with them?
19      A. No.
20      Q. And you didn't provide any child
21    support for Raniesh?
22      A. No.
23      Q. And Tiffany never took you to court
24    for payment of child support; is that

Page 26

1  correct?
2      A. Nope.
3      Q. Were there ever any dispute over
4  the custody of Raniesh between you and
5  Tiffany?
6      A. No.
7      Q. And Raniesh is the only child you
8  have; correct?
9      A. Yes.
10     Q. Have you ever been married?
11     A. Yes.
12     Q. Are you married now?
13     A. I'm married now.
14     Q. And who are you married to?
15     A. Emily Carter.
16     Q. When did you and Emily get married?
17     A. Two years ago.
18     Q. Where does Emily live?
19     A. She live 903 Fairfax.
20     Q. In the city?
21     A. Yeah -- no. I think it's Drexel
22  Hill, PA.
23     Q. Oh, okay.
24         Are you separated?

Page 27

1      A. Not separated, but we don't live
2  together though. We're not separated.
3      Q. Okay.
4      A. We're still married under the law.
5      Q. Right. But you don't live
6  together?
7      A. We don't live together.
8      Q. Why not?
9      A. We have a few mishaps. I ain't
10  want to move. She wanted me to move and I
11  ain't want to move.
12     Q. She wanted you to move out to
13  Drexel Hill?
14     A. Yeah. But I ain't want to move.
15     Q. When did she move out to Drexel
16  Hill?
17     A. I think she moved out to Drexel
18  Hill about a year and a half ago,
19  probably.
20     Q. Does she have family out there?
21     A. Nah. She has two sons. That's it.
22     Q. Did you and Emily ever live
23  together?
24     A. Nope.

Page 28

1      Q. All right. Did you have this
2  discussion before you got married?
3      A. Yeah. She was living in West
4  Philly at 62nd and Reece and I used to
5  spend the night at her house, but we
6  never, like -- I never had no -- nothing
7  in my name on no bills or nothing like
8  that. I wasn't paying, like, no rent. I
9  wasn't on the deed to the house or nothing
10  like that.
11     Q. Where did she live in the city?
12     A. 62nd and Reece. She was living
13  there about three or four years or more.
14     Q. Have you been married any other
15  times?
16     A. No.
17     Q. What are your long-term plans with
18  Emily, are you getting a divorce or --
19     A. I don't know about that. We got to
20  try to work it out.
21     Q. Are you going to convince her to
22  move back to the city?
23     A. I don't know.
24     Q. Other than the case that we're here

Page 29

1  about, your arrest in 2001, I want to go
2  through any other times you've been
3  arrested. Okay?
4      A. Okay.
5      Q. When was the first time you were
6  arrested?
7      A. I think back -- back in like, I was
8  a juvenile. 1989, '90, something like
9  that.
10     Q. Who arrested you? Not the -- if
11  you know the name of the officer, but if
12  not, the police department that arrested
13  you?
14     A. I think it was 19th District,
15  Philadelphia.
16     Q. What were you arrested for? What
17  were you charged with?
18     A. I was charged with, I think,
19  possession.
20     Q. Possession of drug or weapon?
21     A. No. Possession of drugs. But I
22  was in front of Judge Reynolds. I was a
23  juvenile.
24     Q. What kind of drugs were you charged

Page 30

1  with possession of?
2      A.  I think crack.
3      Q.  Did you have possession of crack?
4      A.  No.  They didn't catch me with
5  crack.  I served -- I served a lady and
6  she got locked up with the crack or
7  something like that.  They didn't catch me
8  with the crack.
9      Q.  But whether they caught you --
10     A.  But it was my charge.
11     Q.  I know.  Whether they caught you
12  with the crack or not --
13     A.  Yeah.
14     Q.  -- were you selling crack at the
15  time --
16     A.  At the time, yeah.  That's the case
17  I went down for.
18     Q.  What happened to the charges?
19     A.  I think I had to go to school
20  and -- like, I had to go to school.  I
21  didn't get no time for that.  I didn't get
22  no probation or nothing.  I had an
23  advocate at the time.
24     Q.  Okay.

Page 31

1      A.  I had an advocate.
2      Q.  Do you remember who your advocate
3  was?
4      A.  Mr. Woody.  I don't even know if
5  he's still alive.  He was a little old
6  back then.
7      Q.  Were you adjudicated directly?
8      A.  No.
9      Q.  You were not?
10     A.  No.
11     Q.  Where were you selling the crack?
12     A.  66th and Jefferson.
13     Q.  How long -- when did you start
14  selling crack?
15     A.  Around that time.
16     Q.  How old were you?  You said 16 or
17  17?
18     A.  No.  I was about 13.
19     Q.  When was the next time you were
20  arrested?
21     A.  '95.
22     Q.  What were you arrested for in 1995?
23     A.  1995 I was arrested for kidnap,
24  robbery, conspiracy.

Page 32

1      Q.  Who arrested you then?
2      A.  Regular police officer.
3      Q.  Again, Philadelphia Police?
4      A.  Philadelphia Police.
5      Q.  What happened to the charges?
6      A.  I went to jail.  That's where I
7  just came home from.
8      Q.  Did you plead guilty or did you go
9  to a trial?
10     A.  A trial.  A blue (sic) trial.
11     Q.  And was it a jury trial or --
12     A.  A judge.  Judge Keogh, Webster
13  Keogh.
14     Q.  And the judge found you guilty?
15     A.  Yes.
16     Q.  What were you sentenced to?
17     A.  Three and a half to seven.
18     Q.  So what -- in other words, you said
19  you were charged with kidnap, robbery and
20  conspiracy.
21         But what was their story?  What
22  were they saying you did?
23     A.  I was at two of the codefendants.
24  They just said I was with the person that

Page 33

1  did the kidnapping.  So they gave me
2  conspiracy.
3      Q.  Who was the person that they said
4  did the kidnapping?
5      A.  Shaheem Mohammed and Hasson
6  Jackson.
7      Q.  Did you know those two people?
8      A.  Yes.
9      Q.  How did you know them?
10     A.  They lived in the same
11  neighborhood -- West Philadelphia
12  neighborhood.
13     Q.  Did they kidnap somebody?
14     A.  Yes.
15     Q.  And were you with them when --
16     A.  I was with them when they --
17     Q.  Wait a minute.  You have to let me
18  finish.
19         Were you with them when they
20  kidnapped somebody?
21     A.  Yes.
22     Q.  What was the dispute over?
23     A.  It was about some money -- somebody
24  owing somebody money or something

Page 34

1  pertaining to that.
2      Q. Was drugs involved?
3      A. There was no drugs. I think it was
4  something a person supposedly had a -- I
5  don't know if he had a lawsuit claim or a
6  liability or something -- or a lottery
7  claim, a lawsuit claim. Something
8  pertaining to the guy was supposed to have
9  60,000 or something like that.
10     But I don't think it was pertaining
11  to no drugs or nothing.
12     Q. Okay. So Shaheem and Hasson wanted
13  to kidnap the guy --
14     A. Kidnap the guy --
15     Q. -- to get the money?
16     A. -- to get the money. Yeah.
17     Q. How did they get caught?
18     A. What his name got caught -- Jackson
19  got caught at the scene. I think Mohammed
20  wind up getting locked up later. He got
21  out on bail. They came to my house and
22  arrested me. I was 17 so I went to the
23  youth study center.
24     Q. All right. In that case you said

Page 35

1  you went to the trial with Judge Keogh.
2  So that was in Common Pleas -- that wasn't
3  in family court; right?
4      A. No. Common Pleas.
5      Q. And the time that you got served
6  you said -- did you spend all of it at the
7  youth study center?
8      A. No. I went to youth study
9  center -- I was 17 so they took me to the
10  youth study center city hall at the time
11  and then I turned 18 so they gave me a
12  bail RR. Then I came over to CJC. When I
13  went to trial at CJC. But I was 17 when
14  the case happened.
15     Q. Oh, I see. When you were arrested
16  and charged --
17     A. Yeah.
18     Q. Let me finish.
19         When you were arrested and charged
20  you were under 18.
21     A. Yes.
22     Q. So once you were arrested they took
23  you and processed you and you stayed at
24  the youth study center until your trial?

Page 36

1      A. I went to youth study center for
2  about two weeks. And then I went to a
3  bail hearing. And then I turned 18 in the
4  process.
5      Q. Okay. So you turned 18 before your
6  trial?
7      A. The case happened in '94. So the
8  case happened when I was 17. When they
9  locked me up I was 18. But they still
10  took me to the youth study center until
11  they certified me.
12     Q. Okay. What does certify mean?
13     A. It mean, like, they certified me as
14  an adult.
15     Q. Okay.
16     A. That's how I got RR, release on my
17  own recognizance.
18     Q. Okay. So you got released on your
19  own recognizance before the trial?
20     A. Before the trial.
21     Q. All right. But then after the
22  trial when you're found guilty then you
23  went --
24     A. I went upstate.

Page 37

1      Q. That's why you went to state?
2      A. That's why I went upstate. Yeah.
3      Q. Where did you spend your state
4  time?
5      A. I went to Graterford, Camp Hill.
6  Then I went to Smithfield.
7      Q. Smithfield?
8      A. Smithfield. SCI Smithfield.
9      Q. Where's that, Smithfield?
10     A. I think Smithfield -- there's
11  nothing there next to it. Huntingdon.
12  Huntingdon, PA.
13     Q. Oh, okay. So it's out west?
14     A. Probably it's -- I don't know.
15         MR. GONZALES: Off the
16     record.
17         (Discussion was held off
18     the record.)
19  BY MR. GONZALES:
20     Q. How long did you serve your
21  sentence?
22     A. I did almost four and a half years.
23  But I got paroled from Pennsylvania jail
24  and then I went over to New York, because

Page 38

1  I had a New York case.
2      Q. So you serve four and a half years
3  of your three and a half to seven --
4      A. Seven.
5      Q. -- in Pennsylvania?
6      A. In Pennsylvania.
7      Q. They released you from the PA state
8  prison but sent you up to New York?
9      A. New York came and got me.
10     Q. When was the New York -- what was
11 the New York charge?
12     A. New York charge was possession of
13 drugs. Possession charge.
14     Q. When was that?
15     A. I got that case in '96.
16     Q. Wait a minute. While you were
17 waiting for your trial?
18     A. Yeah. While I was waiting for
19 trial for the kidnapping I caught that
20 case.
21     Q. Okay.
22     A. Yeah. I caught that case. But I
23 got bailed out on that case. So when I
24 went to trial they put a detainer on me

Page 39

1  because I didn't make it to court.
2      Q. Okay. Where in New York did you
3  get arrested?
4      A. Port authority. Peter Pan bus.
5      Q. Were you allowed to leave the State
6  of Pennsylvania while you were released on
7  your own recognizance?
8      A. I wasn't on no, like -- I wasn't
9  under no penalties or nothing when I was
10 on my own recognizance. I wasn't, like --
11     Q. That's what I'm asking, there
12 weren't any restrictions or --
13     A. No. There wasn't no restrictions
14 on my movement.
15     Q. You're on a port authority -- you
16 were arrested by Port Authority Police.
17 They caught you with drugs.
18     A. They didn't catch me with the
19 drugs.
20     Q. They claim they caught you with the
21 drugs on a bus up at the port authority?
22     A. At the port authority.
23     Q. In New York City?
24     A. In New York City.

Page 40

1      Q. And what kind of drugs did they say
2  that you had?
3      A. It was cocaine.
4      Q. Crack cocaine or powder?
5      A. No. Powder. Powder substance.
6      Q. How much?
7      A. Like -- they said, like a hundred
8  grams. Something like that.
9      Q. Okay. And it's your testimony that
10 you had no cocaine on you at the time?
11     A. They found the drugs underneath the
12 seat. They didn't find drugs on me.
13     Q. But that wasn't my question.
14     A. Okay.
15     Q. Did you bring the drugs --
16     A. I didn't bring the drugs --
17     Q. Let me ask the question.
18        ` Did you bring the drugs on the bus?
19     A. No. I didn't bring the drugs on
20 the bus.
21     Q. Why were you going to New York City
22 that day?
23     A. I have family over in New York.
24     Q. And what was the family in New

Page 41

1  York?
2      A. I got an Aunt Kitty.
3      Q. What was your Aunt Kitty's last
4  name?
5      A. I don't know her last name, because
6  she was married -- she was my uncle's
7  wife. I didn't know her last name.
8      Q. And what's your uncle's name?
9      A. Shakur Washington.
10     Q. Same as your middle name?
11     A. Yes. There's Shakur Washington and
12 Ricky Washington is his name.
13     Q. All right. Prior to this visit in
14 1996 did you -- had you visited them
15 before?
16     A. Nah. Probably when I was younger.
17     Q. Was this the first time you went up
18 by yourself to visit them?
19     A. Yes.
20     Q. Were you going with anyone else on
21 the bus?
22     A. When I got locked up?
23     Q. Yes?
24     A. No. Not at that time.

1     Q. So you were arrested in New York
2  City while awaiting trial for the Philly
3  case?
4     A. Philly case.
5     Q. All right. And what happened with
6  the New York charges?
7       So you're charged with possession
8  then did you --
9     A. I made bail.
10    Q. Okay. So you made bail. And then
11 what happened to the case?
12    A. I came back to Pennsylvania for
13 that case. Got found guilty on the PA
14 case.
15    Q. Oh, okay. Go ahead.
16    A. So when I went upstate New York
17 knew where I was at because they came and
18 got me.
19    Q. Okay. Had you had the New York
20 case been adjudicated yet when they came
21 and got you?
22    A. No. What you mean by adjudicated?
23    Q. There hadn't been -- had there been
24 a trial or a plea?

1     A. When they came and got me I was
2  over in New York for a year ready to go to
3  trial. Instead of going to trial I
4  pleaded out.
5     Q. Okay. That's what I was trying to
6  get at.
7       So while you were doing your time
8  in Philadelphia the case in New York was
9  basically on hold?
10    A. On hold.
11    Q. Okay.
12    A. Yeah. Yeah.
13    Q. So you're released from PA after
14 serving four and a half. New York picks
15 you up and takes you where, to New York
16 City?
17    A. New York City, yeah. Manhattan.
18 Manhattan Tombs.
19    Q. Okay.
20    A. And then Rikers Island.
21    Q. How was that?
22    A. Rough spot.
23    Q. How long were you in Rikers Island
24 until the trial?

1     A. Like a year. I went over there in
2  '97 summer until '98 summer. So that was
3  like a year.
4     Q. So it took a year before you can
5  make bail?
6     A. No. I didn't make bail.
7     Q. I thought I asked you that.
8     A. No. I made bail. Back it up a
9  little. Back it up a little bit.
10       When I got the three and a half to
11 seven upstate, New York came and got me
12 while I was doing the PA time.
13    Q. Ohhh.
14    A. While I'm doing PA time New York
15 came and got me in '97. I went over there
16 until '98 -- a year. When I'm over there
17 I settled in for that year. When we
18 started trial I took the plea. The plea
19 was two to life parole -- two life -- life
20 parole. The only way I took the two life
21 parole because they didn't have two life
22 parole and decided we have to settle.
23       You get what I'm saying?
24    Q. Not at all.

1        MS. TAYLOR: Can I please
2     clarify?
3        MR. GONZALES: Please.
4        MS. TAYLOR: It sounds
5     like you were serving concurrent
6     time; is that --
7        THE WITNESS: The two life
8     was concurrent with the three and
9     a half to seven.
10       MS. TAYLOR: So the New
11    York sentence was concurrent --
12       THE WITNESS: With the
13    Pennsylvania.
14       MR. GONZALES: I got it.
15       MS. TAYLOR: Thank you.
16       THE WITNESS: Yeah. So
17    when they came and got me in 2000,
18    I made parole in Pennsylvania in
19    2000, when I went over to New
20    York -- I went over there to see
21    the parole board. I had to go
22    upstate to get a state number
23    because I never had a state number
24    in New York. So I went upstate in

Page 46

```
 1          New York, I made parole. They
 2     sent me to Lincoln Correctional
 3     facility.
 4          I got my release paper
 5     right here if you want to see it.
 6          MR. GONZALES: I do,
 7     actually. That would be good.
 8          Off the record.
 9          (Discussion was held off
10     the record.)
11     BY MR. GONZALES:
12     Q. So you were describing what
13     happened with New York and that you were
14     sentenced concurrently to the time that
15     you spent in Pennsylvania?
16     A. Yeah. New York ran the time I took
17     over there was concurrent up with
18     Pennsylvania.
19     Q. Did you have additional time,
20     though, that you had to spend in New York
21     after you were released from Pennsylvania?
22     A. Once Pennsylvania paroled me, New
23     York came and got me.
24     Q. Okay.
```

Page 47

```
 1     A. I had to go over to New York. I
 2     had to go over to New York to see the
 3     parole board.
 4     Q. Okay. So once you saw the parole
 5     board in New York what happened?
 6     A. They paroled me.
 7     Q. Okay. And then you returned home
 8     or what happened?
 9     A. No. That's when I was sent to
10     Lincoln Correctional facility. I went to,
11     like a half -- like a work release
12     program.
13     Q. Okay. In New York?
14     A. In New York.
15     Q. How long did you stay there?
16     A. I think I stayed about five or six
17     months I was in there.
18     Q. So what year was that?
19     A. 2000.
20     Q. So you lived there and then you
21     were able to work?
22     A. I worked inside there -- like
23     cleaned up.
24     Q. At the facility?
```

Page 48

```
 1     A. At the facility. And paint. I did
 2     painting, too. Yeah. You get paid from
 3     them.
 4     Q. So five or six months you spent at
 5     the halfway house, the work release
 6     program. Then after that what happened?
 7     A. I got released December 12th to
 8     1621 North Conestoga Street.
 9     Q. And that's the papers that --
10     A. That's the papers, that's the
11     release papers.
12     Q. That the paper you just showed me
13     that I scanned?
14     A. Yep.
15     Q. So what was the date of your actual
16     release?
17          It's hard to read on the document.
18     A. December 12th, 2000. It's
19     highlighted in yellow.
20     Q. Okay. Can I see that again.
21          After your release on December
22     12th, 2000 where did you go?
23     A. 1621 North Conestoga Street.
24     Q. How did you get there?
```

Page 49

```
 1     A. Bus.
 2     Q. Did you have to report anywhere in
 3     Philadelphia?
 4     A. Yes. My probation right there.
 5     Ms. Jones. Cynthia Jones.
 6     Q. Did you report to Mr. Jones?
 7     A. Yes.
 8     Q. Any other arrests other than the
 9     one that we're here about?
10     A. Any other arrests I got recently?
11     Q. No, no. Any other arrests, period,
12     in your life?
13     A. Yeah. Before all that?
14     Q. At any time, before or after.
15     A. Yeah. Like, the drug case. That's
16     it.
17     Q. Okay. What other drug cases did
18     you have?
19     A. I caught, like, nine -- I probably
20     caught them all before the kidnap. I
21     don't know the dates. I took, like, half
22     of the time I served probation for them --
23     like miscellaneous cases. They wasn't
24     like big cases. They was like time served
```

Page 50

1   or something like that.
2       Q.  Right.  I'm just --
3       A.  That was before I caught that
4   kidnap, robbery case.
5       Q.  Okay.  So before the kidnap,
6   robbery case --
7       A.  Before the kidnap, robbery case.
8       Q.  All right.  You're talking over me.
9   She's going to strangle both of us.
10      A.  Oh, excuse me.
11      Q.  So before the kidnap, robbery case
12  it's your testimony that you were arrested
13  how many times?
14      A.  About three or four after that.
15      Q.  Okay.
16      A.  Around that.
17      Q.  And were all of those arrests for
18  drug cases?
19      A.  Yep.
20          MR. PILEGGI:  Can I just
21      for the record, they were all
22      while you were an adult?
23          THE WITNESS:  I don't know
24      if I was 18, yet.  It was between

Page 51

1       juvenile -- I mean under 18.  It
2       had to be; right?  I went to jail,
3       yeah.  It had to be under 18 when
4       I caught those cases.
5   BY MR. GONZALES:
6       Q.  So one that I see on your criminal
7   history rap sheet is from July 14th, of
8   1990, by the 19th district, for possession
9   and possession with intent to distribute?
10      A.  That's the one I told you about,
11  1990 case.  I was 13, I think.
12      Q.  But you're saying that there were
13  three to four other ones as well?
14      A.  Like miscellaneous one.  Like, I
15  got time served or something for them.  I
16  don't know.
17      Q.  Okay.  But when you say they're
18  miscellaneous, they were --
19      A.  They weren't big cases.  They was
20  like -- yeah.
21      Q.  Right.  But were they drug cases?
22      A.  They were drug cases.
23      Q.  Do you remember the officers who
24  arrested you?

Page 52

1       A.  Nah.
2       Q.  But were they all in Philadelphia?
3       A.  Yeah, in Philadelphia.
4       Q.  And they were all while you were a
5   juvenile?
6       A.  Yeah.  I fell in '96.
7       Q.  What type of drugs did they arrest
8   you for selling?
9       A.  Crack.
10      Q.  And were you selling crack at that
11  time?
12      A.  Around that time, yeah -- I
13  believe, yeah.
14      Q.  Any other arrests that we haven't
15  discussed?
16      A.  Nope.
17      Q.  Never been arrested in New Jersey?
18      A.  Nope.
19      Q.  Never been arrested outside the
20  City of Philadelphia in Pennsylvania?
21      A.  Nope.
22      Q.  And that New York arrest was the
23  only other --
24      A.  Only out of state case I had was

Page 53

1   New York.  That's it.
2       Q.  Okay.  Ever been stopped by the
3   police for any reason?
4       A.  Yeah.  Like probably a regular
5   stop -- a ticket or something like that.
6   Nothing else, yeah.
7       Q.  Do you remember -- I mean how many
8   tickets have you gotten?
9       A.  Probably one.  One or two.  Running
10  a light -- red light or something.
11      Q.  Were they Philly PD or somewhere?
12      A.  No, Philadelphia.  I just had to
13  pay the ticket.  I didn't get no points.
14      Q.  Okay.  Other than those two or
15  couple of incidents, any other stops by
16  police?
17      A.  Nah.
18      Q.  Prior to January of 2001, had you
19  had any contact with Officer Brian
20  Reynolds?
21      A.  Prior -- before that?
22      Q.  Before.
23      A.  No.
24      Q.  Prior to when you got locked up for

Page 54

1  this case, did you ever hear the name
2  Brian Reynolds?
3     A. No. Never heard of him.
4     Q. Did you know who he was?
5     A. Nope.
6     Q. Prior to your arrest in January of
7  2001, did you ever have any contact with
8  Jeffrey Walker?
9     A. Nope.
10    Q. Did you know who Jeffrey Walker
11 was?
12    A. Nope.
13    Q. Every hear the name Jeffrey Walker?
14    A. Nope.
15    Q. Same question for Officer Monaghan
16 in this case.
17       Did you ever have any prior contact
18 with Monaghan?
19    A. I was familiar with Monaghan.
20    Q. How were you familiar with
21 Monaghan?
22    A. Because Monaghan patrolled that
23 area of West Philly area, 86th and
24 Jefferson and Master and all that area

Page 55

1  back in the early '90s. So I knew who
2  Monaghan was. And I seen Monaghan at the
3  police station.
4     Q. All right. Had you had any
5  interactions -- personal interactions with
6  Monaghan?
7     A. Not at all.
8     Q. But you recognized him from the
9  neighborhood?
10    A. I know him from the neighborhood.
11 Yeah.
12    Q. Did he lock any of your friends up?
13    A. Not that I know of.
14    Q. Did he lock any of your family up?
15    A. Not that I know of.
16    Q. How about Kelly -- Officer Kelly?
17    A. I don't know him.
18    Q. Sean Kelly?
19    A. I just know him from the case. I
20 don't know him other than that.
21       THE COURT REPORTER: You
22    know him from what?
23       THE WITNESS: From my
24    case. I don't know him -- I don't

Page 56

1     know him other than that.
2  BY MR. GONZALES:
3     Q. Never saw him before?
4     A. Never saw him.
5        MS. TAYLOR: Mr. Torain,
6     you're talking over the attorney.
7        THE WITNESS: Oh, excuse
8     me.
9        MS. TAYLOR: So just be
10    mindful.
11 BY MR. GONZALES:
12    Q. After you came home in December of
13 2000 --
14    A. Yeah.
15    Q. -- what did you do to get a job?
16    A. I was looking for a job. But me
17 not having a job I had late monitor. I
18 was on house arrest. I had to come out a
19 certain time and I had to be in by a
20 certain time.
21    Q. And you were on house arrest from
22 where, New York or PA?
23    A. No. Pennsylvania. From
24 Pennsylvania.

Page 57

1     Q. Did you physically have to wear a
2  ankle bracelet?
3     A. I got a ankle bracelet on my leg
4  when I got arrested.
5     Q. When you got arrested for this
6  case?
7     A. I had a ankle monitor on my leg.
8     Q. Right.
9        So my question is when you were
10 released from New York did you have the
11 ankle bracelet?
12    A. I didn't have it.
13    Q. You got it when you came back here
14 to --
15    A. I got it --
16    Q. You have to wait.
17    A. Excuse me.
18    Q. Did you get the ankle bracelet when
19 you came down here and spoke to your
20 probation officer -- or parole officer?
21    A. Yep. Yep.
22    Q. What were the terms of your house
23 arrest? In other words, when were you
24 permitted to leave --

Page 58

1    A. Come out -- I was allowed to come
2 out from 8 o'clock in the morning. I had
3 to be in before nine. Yeah.
4    Q. Were you permitted to get a job if
5 it was outside the home between eight and
6 nine?
7    A. Yeah.
8    Q. Did your parole officer assist you
9 in trying to find a job?
10   A. Nope.
11   Q. Did you do anything to try to find
12 a job?
13   A. Yes. I went down -- that morning I
14 went to Local 332 construction and try to
15 ger a job that morning.
16   Q. Did you?
17   A. Yep.
18   Q. Where did you work?
19   A. No, I didn't work. I went there to
20 try to get a job, but they didn't have no
21 work. It's like construction. It's like
22 construction, like, they got the job
23 there. Like they hire you for, like, a
24 day or something like that. I went down

Page 59

1 there.
2    Q. All right. You have to go every
3 day and --
4    A. Yeah. You got to keep trying to go
5 down until they got some work for you.
6 Somebody told me about the job, that's
7 what made me be down there.
8    Q. All right. How many times did you
9 go to Local 332 to get a job?
10   A. I went twice from the time I was
11 out, but I was never able to get a job.
12   Q. What else did you do to try to get
13 a job?
14   A. That's it.
15   Q. Did you know Darnel DeLee (sp)?
16   A. Yes, from my neighborhood.
17   Q. How did you know him from the
18 neighborhood?
19   A. He was a kid. He was a kid. He
20 grew up near my neighborhood. He lived
21 around the corner, not too far from where
22 I lived at.
23   Q. Did you ever see him selling drugs?
24   A. Yeah. On videotape.

Page 60

1    Q. No, no. Did you personally ever
2 see him selling drugs?
3    A. No, I didn't personally see him
4 selling no drugs.
5    Q. Did you hear people say he was
6 selling drugs?
7    A. No.
8    Q. Anthony Hodges, do you know him?
9    A. I know him from being arrested from
10 my case. I don't know him before that. I
11 didn't know him before that.
12   Q. By the way, how long did you know
13 Darnell DeLee before you were arrested in
14 January of 2001?
15   A. Since the early '90s. He's, like,
16 younger. He was younger. He was younger
17 than me -- probably about three or four
18 years younger than me.
19   Q. Do you know Kabeum (sp) Diggs?
20   A. I just know him from my case. I
21 ain't know him before that.
22   Q. Ronald Freeman -- did you know him?
23   A. Nope.
24   Q. Arthur Tillman?

Page 61

1    A. I know him.
2    Q. Okay. How did you know Arthur
3 Tillman?
4    A. He's from my neighborhood.
5    Q. Did you ever see him selling drugs?
6    A. No. He never sold drugs a day in
7 his life.
8    Q. How do you know?
9    A. I know him my life. He's like --
10 he's always been that guy that's like gay.
11 Like that. He never -- I never seen him
12 sell drugs.
13   Q. You say he doesn't sell drugs?
14   A. He might, but I never see him sell
15 drugs. I know him for a long time. I
16 never seen him sell no drugs.
17   Q. Had you ever been on the 5600 block
18 of Master Street before January of 2001?
19   A. Nope.
20   Q. Did you ever know anyone who lived
21 on that block?
22   A. Darnell DeLee live.
23   Q. Where did Darnell DeLee live?
24   A. Two houses from the corner store.

Page 62

1  Q. Did you ever see anyone selling
2  drugs from any of the houses on Master
3  Street?
4  A. Nope.
5  Q. On the day that you were arrested
6  when you were arrested, were you driving a
7  car?
8  A. Yes.
9  Q. What kind of car were you driving?
10  A. A Bonneville.
11  Q. What color was it?
12  A. Green.
13  Q. Whose Bonneville was it?
14  A. It was a friend of mine called
15  Derrick. They call him D Rock.
16      THE COURT REPORTER: You
17  call him what?
18      THE WITNESS: D Rock. But
19  his name is Derrick.
20  BY MR. GONZALES:
21  Q. What's Derrick's last name?
22  A. I don't know his last name.
23  Q. Can you describe what Derrick
24  looked like back in January 2001?

Page 63

1  A. Smaller than me. About light
2  brown. Wavy -- waves in his head.
3  Q. Did he have facial hair?
4  A. Not a lot.
5  Q. Did he have a beard?
6  A. He had like a beard but not a lot.
7  It was, like, a full beard but not thick.
8  Q. When did you get the Bonneville
9  from Derrick?
10      Did you get it that day or --
11  A. I got it that day. Probably in the
12  afternoon time I got it.
13  Q. What time?
14  A. Around, like, two-something.
15  Two-something in the afternoon.
16  Q. By the way, the day that you were
17  arrested do you remember what day of the
18  week it was?
19  A. Yeah. It was on a Thursday.
20  Q. Do you remember what the weather
21  was like?
22  A. I had a jacket on so it was like a
23  little breeze out there. Yeah.
24  Q. What were you wearing besides the

Page 64

1  jacket?
2  A. I think I may had Timberlands on,
3  too.
4  Q. Timberlands?
5  A. Yeah. Timberland boots. I think I
6  had Timberland boots on.
7  Q. What color?
8  A. Brown, black. I think black. I
9  had black. I had black Timberland boots.
10  Q. What kind of pants were you
11  wearing?
12  A. Probably regular Khakis or
13  something.
14  Q. What kind of a shirt?
15  A. Like a button up.
16  Q. Do you remember what color?
17  A. Nah.
18  Q. Were you wearing any jewelry?
19  A. Nah.
20  Q. Did you have a beard?
21  A. Yeah.
22  Q. Were you wearing a hat?
23  A. Nope.
24  Q. Where did you get the car from

Page 65

1  Derrick?
2  A. 55th and Lansdowne. In front of
3  the barbershop.
4  Q. Why did you get the car from
5  Derrick that day?
6  A. I wanted to go see a female that
7  day. But the female lived up the street.
8  Q. So you wanted to see the female?
9  A. Yeah.
10  Q. Okay.
11  A. I wanted to see the female, but he
12  let me hold the car, but I had to drop him
13  off first on 61st and Lansdowne Road.
14  Q. So how did you get to Derrick's?
15  A. We drove in the Bonneville to see
16  61st and Lansdowne Road, because that's
17  where his apartment was at. And I took
18  the car and came back down.
19  Q. So he picked you up at your house?
20  A. No. I got his car 55th and
21  Lansdowne in front of the barbershop.
22  Q. Okay. That's my question is how
23  did you get to 55th and Lansdowne?
24  A. I walked around the corner. I live

Page 66

1  around the corner from 55th and Lansdowne.
2  I live on 1621.
3     Q. So you walked?
4     A. So I walked around the corner.
5     Q. That's what I'm asking.
6     A. Yeah. I lived right around the
7  corner.
8     Q. So you walked --
9     A. Yeah.
10    Q. -- you walked from your house --
11    A. To around the corner.
12    Q. -- to around the corner to 55th and
13 Lansdowne; is that correct?
14    A. Yeah. To where the barbershop is.
15 Yeah.
16    Q. Were you with anyone?
17    A. By myself.
18    Q. All right. Tell me the direction.
19 You come out of your house and do you go
20 left or right?
21    A. Go right.
22    Q. Okay. And then --
23    A. Coming down Hunter.
24    Q. Go left or right on Hunter?

Page 67

1     A. Make a left.
2     Q. Okay. You go to 55th Street.
3     A. Yeah.
4     Q. Then where do you go, left or
5  right?
6     A. I go to the corner. Right there
7  with the barber -- the barbershop is on
8  the right-hand side on the corner.
9     Q. Okay. You said 55th and Lansdowne.
10 I thought that was 55th and Hunter.
11        Lansdowne is another block down?
12    A. Hunter -- I coming out of
13 Conestoga. I'm walking down Hunter.
14    Q. Right.
15    A. And when I get right there I make
16 the left that's 55th.
17    Q. Right.
18    A. Then when you walk down the street
19 the barbershop is right there at 55th and
20 Lansdowne.
21    Q. That's what I was asking.
22        So when you got to 55th Street at
23 Hunter you made a left?
24    A. I make a left, yeah.

Page 68

1     Q. Did you walk another block?
2     A. No. I'm on 55th and Hunter right
3  here. I walked to 55th and Lansdowne.
4  Right here like this.
5     Q. Right. But I'm asking you, is that
6  a block?
7     A. That's a block, yeah. Like that.
8     Q. Okay. That's all I was asking.
9        So you make a left on 55th.
10    A. Hmm-mm.
11    Q. You walk a block to the corner
12 Lansdowne and 55th --
13    A. 55th.
14    Q. -- where there's a barbershop --
15    A. Yes.
16    Q. -- and that's where you met
17 Derrick?
18    A. Yes.
19    Q. Did you go inside the barbershop?
20    A. No. They was standing outside on
21 the steps.
22    Q. When you say, they, who else was
23 present?
24    A. Like, people that was getting their

Page 69

1  hair cut, they was just out there on the
2  steps. There was other people out there.
3     Q. Do you remember the names of any of
4  those people?
5     A. No. I ain't know them people.
6     Q. Was Derrick with anybody?
7     A. He was by his self.
8     Q. Had you asked Derrick ahead of time
9  to use his car?
10    A. No. I got in the car with him and
11 I told him I wanted to meet this girl and
12 he told me to drive -- he drove his car
13 and told me to drop him off and I take the
14 car.
15    Q. Okay. So in other words, you
16 didn't, like, call him ahead of time and
17 say, hey, can I borrow your car to go
18 visit this girl?
19    A. No. I talked just to her and seen
20 he was at the barbershop and I walked
21 around and I told him I wanted to go see
22 the girl. I told him face to face. He
23 told me he was at the barbershop.
24    Q. All right. Do you remember what

Page 70

1  time you left your house?
2      A. A little after two.
3      Q. That's two in the afternoon; right?
4      A. Yes.
5      Q. Did you make any stops between your
6  house and the barbershop?
7      A. Right there on the side there's a
8  store -- like a water ice stand right in
9  the middle of Hunter Street. I know the
10  guy -- I know the guy Hasheem (sp) at the
11  time had that store. I just stopped and
12  said something to him and kept going. It
13  was, like, briefly.
14      Q. Other than that did you stop
15  anywhere along the way?
16      A. No. No.
17      Q. By the way, that morning did you
18  sleep in your own house that morning?
19      A. Yeah.
20      Q. What time did you get up?
21      A. A little after eight.
22      Q. What did you do when you got up?
23      A. Probably ate, that's it.
24      Q. Was anyone home?

Page 71

1      A. My mom.
2      Q. Anyone else?
3      A. Not that I can think of.
4      Q. Was anyone else living at the house
5  at the time?
6      A. Yeah. Both my sisters were.
7      Q. Were they home when you got up?
8      A. They was asleep. Yeah, they were
9  there.
10      Q. After you had breakfast what did
11  you do?
12      A. Nothing. I had to report -- I had
13  to report on Thursday to the parole agent,
14  but I'm not sure if I went down there that
15  day or not. Because sometimes she would
16  call and tell me I ain't have to come. So
17  I usually report to the parole agent every
18  Thursday. But I don't remember if I went
19  down there that day. Sometimes she would
20  call and tell me not to come. So I'm not
21  sure.
22      Q. All right. So what did you do
23  between 8 a.m. and to around 2 p.m.?
24      A. I was still in the house. I ain't

Page 72

1  leave the house yet. I was still in the
2  house.
3      Q. What did you do?
4      A. Probably watch TV or something.
5  There wasn't nothing to do.
6      Q. Did your sisters get up?
7      A. One went to work. Margaret Torain
8  was at work. She was at work.
9      Q. Do you remember what time she got
10  up to go to work?
11      A. No.
12      Q. Where did she work at the time?
13      A. She was working for a bank at the
14  time, if I'm not mistaken. I think she
15  works for a bank.
16      Q. What did she do there?
17      A. I'm not sure.
18      Q. How about your other sister?
19      A. I don't know if Tamika had a job at
20  the time. I don't -- the kids live there,
21  too. They had two kids a piece. The kids
22  stayed there, too.
23      Q. All right. So I've got Tamika
24  living in the house, you, your mom, your

Page 73

1  two sisters and then your two sisters each
2  had two kids?
3      A. They had two kids.
4      Q. All right. So what were Margaret's
5  two kids' names?
6      A. Shaidell.
7      Q. Can you spell that?
8      A. S-h-a-i-d-e-l-l and Siani. I don't
9  know how to spell that, S-i -- I don't
10  know how to spell that name.
11      Q. How old was Shaidell at the time?
12      A. She might have been seven. Yeah,
13  like, seven.
14      Q. How old was Siani?
15      A. Siani might have been, like, two or
16  three.
17      Q. And Tamika's kids?
18      A. Briana and Stephanie.
19      Q. How old was Briana?
20      A. Briana and Shaidell are close to
21  the same age; probably one year apart.
22  Stephanie is a little older than Siani.
23      Q. So you don't recall if Tamika had a
24  job.

Page 74

```
1        Do you know whether she was home
2   while you were there?
3      A. She was there. Yeah.
4      Q. Was she there when you left?
5      A. Yes.
6      Q. The kids -- the older kids, the
7   ones that were six, seven or eight -- were
8   they in school?
9      A. I think they went to Heston, Heston
10  Elementary right behind -- yeah. Heston
11  Elementary. I don't know if they were in
12  school that day, but they go to school,
13  yeah.
14     Q. Right. That was my next question.
15  On January 4th do you know if school was
16  back in or were they still --
17     A. I ain't sure. I can't remember.
18     Q. And the only thing you remember
19  doing, if anything, was basically
20  having breakfast and watching TV --
21     A. Yeah.
22     Q. -- from around 8 a.m. until 2 p.m.?
23     A. Until two when I walked around the
24  barbershop.
```

Page 75

```
1      Q. You said you talked to Derrick
2   on -- by phone?
3      A. Yes.
4      Q. Did you have your own cell phone at
5   the time?
6      A. I just got that phone that day. I
7   had numbers -- because I had no phone at
8   the time. I had numbers written on
9   papers. I just got that Nextel phone that
10  day.
11     Q. When did you get the Nextel phone?
12  You said that day. From where?
13     A. The fourth. I got that phone that
14  day, the fourth.
15     Q. Right. From where?
16     A. From the phone?
17     Q. Where did you get the phone from?
18     A. My brother's female bought me the
19  phone. I don't remember. The phone was
20  brand new.
21     Q. Right. But how did it get to you?
22     A. I got it from him. He gave me the
23  phone.
24     Q. Right.
```

Page 76

```
1      A. Yeah.
2      Q. When?
3      A. That day. I'm saying I got that
4   phone that day.
5      Q. Between 8 a.m. and 2 p.m.?
6      A. No. I been had the phone, but I'm
7   saying I first start using the phone that
8   day.
9      Q. Right. But my question is when did
10  you physically --
11     A. The phone? A couple of days before
12  that.
13     Q. You're --
14     A. Excuse me. Excuse me.
15     Q. Let me ask the question.
16       When did you physically receive the
17  phone?
18     A. A couple of days before.
19     Q. You say a female dropped it off?
20     A. She gave me the phone. Yeah.
21     Q. Okay. And what's the name of the
22  female?
23     A. Sabrina Stanley.
24     Q. Can you spell the first name?
```

Page 77

```
1      A. S-b-r-n-a.
2      Q. S-b-r-n-a. S-a-b-r-n-a?
3      A. Yeah. Stanley.
4      Q. Stanley. How did you know Sab --
5      A. I used to mess with her back in '94
6   or '95.
7      Q. Did she buy the phone?
8      A. Yeah. I told her I had no phone.
9   She knew I just came home so she bought me
10  a phone.
11     Q. So it was a gift?
12     A. Yeah. She know I ain't have a
13  phone so she bought me a phone.
14     Q. You're saying you didn't activate
15  the phone until that day, January 4th, of
16  2001?
17     A. Yeah. That's the day I acti -- I
18  used it. It was like a day or two before
19  I got it.
20     Q. And the first phone call was to
21  Derrick?
22     A. Nah. That's when I called -- I
23  called him to see what was up with him,
24  because I had his number. I didn't have
```

Page 78

1   no phone numbers in it. I had phone
2   numbers written down on pieces of paper.
3   And then I called Derrick.
4       Q. My question is, was that the first
5   phone call you made that day, on January
6   4th, to call Derrick?
7       A. That ain't the first call I made
8   period. That's the first time I called
9   Derrick.
10      Q. Okay. Did you make any other phone
11  calls on January 4th?
12      A. Yeah. I called Kena Hall.
13      Q. Can you spell the first name?
14      A. K-e-n-a.
15      Q. Hall, H-a-l-l?
16      A. H-a-l-l.
17      Q. When did you call Kena Hall?
18      A. I called her prior, sometime a
19  little after 11 o'clock.
20      Q. And was that the first phone call
21  you made that day?
22      A. That might have been the first call
23  and then I called him. Yeah. First
24  called Kena Hall.

Page 79

1       Q. Why did you call Kena Hall?
2       A. I was trying -- because she lived
3   down the street. I was trying to get to
4   her sometime that afternoon. I was trying
5   to get to her. That's the girl I was
6   going to get with that day when I finally
7   got that car. I was going to take her
8   out. But I didn't have a vehicle to take
9   her. That's what made me call Derrick to
10  borrow his car.
11      Q. Did Kena answer the phone when you
12  called her?
13      A. Yes.
14      Q. What did you and she talk about?
15      A. I told her I was coming to see her.
16  I was coming to see her in a few. And she
17  said, all right. I don't know, like, what
18  the conversation verbatim after that.
19      Q. When did you first meet Kena?
20      A. I knew Kena for years. I known her
21  for years.
22      Q. When was the last time you spoke to
23  Kena?
24      A. That day.

Page 80

1       Q. So you haven't spoke to Kena
2   since --
3       A. I haven't --
4       Q. -- January 4th, 2001?
5       A. Yeah. I haven't seen her. I was
6   incarcerated.
7       Q. Do you know where she lives?
8       A. Back then she lived in the
9   apartment building.
10      Q. That apartment building meaning
11  1628 North 55th Street.
12      A. North 55th Street, exactly.
13      Q. How did you know where she lived at
14  that time?
15      A. I was talking to her on the phone.
16      Q. Did you talk to her before January
17  4th?
18      A. No. I got on the phone -- I didn't
19  have a phone to call her. So when I got
20  the phone I started calling my numbers.
21  But I knew Kena was related to the guy
22  that had the water ice stand. That's her
23  brother, Hasheem. So I been known her,
24  but I didn't have no phone to call.

Page 81

1       Q. So the first time you called Kena
2   Hall after you got out of prison -- or
3   after you got out of jail or whatever, was
4   on January 4th, 2001?
5       A. Yes.
6       Q. And it was sometime around 11 a.m.
7   or after 11 a.m. that morning?
8       A. Yeah. It was before 12 -- before 1
9   o'clock.
10      Q. To tell her that you were going to
11  come over and see her?
12      A. I was going to come and see her. I
13  was going to take her somewhere but I
14  ain't have a car so that's what made me
15  call Derrick.
16      Q. Where were you going to take her?
17      A. Somewhere private. I don't know,
18  movies, something to eat, anywhere. I
19  don't know -- to the diner.
20      Q. Where did you get the money to go
21  to the movies or get her something to eat?
22      A. My family. My mom, my sisters.
23      Q. So they gave you money to --
24      A. Yeah. I had 200-something dollars.

Page 82

1    Q. So your mom and sisters gave you
2    200 --
3    A. Yeah --
4    Q. Wait, wait. Let me get my whole
5    question out.
6    A. All right. All right.
7    Q. You say your mom and sisters gave
8    you over $200 in cash?
9    A. Yeah. Altogether they gave me, but
10   I still came home with money from working
11   inside. I came home with a check from the
12   work release -- the correctional work
13   release. I get paid in there, too. So I
14   came home with a check anyway. So I had
15   money.
16   Q. But you said your mom and
17   sisters --
18   A. They also a gave me money when I
19   came home.
20   Q. You're not letting ask my question.
21   A. I'm sorry.
22   Q. Did your mom and sisters give you
23   money --
24   A. Yes.

Page 83

1    Q. -- when you got out?
2    A. Of course, yes.
3    Q. How much money did they give you?
4    A. They gave me a couple dollars -- a
5    couple hundred dollars. Like 50 -- like
6    add up together a couple hundred dollars.
7    Q. So all in your mom and sisters gave
8    you a couple of hundred dollars?
9    A. Like, altogether they might of gave
10   me 50, 75 -- something like that, 20, 30,
11   but it added up.
12   Q. Together --
13   A. Yeah. Together it added up to a
14   couple hundred dollars.
15   Q. When did they give you that money?
16   A. Probably couple of days when I got
17   out. A couple days after I got out.
18   Q. So in mid December?
19   A. Yeah. Probably not too long after
20   I came home. Probably when I came home,
21   because I need it. But I had a check,
22   too, though.
23   Q. And the check was from the money
24   you earned while you were in --

Page 84

1    A. Like, correctional --
2    Q. Wait until I finish the question.
3    A. Okay.
4    Q. The check is from the money you
5    earned while you were incarcerated?
6    A. Yes.
7    Q. And how much was that check?
8    A. That was only like a couple hundred
9    dollars.
10   Q. So you have this conversation with
11   Kena Hall that you're going to meet her
12   and take her somewhere; correct?
13   A. Yes.
14   Q. All right. And then after that
15   phone call is that when you called
16   Derrick?
17   A. Yes.
18   Q. Did you call anyone else --
19   A. No.
20   Q. -- on January 4th before you left
21   your house?
22   A. Nope.
23   Q. Did anyone call you on January 4th,
24   before you left your house?

Page 85

1    A. Nope.
2    Q. And if I asked this I apologize.
3    Prior to January 4th, 2001 had you seen
4    Kena since you got out of jail?
5    A. Prior -- so before?
6    Q. Yeah. So before that day, January
7    4th, had you seen Kena since you got out
8    in December?
9    A. Yes. That's how I got the number
10   from her.
11   Q. Okay. How many times did you see
12   Kena between December 10th, 2000 and
13   January 4th, 2001?
14   A. Twice. At the water ice stand
15   right there.
16   Q. During one of those times is when
17   she gave you her number?
18   A. Her phone number.
19   Q. Had you ever visited her at her
20   apartment before January 4th, 2001?
21   A. Nope.
22   Q. When you saw her at the water ice
23   stand did she tell you where she was
24   living?

Page 86

1     A. Yes.
2     Q. And where did she tell you she was
3  living?
4     A. She lived in the apartment down the
5  street.
6     Q. Did she tell you the actual
7  address?
8     A. She just pointed to it -- like
9  pointed to it. I looked and she said she
10  lived in a room -- it's a rooming house.
11     Q. When she pointed to it could you
12  see it from the water --
13     A. Yeah.
14     Q. Wait until I'm finished asking,
15  please.
16        When she pointed to it can you see
17  it from the water ice stand on Hunter
18  Street?
19     A. Yeah.
20     Q. So you walked to the barbershop and
21  met with Derrick?
22     A. Yes.
23     Q. What did you and Derrick say when
24  you met?

Page 87

1     A. We just talked. I said I need the
2  car for a few. He said, cool, drop me
3  off. And I dropped him off.
4     Q. All right. Who drove the car?
5     A. He did.
6     Q. Where was the car parked?
7     A. Like, right there across the street
8  from the barbershop, on the corner of 55th
9  and Lansdowne -- right off of Lansdowne on
10  56th.
11     Q. So it was on 55th --
12     A. It was on 56th.
13     Q. -- on 56th Street near the
14  intersection with Lansdale?
15     A. Yeah. Across from the barbershop.
16     Q. Or Lansdowne. Sorry.
17        So you got in it as well as
18  Derrick. Derrick's in the driver's seat?
19     A. Yes.
20     Q. Where did you sit?
21     A. Passenger.
22     Q. Was there anyone else in the car?
23     A. No.
24     Q. What time did Derrick and you leave

Page 88

1  the corner there?
2     A. It was a little after two.
3     Q. Where did Derrick drive the car to?
4     A. 61st and Lansdowne Road.
5     Q. Do you remember what route he took?
6     A. 55th, Hunter. He went through
7  little blocks to get there. He went -- he
8  came towards Hunter Street, make a left on
9  Hunter. And he went through the little
10  blocks to get to Lansdowne Road.
11     Q. All right. He makes a left on
12  Hunter and then --
13     A. He goes straight up Hunter to the
14  corner and then make the right and goes up
15  the other little blocks.
16     Q. When you say, little blocks --
17     A. Yeah. It's, like, different
18  blocks. It's three or four different
19  blocks. It's only, like, two of them you
20  can go up, like Havertown -- Havertown you
21  can go up, I believe.
22     Q. Did you guys make any stops between
23  55th and Lansdowne and 61st and Nassau?
24     A. Nope.

Page 89

1     Q. What happened when you got to 61st
2  and Nassau?
3     A. He got out and went inside.
4     Q. He got out the car and went inside?
5     A. Yes.
6     Q. Which apartment did he go inside
7  to?
8     A. There's three apartments. He went
9  in the first building right on the corner.
10  He had to cross the street -- like on
11  across the street.
12     Q. Then what did you do?
13     A. I drove off.
14     Q. Were you on Nassau or were you on
15  61st?
16     A. I was on -- I was still on Nassau
17  coming down.
18     Q. All right. So you're on Nassau.
19  Where do you go?
20     A. I come back down to 55th and
21  Hunter.
22     Q. How did you get back from 61st and
23  Nassau and 55th and Hunter?
24     A. I came all the down until I hit

Page 90

1  Lansdowne and then came down Lansdowne and
2  then back on 55th past the barbershop.
3      Q. Did you go down 61st and --
4      A. I went --
5      Q. -- Lansdowne?
6      A. -- straight down Lansdowne and then
7  make the left, and come down to Lansdowne
8  to 56th and make another left and I parked
9  on the corner of 55th and Hunter on the
10 side of the apartment building.
11     Q. What time did you drop Derrick
12 off -- or I should say -- strike that --
13 what time did Derrick get out of the car.
14     A. I know it wasn't no 3 o'clock yet.
15 So it was before. It was before 3
16 o'clock. It was a little after two. It
17 wasn't 3 o'clock. I wasn't nowhere near
18 there yet. It was still early.
19     Q. So sometime between 2:15 and --
20     A. Something --
21     Q. -- 3 o'clock?
22     A. -- like that. Like 2:15, two --
23 something like that. It was still early.
24     Because I left, like, 2:30 or

Page 91

1  something like that. It was early.
2      Q. So you think he got out of the car
3  around 2:30?
4      A. I know it was before -- I know it
5  was two-something. I don't know the exact
6  time, but around there.
7      Q. When you say around there are you
8  talking about 2:30?
9      A. Yeah. Around, like, 2:15, 2:30,
10 2:20. Around that time.
11     Q. Okay. And what time did you arrive
12 back at 55th and Hunter?
13     A. Not too long from dropping him off.
14     Q. Did you park on 55th Street or did
15 you park on Hunter?
16     A. I parked right on the corner of the
17 apartment building, 55th and Hunter, right
18 there on the corner.
19     Q. Right. But on 55th or on Hunter?
20     A. On Hunter. I'm on Hunter. But I'm
21 not on Hunter with the water ice. I'm on
22 Hunter next to the building. I'm across,
23 like, right there.
24     Q. I understand.

Page 92

1      A. Yeah. But I'm on Hunter, though.
2      Q. That's what I want to know.
3      A. Yeah. I'm on Hunter.
4      Q. So you came -- basically, you went
5  up 55th Street, made a left on Hunter --
6      A. On Hunter.
7      Q. Did you park on the right or the
8  left-hand side?
9      A. Left. Right on the same side of
10 the building.
11     Q. Right next to the building?
12     A. Next to the building.
13     Q. Did you stop anywhere between 61st
14 and Nassau and 55th and Hunter?
15     A. Nah. Nope.
16     Q. What time did you park the car at
17 55th and Hunter?
18     A. I don't remember the exact time.
19 It wasn't too far. I don't know the exact
20 time I parked there, but as soon as I
21 pulled up and seen that building I went
22 straight there, 55th and Hunter and I
23 parked.
24     Q. Then after you parked the car what

Page 93

1  did you do?
2      A. I went to my grandmom house. My
3  grandmother lived right across the street
4  from that building remember.
5      Q. Do you remember her address at that
6  time?
7      A. I think it's 1655 North 55th
8  Street. I know it's 16-something. I know
9  it sits exactly across from that building.
10     Q. How long has your grandmother lived
11 there?
12     A. She was living there since the
13 early '90s. She be living there prior to
14 that -- over ten years, because she still
15 was there when I was incarcerated.
16     Q. Is that where she was living when
17 she passed away?
18     A. She moved. She was living in
19 Sharon Hill when she died.
20     Q. Why did she move to Sharon Hill?
21     A. I don't know. I think my
22 grandfather bought a house -- because my
23 grandfather came and he bought a house out
24 in Sharon Hill.

Page 94

1    Q. Was your grandmom living with your
2  grandfather --
3    A. At the time.
4    Q. -- in January 2001?
5    A. I don't know if he was living there
6  yet. Was he there? He might have been
7  there. He was in the wheelchair. He
8  might have been there. I ain't sure if he
9  was still living there or he just moved
10 there.
11   Q. Okay. Were they not living
12 together for a period of time?
13   A. No. Because he used to live in
14 Bucks County. He wanted to sell the house
15 at Levittown, PA. So he wind up coming
16 here. So I don't know if he was staying
17 there at the time, because he had a house
18 in Levittown, PA.
19   Q. How come your grandfather didn't
20 live with your grandmother?
21   A. I don't know. I guess they didn't
22 get along. I don't know.
23   Q. But then --
24   A. She was staying at 55th Street with

Page 95

1  my cousin Rashare (sp) Torain. They was
2  staying there. I don't know if he was
3  staying there at that time. I'm not sure,
4  because I know he lived in Bucks County.
5    Q. All right. So you go and visit
6  your grandmom. Which apartment did she
7  live in?
8    A. She lived in -- that's a house.
9    Q. Oh, she lived -- she had the whole
10 house?
11   A. She had the whole house. She was
12 renting it. She didn't own it. She was
13 renting.
14   Q. Oh, she rented?
15   A. Yeah.
16   Q. Do you know who she was renting it
17 from?
18   A. Reverend Cruz (sp). He still owns
19 the house, but nobody lives in the house.
20 He still owns it.
21   Q. What's his name?
22   A. Reverend -- I know him as Reverend
23 Cruz. Reverend Cruz.
24   Q. Does he have a church?

Page 96

1    A. I ain't sure.
2    Q. Is he a reverend or is that his
3  first name?
4    A. That's his name. They call him
5  Reverend Cruz.
6    Q. You don't know whether --
7    A. I don't know if he has a church. I
8  ain't sure.
9    Q. Do you know where he lives?
10   A. No. I know he owns that -- I know
11 he owned that house -- what I think is
12 back of the house, somebody owned all
13 that. He still owns the house, but nobody
14 lives in the house.
15   Q. So this house that your grandmom
16 was living in was actually on the
17 corner --
18   A. Yeah.
19   Q. -- of 55th and Hunter as well --
20   A. Yeah.
21   Q. -- but across the street --
22   A. Across the street.
23   Q. -- from 1628?
24   A. Exactly across the street.

Page 97

1        MR. GONZALES: Are you all
2  right? I know we're --
3        THE COURT REPORTER: It's
4  tough.
5        MR. GONZALES: Yeah.
6  You're interrupting me. You've
7  got to wait until I finish asking
8  the question. All right?
9        THE WITNESS: All right.
10       MR. GONZALES: I know I'm
11 going fast, but you've got to
12 wait.
13 BY MR. GONZALES:
14   Q. What time did you go in to visit
15 your grandmom?
16   A. I don't know the exact time. It
17 was still around that time. It's still
18 like -- I went in there briefly and came
19 back out, then I walked to my house.
20   Q. Yeah. But what time did you go in
21 to visit your grandmom?
22   A. Like two-something. It was early.
23 It was still around a little after two.
24   Q. Okay. You said before you think

MAGNA

Page 98

1  you got to 55th and Hunter around 2:20 or
2  2:30?
3      A. Yeah.
4      Q. So is that the same time you would
5  have gone in to see your grandmom?
6      A. As soon as I parked the car I went
7  to my grandma house. I was only there
8  briefly.
9      Q. So that would have been around --
10     A. Around that time.
11     Q. -- you're interrupting me.
12     A. Okay.
13     Q. So that would have been around 2:20
14  or 2:30?
15     A. Right. Around that time. The time
16  I parked.
17     Q. Did you stop anywhere from the time
18  you parked your car until you went inside
19  your grandmom's house?
20     A. No.
21     Q. So you walked directly to your
22  grandmom's house?
23     A. Yes.
24        (Discussion was held off

Page 99

1      the record.)
2          (Whereupon, a brief recess
3      was taken.)
4  BY MR. GONZALES:
5      Q. When you got to your grandmom's
6  house did you walk right in or did you
7  knock?
8      A. I knocked on the door. I don't
9  have a key.
10     Q. Do you have a key to the house?
11     A. No. I knocked on the door. I had
12  no key.
13     Q. Oh, you didn't have a key?
14     A. No. I didn't have a key.
15     Q. Was your grandmom home?
16     A. Yes.
17     Q. Did she answer the door?
18     A. Yes.
19     Q. What happened when she answered the
20  door?
21     A. I don't know. I went in there and
22  just spoke to her and gave her a hug and
23  then went right back out and walked to
24  my --

Page 100

1      Q. How long were you in your
2  grandmom's house?
3      A. About five minutes, if that.
4      Q. Did she give you anything?
5      A. Nah.
6      Q. Did you give her anything?
7      A. No.
8      Q. By the way, during the time that
9  you were driving back did you make any
10  phone calls on our cell phone?
11     A. No.
12     Q. Did anyone call you?
13     A. No.
14     Q. While you were riding as a
15  passenger in the car when Derrick was
16  driving did you make any calls on your
17  cell phone?
18     A. No.
19     Q. Did anyone call you?
20     A. No.
21     Q. Did you have your cell phone with
22  you?
23     A. Yes.
24     Q. After you spent about the five

Page 101

1  minutes visiting with your grandmom what
2  did you do?
3      A. I walked to the street to my house.
4      Q. And you're referring to 16 --
5      A. 21 --
6      Q. Wait, wait, wait.
7          Are you referring to 1621 North
8  Conestoga?
9      A. Yes.
10     Q. Tell me how you got there.
11     A. I walked. It was right up the
12  street.
13     Q. So you walked down Hunter?
14     A. I walked up Hunter.
15     Q. Or whatever it is.
16     A. Yeah.
17     Q. Up Hunter?
18     A. Yeah.
19     Q. Make a right.
20     A. And walked right up Hunter on the
21  corner -- like the second house on the
22  corner.
23     Q. Okay. Either way, you had to make
24  a right --

Page 102

1    A. Yeah, yeah. You had to turn to go
2  on the block. Yeah.
3    Q. Okay. What time did you arrive
4  back at your house?
5    A. By this time it was probably, like,
6  two four -- probably a little after 2:30,
7  like 2:40 or something like that. Around
8  that time.
9    Q. Did you make any stops between your
10  grandmom's house and your house on North
11  Conestoga?
12    A. No.
13    Q. All right. So you didn't talk to
14  the --
15    A. Water ice man?
16    Q. Wait.
17      You didn't talk to the water ice
18  man?
19    A. Not that time, no.
20    Q. You didn't see any friends or
21  buddies on the street?
22    A. No.
23    Q. All right. So you go to your
24  house.

Page 103

1    What do you do when you get to your
2  house?
3    A. I went in my house -- I went in my
4  house and my sister was in there --
5  Tamika. Her boyfriend was in there, my
6  niece, my mom. Then I went in there and I
7  called Kena Hall. I called Kena.
8    Q. By the way, does Derrick or did
9  Derrick have any type of criminal record,
10  to your knowledge?
11    A. I'm not sure. I'm not sure. I
12  seen Derrick -- I seen Derrick since I
13  came home. I didn't see him -- I seen him
14  in the '90s, but I never known him to be
15  locked up -- do no time. I don't know if
16  he did any time or not. I don't know.
17  I'm not sure.
18    Q. Okay. So your sister Tamika was
19  home --
20    A. Yeah.
21    Q. -- with her boyfriend?
22    A. Her boyfriend was there. His name
23  was LB or something like that. That's all
24  I know. I just know his name was LB.

Page 104

1    Q. Do you know what his last time was?
2    A. No. I didn't even know. I didn't
3  know it was her boyfriend. I'm seeing him
4  at my mom's house a couple of times.
5    Q. Had he been at the house before --
6    A. Previous.
7    Q. -- had he been at the house before
8  that day?
9    A. Yeah.
10    Q. But you used the term it was
11  Tamika's boyfriend --
12    A. Yeah. Tamika's boyfriend.
13    Q. -- so was he her boyfriend?
14    A. At the time it was her boyfriend.
15  She was messing with him. Yeah.
16    Q. Okay. Then which niece was home?
17    A. I think Briana. It might have been
18  Briana.
19    Q. And your mom you said was home?
20    A. My mom was there.
21    Q. What did you do when you -- strike
22  that. You said you called Kena?
23    A. I called Kena.
24    Q. Did you talk to your mom or your

Page 105

1  sister or --
2    A. I might have talked to Tamika. I
3  mean she was going to bingo. She was
4  going to bingo later on that day. She
5  always went to bingo on Thursdays. She
6  was talking about going to bingo that day.
7  Yeah.
8      And I called Kena.
9    Q. Did you talk to your mom before you
10  called Kena?
11    A. Yes.
12    Q. All right. So you called Kena and
13  what did you say to Kena?
14    A. Kena ain't pick up the phone. I
15  called back again and she ain't answering.
16    Q. So you called her two times?
17    A. Two times, and she ain't pick up.
18    Q. Did you leave her a message?
19    A. No.
20    Q. All right. Then what did you do?
21    A. I called Derrick and said, she
22  ain't answering the phone I'm bringing
23  your car back.
24    Q. Did he answer?

Page 106

1  A. Yeah.
2  Q. What did he say in response?
3  A. He said, all right, cool.
4  Q. What did you do next?
5  A. I walked back down the street and
6  got in the car and drove back to Nassau.
7  Q. How long were you at your house
8  before you left?
9  A. Not long. I wasn't there that
10  long. I wasn't there that long.
11  Q. When you say not long --
12  A. About ten, 15 minutes, if that. It
13  wasn't that long. Once I called twice and
14  she didn't answer I left.
15  Q. What time did you leave?
16  A. Like two-something, close to three,
17  something like that.
18  Q. So, again, I'm just looking at what
19  you said before.
20  A. Yeah.
21  Q. You believe you walked back to your
22  house around 2:40 p.m.
23  A. I said around then. I'm not
24  specifically sure.

Page 107

1  Q. I know that. But assuming that
2  that's true, that it was around 2:40 when
3  you went to your house. And you said you
4  stayed in your house fro about ten to 15
5  minutes. Would it mean you left your
6  house around 3 o'clock, ten of three,
7  somewhere in that range?
8  A. Before --
9  Q. If you remember.
10  A. I ain't remember the exact time. I
11  know it was near for a minute I made the
12  calls and then I left. I don't remember
13  the exact times or exact times. I don't
14  know the exact time. I know I went in
15  there and I was in there for a little bit
16  and I made the phone calls. I don't know
17  the exact time. And I left -- I left
18  right away. But I called him first to
19  tell him I was bringing his car back. So
20  he's got to come back out -- he's got to
21  come outside to get his car.
22  Q. What time did you leave your house?
23  A. About ten or 15 -- like, ten
24  minutes after or something like that by

Page 108

1  the time I got there. I was there about
2  ten minutes, if that.
3  Q. Okay. So --
4  A. I wasn't in there that long.
5  Q. But I'm trying to find out what
6  time on the clock you left your house?
7  A. I don't know. I ain't check the
8  clock. I don't know the exact time. I
9  ain't check the clock. I know it was
10  around that 10 minutes or something around
11  that time. I don't know the exact time I
12  left. I ain't look at the clock every
13  time I left.
14  Q. Can you estimate for me what time
15  you left?
16  A. I'm not sure. I know I was in
17  there for ten minutes or something like
18  that. I said I made the call. She didn't
19  answer. Called again. She didn't answer
20  and then I called Derrick. I don't know
21  exactly.
22  Q. Did you do anything else while you
23  were home other than what you testified
24  to?

Page 109

1  A. That's it.
2  Q. Did you get anything to eat while
3  you were at home?
4  A. Nope.
5  Q. Did you get anything to drink while
6  you were at home?
7  A. Nope.
8  Q. Did you pick up anything or take
9  anything from your house when you were
10  home?
11  A. No.
12  Q. All right. So you left your house.
13  Did you walk directly to your car?
14  A. I walked straight down Hunter
15  Street, got in the car and drove off.
16  Q. Did you stop anywhere along the
17  way?
18  A. Nope.
19  Q. What did you have on you at the
20  time you left your house?
21  A. I had a Nextel cell phone, house
22  keys. I had the Bonneville keys, and I
23  had money. That's it.
24  Q. The house keys -- what house keys

Page 110

1   did you have?
2       A. 1621.
3       Q. So how many keys were -- were they
4   on a key ring of some sort?
5       A. They was on a key ring. The
6   Bonneville had their own set of keys.
7       Q. All right. So on the key ring that
8   you had the house key to 1621, were there
9   any other keys on that house ring?
10      A. No. There were only two keys.
11      Q. So there were two keys on that one
12  and both of them were to 1621?
13      A. Yeah. Yep.
14      Q. Can you describe the keys? Were
15  there anything out of the ordinary about
16  them?
17      A. Regular keys.
18      Q. On the Bonneville keys, were they
19  on a key chain?
20      A. It was on a key chain, like a
21  Bonneville -- yeah. It was the Bonneville
22  key and a couple other keys was on there.
23      Q. Right. Were they on the key ring?
24      A. Yeah. Like a key ring. Yeah.

Page 111

1       Q. Okay. So how many keys were on
2   that key ring?
3       A. I don't know. It might have been a
4   few probably on that. Hmm-mm.
5       Q. Can you describe the key ring, what
6   color it was?
7       A. Nah. I ain't know what color the
8   key ring. I don't remember no color the
9   key ring.
10      Q. Did it have any type of emblem or
11  anything? You know some car keys will
12  have like a car emblem on it.
13      A. I don't think they did. I know the
14  initial key had like a square back to it.
15  I ain't look at the other key.
16      Q. All right. How about your home
17  keys, did they -- the key ring, did it
18  have anything on the key ring itself other
19  than the keys?
20      A. Them keys they was just like two
21  round keys.
22      Q. All right. How much money did you
23  have on you?
24      A. Like $230, something like that.

Page 112

1       Q. Did you have that -- how did you
2   have that on you -- in a wallet or --
3       A. I ain't have no wallet. I just had
4   it folded up. I ain't have no wallet.
5       Q. Did you have a driver's license?
6       A. No. I didn't have driver's ID -- I
7   had no license. I had ID though -- a
8   picture ID.
9       Q. But my question is did you have a
10  driver's license?
11      A. No. I ain't have no driver's
12  license.
13      Q. So you didn't have a driver's
14  license on you; correct?
15      A. I ain't have a driver's license,
16  period.
17      Q. Right. That' my next question.
18  But at the time you left your house did
19  you have a driver's license on you?
20      A. No.
21      Q. All right. And did you have a
22  valid driver's license at all on that day?
23      A. No.
24      Q. Had you had a valid driver's

Page 113

1   license at some point before January
2   4th --
3       A. No.
4       Q. Wait you're interrupting.
5          Had you had a valid driver's
6   license at any time before January 4th,
7   2001?
8       A. Nope.
9       Q. Do you have a valid driver's
10  license today?
11      A. Yes.
12      Q. When did you first get a valid
13  driver's license?
14      A. When I came home in 2014.
15      Q. Now, you said on January 4th, 2001
16  you had some type of ID?
17      A. I had identification on me, yeah.
18  Like ID. A regular ID with my name and
19  address.
20      Q. Okay. What do you mean a regular
21  ID?
22      A. A regular ID I can cash checks with
23  and stuff like that.
24      Q. Was it a state ID?

Page 114

1    A. I don't remember no state.
2  Whatever type of ID that's given out back
3  then which you were allowed to get. It
4  wasn't no license or none of that. I had
5  a identification that says that's you with
6  your address and all that on it.
7    Q. Where did you get it from?
8    A. I don't know exactly where I got it
9  from, but I had to go get it, because I
10 had the parole agent made me go get proper
11 ID and all. If you walking around you got
12 to have ID if the police pull you over.
13   Q. Okay. So the parole officer told
14 you --
15   A. Yeah. I had to --
16      MR. PILEGGI: You're
17   talking over each other.
18      THE WITNESS: Okay.
19 BY MR. GONZALES:
20   Q. Let me ask it again.
21      Did you get the ID because your
22 parole officer told you to get one?
23   A. Yes.
24   Q. What office, department or agency

Page 115

1  did you get that ID from?
2    A. I can't remember. I can't remember
3  exactly where I got that ID from. It was
4  a legitimate ID, but I don't know where I
5  got it from.
6    Q. Did you get it from probation and
7  parole?
8    A. Nah.
9    Q. Did you get it from a State office
10 building?
11   A. Like an office building or
12 something. Yeah.
13      MR. PILEGGI: You can get
14   them from the DMV.
15 BY MR. GONZALES:
16   Q. All right. So you walked back to
17 the car and then what did you do?
18   A. I drove off.
19   Q. At any point before you drove off
20 did you go into the apartment building
21 where Kena was living?
22   A. Nope.
23   Q. Did Kena testify at your criminal
24 trial?

Page 116

1    A. Nope.
2    Q. Did your grandmother testify at
3  your criminal trial?
4    A. Nope.
5    Q. Did Derrick testify at your
6  criminal?
7    A. I haven't seen Derrick.
8    Q. Did Derrick testify at your
9  criminal trial?
10   A. No. No, he didn't.
11   Q. Did Tamika testify at your --
12   A. No.
13   Q. -- criminal trial?
14      You're interrupting me.
15   A. Okay.
16   Q. Did Tamika testify at your criminal
17 trial?
18   A. No.
19   Q. Did your niece testify at your
20 criminal trial?
21   A. No.
22   Q. Did Tamika's boyfriend testify at
23 your criminal trial?
24   A. No.

Page 117

1    Q. Did your grandmother testify at
2  your criminal trial?
3    A. No.
4    Q. And you had a criminal trial? You
5  didn't plea; correct?
6    A. I went to trial. Yeah, of course.
7    Q. All right. So you get back to your
8  car and you said you drove back to 61st
9  and Lansdowne -- no, 61st and -- what was
10 it?
11   A. Nassau Road.
12   Q. Did you make any stops along the
13 way?
14   A. No.
15   Q. What time did you arrive at 61st
16 and Nassau?
17   A. I don't know the exact time I
18 pulled up to 61st and Nassau. I pulled
19 up, parked the car. When I got out that's
20 when Officer Reynolds and a bunch of
21 police uniforms say, freeze, put your
22 hands up.
23   Q. When did you first notice the
24 police officers or police cars?

Page 118

1    A. When I was getting out of the car.
2    Q. So you did not notice them before
3  you stopped?
4    A. I never seen them. There was
5  nobody there.
6    Q. Where was Officer Reynolds when you
7  first noticed him?
8    A. In front of me.
9    Q. Okay. Do you know how he got
10 there?
11   A. He pulled up.
12   Q. Did you see him -- that's what I'm
13 asking.
14   A. Yeah. Okay.
15   Q. Did you see pull up in a car?
16   A. Yeah.
17   Q. Did he pull up in the car before
18 you got out of your car?
19   A. I was out the car first.
20   Q. That's what I'm asking.
21   A. Yeah. All right.
22   Q. Did you see any other police cars
23 pull up before you got out of your car?
24   A. No.

Page 119

1    Q. How many officers were there after
2  you got out of your car?
3    A. It was a lot of them. A lot of
4  uniform -- a lot of uniform officers.
5    Q. Were any of the uniform officers
6  saying or doing anything?
7    A. Yes.
8    Q. What were they saying?
9    A. He was the one putting the
10 handcuffs on me.
11   Q. Okay. You say you saw Officer
12 Reynolds. Can you describe what was he
13 wearing?
14   A. He was in plain clothes. I know he
15 had the glasses. He had glasses on him.
16 That's it. I know he was in plain
17 clothes.
18   Q. When you say plain clothes --
19   A. Like clothes -- like, he wasn't in
20 uniform.
21   Q. Okay. Did he appear to have any
22 badge on a necklace of any kind or a
23 lanyard?
24   A. I can't remember if he had that on

Page 120

1  or not.
2    Q. Did he have any markings on
3  anywhere that said, police?
4    A. No. Not that I remember.
5    Q. Do you remember what colors the
6  clothes were that he was wearing?
7    A. Nope.
8    Q. Was he wearing a hat?
9    A. I don't remember that.
10   Q. Did he have any facial hair?
11   A. I don't remember that either.
12   Q. How tall was he?
13   A. He was short.
14   Q. Shorter than you?
15   A. Yes. I was taller than him.
16   Q. How tall are you?
17   A. About five eleven, six, something
18 like that.
19   Q. Did Officer Reynolds say anything
20 to you?
21   A. Yes.
22   Q. What did he say?
23   A. He said where you live at.
24   Q. Was this before or after you were

Page 121

1  in handcuffs?
2    A. This is while I'm in handcuffs.
3    Q. All right. So let's go backwards
4  then. So you get out of your car. You
5  see police officers. And tell me what
6  happens?
7    A. I get out the car. As I was
8  getting out the car, before I close the
9  door Police Officer Reynolds and the other
10 police officers said, freeze, put your
11 hands up. And I went like this. And
12 they --
13   Q. You held -- I'm sorry to
14 interrupt -- but you held your hand out in
15 front of you.
16      Did they have their guns drawn?
17   A. They had their guns drawn.
18   Q. All right. Just so the record is
19 clear?
20   A. They had their guns drawn.
21   Q. All right. Go ahead. Pick it up
22 from there. I'm sorry.
23   A. They said, freeze, put your hands
24 up, and I went like this. Then Reynolds

Page 122

1  and one of the uniform officers came up
2  and they shut the door -- the driver's
3  side door. The uniform officer is putting
4  the handcuffs on me. And he said what
5  does he think -- the uniform officer asked
6  Officer Reynolds, what is he being
7  arrested for? And Reynolds told him
8  narcotics violations. And Reynolds'
9  associate took all my stuff off me and he
10  asked me where I lived at.
11     Q.  What did you say?
12     A.  I told him 1621 North Conestoga
13  Street.
14     Q.  Did he say anything in response to
15  that?
16     A.  Nope.
17     Q.  When you say he took the things off
18  of you, what did he take off of you?
19     A.  He took the keys -- the keys I had,
20  the money, the phone. And that's it.
21     Q.  What about the ID?
22     A.  He took -- I had the ID, too. He
23  took the ID.
24     Q.  Anything else?

Page 123

1     A.  Nope.
2     Q.  Who actually physically searched
3  you or patted you down?
4     A.  Reynolds.
5     Q.  Did any of the uniform officers pat
6  you down?
7     A.  No. No.
8     Q.  Whose handcuffs did they use? In
9  other words, was it one of the uniform
10  officer's handcuffs or Reynolds?
11     A.  I think the uniform, because he's
12  the one putting the cuffs on. The uniform
13  was the one putting the cuffs on. He's
14  actually the one who asked what I was
15  being locked up for.
16     Q.  Can you describe the uniform
17  officer that put you in handcuffs?
18     A.  He's black. I know that. That's
19  it. I don't know how he looked.
20     Q.  Was he taller than you?
21     A.  Yeah. He's a little taller than
22  me.
23     Q.  Did he weigh as much as you or was
24  he thinner?

Page 124

1     A.  I'm ain't sure his weight and built
2  and all that.
3     Q.  Did he have a beard?
4     A.  I ain't sure.
5     Q.  Did he have glasses?
6     A.  I can't remember if he had glasses.
7     Q.  Do you remember his name at all?
8     A.  No.
9     Q.  When Officer Reynolds asked you
10  where you lived, had you already been
11  handcuffed?
12     A.  Yes.
13     Q.  And where were you physically
14  standing at the time?
15     A.  The car was parked here. So they
16  took me across the street from where the
17  car was parked. I was on this corner of
18  this pavement right here with the uniform
19  officer and Reynolds. The other officers
20  was still out there but they was just in
21  the area right there.
22     Q.  You just described things with your
23  hands. We just have to make sure --
24     A.  Oh, excuse me.

Page 125

1     Q.  No, that's all right. We have to
2  make sure it's on the record. So you tell
3  me if I'm accurate.
4        The way you described it was you
5  parked your car and then -- on the
6  right-hand side of the street.
7     A.  Yes.
8     Q.  Then they took you across the
9  street to the left.
10     A.  Yes.
11     Q.  And that's where Reynolds talked to
12  you.
13     A.  Yes.
14     Q.  Did Reynolds ask you anything else?
15     A.  Nope.
16     Q.  Did Reynolds say anything else that
17  you could hear at the scene?
18     A.  Nope.
19     Q.  Did any of the other officers say
20  anything that you could hear at the scene?
21     A.  Nope.
22     Q.  Could you hear anything being said
23  over police radio while you were there?
24     A.  Nah.

Page 126

1    Q. Did you say anything else to the
2  officers at the scene?
3    A. Nah.
4    Q. Did you ask any questions?
5    A. Nope.
6    Q. Did you say, I didn't do it?
7    A. They didn't ask any of that.
8    Q. I didn't ask you that. I said did
9  you say that?
10    A. I didn't say nothing.
11    Q. Okay. How long were you at the
12  scene before they put you in the patrol
13  car?
14    A. Not long. They put me in the back
15  of the paddy wagon. Because the wagon
16  wasn't there at first.
17    Q. So how long were you there before
18  they put you in the back of the wagon?
19    A. Not long.
20    Q. When you say, not long, what do you
21  mean?
22    A. It was less -- it wasn't no half an
23  hour or no hour. It was short. It wasn't
24  that long.

Page 127

1    Q. Less than a minute?
2    A. It was longer than a minute.
3    Q. Five minutes?
4    A. Probably a little bit long -- it
5  wasn't long, because the paddy wagon
6  pulled right up.
7    Q. I'm trying to find out how long.
8  So ten minutes?
9    A. Give or take. I know it wasn't
10  that long before the paddy wagon came. So
11  I wasn't out there for no hours or
12  anything like that. It was short.
13    Q. Right. That's what I'm trying to
14  find out. So it wasn't hours. It was
15  short?
16    A. It was less than a half hour. It
17  was like -- it wasn't like a minute, but
18  not more than five -- it might have been a
19  little bit longer than five minutes.
20    Q. All right. So longer than five
21  minutes.
22    A. But shorter than a half an hour.
23  It wasn't no, like, 30 minutes.
24    Q. Okay.

Page 128

1    A. Briefly I was out there.
2    Q. All right. So what time were you
3  arrested?
4    A. I don't know the exact time I was
5  arrested.
6    Q. How about there approximate time?
7        MR. PILEGGI: 3:30.
8        MR. GONZALES: No, no, no.
9  I'm not asking you, counsel. I'm
10  asking your client.
11        THE WITNESS: I don't know
12  the exact time.
13  BY MR. GONZALES:
14    Q. After you were put in the back of
15  the wagon was there anybody in the wagon,
16  by the way?
17    A. Nope.
18    Q. Where did you go from there?
19    A. They took me to 52nd and Warren.
20    Q. What's there?
21    A. It's a block. Like, a church. I
22  think it was a church out there at the
23  time.
24    Q. What happened when you got there?

Page 129

1    A. I just sat there.
2    Q. How long?
3    A. Not that long. They drove off and
4  started running around -- driving around
5  locking people up.
6    Q. So you physically were riding and
7  went back to 52nd and Warren.
8    A. And Warren.
9    Q. And you stayed there for not very
10  long, you said; is that correct?
11    A. Not very long.
12    Q. All right. And could you hear
13  anything being said by anybody?
14    A. No.
15    Q. Was anyone else in the wagon at the
16  time?
17    A. I was by myself.
18    Q. All right. And you couldn't hear
19  anything over the police radio?
20    A. No.
21    Q. And could you hear anything that
22  the police who was in the front was
23  saying?
24    A. No.

Page 130

1    Q. All right. Then what happened?
2    A. Let's back this up a little bit. I
3  see the person on Nassau Road. Police
4  Officer Walker pulled off in that
5  Bonneville.
6    Q. Okay.
7    A. Walker was there. Walker was
8  there, too.
9    Q. All right. Let's go back then.
10   A. Yeah. Let's go back.
11   Q. I thought I asked you everything
12 that happened. But if we missed it let's
13 go over it.
14   A. Yeah.
15   Q. So when did Officer Walker -- when
16 did you see Officer Walker?
17   A. When the Bonneville pulled off. He
18 drove off in that Bonneville.
19   Q. Before the Bonneville pulled
20 away --
21   A. I was still out there.
22   Q. Wait, wait, wait.
23   A. Excuse me.
24   Q. I mean some of the questions you

Page 131

1  think I'm going to ask you are better than
2  the ones I actually ask you and I
3  appreciate that, but you've got to wait.
4    Where -- when did you see Walker
5  for the first time at the location where
6  you were arrested?
7    A. 63rd and Nassau Road. Driving off
8  in the Bonneville.
9    Q. All right. So you did not see him
10 first arrive on scene; is that correct?
11   A. No.
12   Q. You didn't see where he came from?
13   A. Nope.
14   Q. You didn't hear him speaking to
15 Reynolds?
16   A. No.
17   Q. And you didn't hear Reynolds say
18 anything to him?
19   A. No.
20   Q. Did you recognize him at the
21 time --
22   A. No.
23   Q. -- or you learned later that was
24 Walker?

Page 132

1    A. I learned later. I never knew him.
2    Q. So you just saw somebody pull off
3  in the Bonneville?
4    A. Bonneville.
5    Q. A black police officer?
6    A. Black one, yeah.
7    Q. Or someone?
8    A. Yeah.
9    Q. Was he in uniform?
10   A. Plain clothes.
11   Q. Can you describe what he looked
12 like?
13   A. He was kind of -- he was tall.
14 Light brown. He had -- this guy he had
15 dreads in his hair or something. Dread
16 locks or something.
17   Q. Where were you when you saw Walker
18 pull away?
19   A. On the corner still.
20   Q. So you had nor --
21   A. I never left -- excuse me.
22   Q. So you said you were on the corner.
23     Were you in handcuffs?
24   A. Yes.

Page 133

1    Q. All right. You had not been taken
2  back to the wagon yet; correct?
3    A. Nope.
4    Q. Had Reynolds already asked you
5  where you lived or had he not asked you
6  that question yet when you first saw
7  Walker pull away?
8    A. He asked me that before Walker.
9    Q. And did you physically see Walker
10 get in the Bonneville?
11   A. No.
12   Q. You just noticed it when it was
13 pulling away?
14   A. When he pulled away.
15   Q. All right. Did you see what
16 direction he was pulling the car away in?
17   A. Down 61st.
18   Q. All right. It was basically
19 traveling the same direction you parked
20 in?
21   A. Parked in.
22   Q. Did anything else happen where you
23 were arrested other than what you've
24 testified to?

Page 134

1  A. That's it.
2  Q. Did you hear anything that was said
3  at the scene that you haven't told me?
4  A. No.
5  Q. Did you -- okay.
6  Now, back to the wagon at 52nd and
7  Warren.
8  A. Yeah.
9  Q. You said you were there for a short
10  period of time, and then what happened?
11  A. The paddy wagon pulled off.
12  Q. With you still in it?
13  A. I was still in it.
14  Q. Where did you go?
15  A. He went around 56th and Master.
16  Q. What happened when he got to 56th
17  and Master?
18  A. They locked people up and put them
19  in the paddy wagon.
20  Q. Okay. So who got into the wagon
21  with you?
22  A. I think DeLee, and a couple of
23  others. I know it was DeLee. And two
24  other bulls -- two other guys were down

Page 135

1  there.
2  Q. What did you call them, bulls?
3  A. Bulls -- like guys. Boys, bulls --
4  like bulls.
5  Q. Bulls?
6  A. Bulls. Like two bulls like that.
7  Q. All right.
8  A. Then they went up Eisler (sp)
9  Street and then got a couple of other guys
10  on Media Street.
11  Q. They put them in the wagon with
12  you?
13  A. Put them in the wagon. Yeah. Yep.
14  Q. Did you recognize who they were?
15  A. No. I only know one, Arthur
16  Tillman on Media Street. That's all I
17  knew.
18  Q. Anyone else get in the wagon?
19  A. Anthony Jones -- yeah. It was
20  about nine people in there, in that wagon.
21  Q. When you got to 56th and Master
22  could you hear anything that was being
23  said outside?
24  A. Nah.

Page 136

1  Q. Could you hear anything being said
2  over the police radio?
3  A. Nope.
4  Q. Did any of the guys like DeLee or
5  any of the other ones that got in at 56th
6  and Master, did they say anything to you?
7  A. No.
8  Q. Did they say anything to each
9  other?
10  A. Not that I know. They was people
11  just talking. I don't remember what they
12  were saying. They was just talking
13  amongst themselves. I don't remember,
14  like, what they were saying verbatim, what
15  word they were saying.
16  Q. Did you say anything to them?
17  A. No. I just said something to
18  DeLee.
19  Q. What did you say to DeLee?
20  A. I don't know what I said. I said
21  something to him. He said it's crazy.
22  DeLee mentioned something about Cavian
23  (sp) or something. I don't know, Cavian.
24  He said something about Cavian. He

Page 137

1  referred to him as his brother or
2  something like that.
3  That's all I remember him saying,
4  something about Cavian. He referred to
5  him as his brother. That's it. He was
6  saying stuff amongst himself. He ain't
7  really saying nothing.
8  Q. Did any of them talk about drugs or
9  selling drugs or --
10  A. Nah. Ain't none of them mention
11  that. Nope.
12  Q. How about any of the other guys
13  that got in the wagon, did you --
14  A. I didn't know none of them. I
15  didn't know none of them.
16  Q. I didn't ask you whether you knew
17  them.
18  A. Okay.
19  Q. I didn't ask you a question
20  actually.
21  So the other guys that got in the
22  wagon did they say anything?
23  A. They was talking, but I don't know
24  what they were saying.

Page 138

1    Q. As you sit here today you don't
2  remember a single thing --
3    A. No.
4    Q. Wait a minute. As you sit here
5  today you don't remember a single thing
6  that anyone who go into the wagon said; is
7  that correct?
8    A. That's correct.
9    Q. Did you say anything to anyone in
10  the wagon -- the people that got in after
11  DeLee?
12    A. That's it, DeLee. That's the only
13  one I said something to.
14    Q. All right. You didn't talk to
15  anyone else that got in the wagon?
16    A. I ain't know nobody else in the
17  wagon.
18    Q. I didn't ask you --
19    A. Okay. No. I didn't say nothing to
20  him.
21    Q. My question is, did you say
22  anything to anyone?
23    A. No.
24    Q. After the last group of guys got in

Page 139

1  the wagon what happened next?
2    A. We started going to 55th and Pine.
3    Q. What happened when you got there?
4    A. They put us all in different
5  bullpens.
6    Q. Now, again, while you were being
7  transported to 55th and Pine, could you
8  hear the police officers saying anything?
9    A. No.
10    Q. Could you hear anything over the
11  police radio?
12    A. Nope.
13    Q. All right. Once you got to 55th
14  and Pine you said everybody got put in to
15  different bullpens?
16    A. Yeah.
17    Q. Was anybody put in the same bullpen
18  as you?
19    A. Yeah.
20    Q. Who?
21    A. One of the guys. I don't know -- I
22  didn't know him, but one of the guys that
23  was in that paddy wagon was in there with
24  us. About three of us.

Page 140

1    Q. Right. But you don't remember--
2    A. I don't know them.
3    Q. You don't remember their names?
4    A. No.
5    Q. How long were you in the bullpen?
6    A. I was in the bullpen for a
7  minute -- all night.
8    Q. Oh, all night?
9    A. Yeah.
10    Q. Did anybody say anything to you
11  while you were in there?
12    A. No. One of the police officers
13  came in there.
14    Q. What did the police officer say?
15    A. The police officer was Monaghan --
16  Brian Monaghan.
17    Q. What did Monaghan say?
18    A. I said, what's up -- I spoke to him
19  first.
20    Q. Okay. What did you say?
21    A. What's up, Monaghan. He act like
22  he knew me. He asked me something about
23  my brother. I don't know if he was
24  talking about my brother that died or my

Page 141

1  cousin dying too -- that passed, that was
2  like my brother because we was always hung
3  together.
4      He asked me something about my
5  brother -- about a case about my brother.
6  And I just said, I don't know. I just
7  know he was beat to death. And Monaghan
8  mentioned, let me see if I can get you out
9  of here. So he came back a couple of
10  minutes later and took me out of the ball.
11  He took me in the back. There was Police
12  Officer Brian Reynolds back there, Jeffrey
13  Walker and Monaghan, and they started
14  asking me questions.
15      They asked me -- first of all they
16  asked me, who was I going to see on Nassau
17  Road. They asked me that. I said I was
18  going to that apartment building.
19    Q. He said, anything in that building
20  we should know about?
21    A. I said, no. I don't know nothing
22  about nothing being in the building. Then
23  they asked me did I know Dennis Freeman
24  and J Rock. I said, no, I don't know

Page 142

1  them. And he said, yes, you do. And I
2  said, I just came home from parole from
3  New York. And he said, no, you didn't.
4  You just came home from parole in
5  Pennsylvania. And I said, yeah, okay.
6  Then he asked me how much parole time I
7  owe. I said I owe 20-something months.
8  And then he said, you're going to do that
9  plus ten to 20 years.
10     Q. Who was saying these things?
11     A. Monaghan. All of them were saying
12  different stuff to me -- asking different
13  questions.
14     Q. That's what I'm trying to figure
15  out. Who asked you what? So who asked
16  you why you were going to 61st and Nassau?
17     A. That was Reynolds.
18     Q. And who asked you if you knew
19  Dennis Freeman and J Rock?
20     A. That was Reynolds.
21     Q. Who asked you about the parole?
22     A. Walker.
23     Q. All right. Anything else that they
24  asked you?

Page 143

1     A. Reynolds is the one mentioned that
2  when I told him I came home from parole
3  from New York, Reynolds said, no, you
4  didn't; you're on parole from
5  Pennsylvania. He said, you're on parole
6  from Pennsylvania. And I said, yeah,
7  okay. And that's when Walker say, how
8  much parole time you owe, and I said 28
9  months. And Walker said, you going to do
10  that plus ten to 20 years.
11     Q. Okay. And then what happened?
12     A. They asked me about anything they
13  should know about Nassau Road. I didn't
14  tell them -- I didn't know nothing to tell
15  them. So they said -- I don't know which
16  one said -- someone said, you think you're
17  a tough guy -- or something like that.
18  And they took me back to the bullpen.
19     Q. Did they ask you anything else
20  before they took you back to the bullpen?
21     A. Nah. That's it.
22     Q. Did you say anything else to them
23  before they took you back to the bullpen?
24     A. Nope.

Page 144

1     Q. Did you hear them saying anything
2  to each other before they took you back to
3  the bullpen?
4     A. Nope.
5     Q. Were they talking to each other?
6     A. I don't know. One of them took me
7  back to the bullpen. That's it. I don't
8  know what they said after that.
9     Q. All right. Who took you back?
10     A. I think Monaghan.
11     Q. And did you and Monaghan say
12  anything to each other while he was taking
13  you back?
14     A. Nope.
15     Q. Did he take you back to the same
16  bullpen you were in before?
17     A. Same bullpen.
18     Q. And then what happened?
19     A. That's it.
20     Q. How long did you stay there before
21  the next thing?
22     A. I seen the judge after that. The
23  cops never came back after that.
24     Q. Did you ever have any interactions

Page 145

1  with Reynolds after what you just
2  described?
3     A. Nope.
4     Q. Who paid for your criminal defense
5  lawyer?
6     A. I think my family paid for my
7  lawyer.
8     Q. Did they hire the different --
9  because you had different ones.
10     A. I had what his name -- Guy Sciolla.
11  First I had Brian. Because I had Brian
12  for my kidnap, robbery. That's why I went
13  back to Brian.
14     Q. Brian who?
15     A. Brian Monaghan -- Brian McGonigle.
16     Q. Oh, McGonigle.
17     A. I had McGonigle for my kidnap,
18  robber. That's why I went back to Brian
19  McGonigle for the case. But my family had
20  still owed Brian some money from back
21  then. So I got that money back and got
22  Guy Sciolla. But Guy Sciolla wanted too
23  much money for trial. So that's when I
24  got Meehan. We ain't even pay him all the

Page 146

1    money. He wanted, like, four or five
2    grand. They gave him, like, 3700. I
3    still owe him money.
4        Q. Okay. And then you got Lou
5    Nicholson?
6        A. I got Lou Nicholson.
7        Q. Who hired him?
8        A. I don't know who hired him. I
9    forgot who gave us money for Nicholson.
10   But he charged us 1500 for that case.
11       Q. Then for, like, the appeals and the
12   habeas petitions that you filed, did you
13   have a lawyer?
14       A. All of them was appeals -- most of
15   it was pro se stuff. I only paid for the
16   appeal process was the attorney I had from
17   PCA. Everybody else -- like, for the
18   court was pro se.
19       Q. Right.
20       On January 4th, 2001 was that the
21   first time you ever drove that green
22   Pontiac?
23       A. Yep.
24       Q. Was Derrick at his apartment when

Page 147

1    you pulled up, do you know?
2        A. He never came out.
3        Q. I know he never came out, but did
4    you ever find out if he was there?
5        A. He had to still be there, because
6    that's where I dropped him off at. So I
7    assume he was still there.
8        Q. But he never came out?
9        A. He never came out. I don't know if
10   he looked out the window and seen me get
11   locked up or what, but he never came out
12   the house. I don't know. I never seen
13   him come out.
14       Q. Did you ever talk to him after that
15   and ask him why he didn't come out?
16       A. I tried to call him on the phone
17   when I got locked, but nobody ever
18   answered it.
19       Q. Had you ever been inside 1628 North
20   55th Street before January 4th, 2001?
21       A. Nope.
22       Q. Do you know which apartment Kena
23   was living in?
24       A. She lived on, I think, the second

Page 148

1    floor, Room 06.
2        Q. Did she ever give you a key to the
3    apartment?
4        A. Nope.
5        Q. Do you know if Derrick knew anybody
6    that lived inside that apartment?
7        A. I'm not sure. We never talked
8    about that.
9        Q. Is it possible?
10       A. It's possible.
11       Q. Did Derrick know Kena?
12       A. I'm not sure if he knew Kena or
13   not.
14       Q. What ever happened to the
15   monitoring bracelet? In other words, were
16   you wearing it at the time you were
17   arrested?
18       A. Yes.
19       Q. Did somebody remove it?
20       A. Intake. They cut it off.
21       Q. After your arrest did you have
22   any -- did you ever talk to Jeffrey
23   Walker?
24       A. Nope.

Page 149

1        Q. Were you present for any discussion
2    that Jeffrey Walker had with your
3    attorney?
4        A. No.
5        Q. Do you know whether your attorney
6    talked to Jeffrey Walker?
7            MR. PILEGGI: Objection.
8            THE WITNESS: I don't
9        know. I don't know.
10           MR. PILEGGI: Objection.
11           THE WITNESS: I don't know
12       about that. I know I never talked
13       to him.
14           MR. PILEGGI: Hold up.
15       Hold up. I instruct him not to
16       answer that.
17   BY MR. GONZALES:
18       Q. Did you ever speak to Brian
19   Reynolds after January 4th, 2001?
20       A. Nope.
21       Q. Other than when you described
22   Reynolds, Monaghan and Walker questioning
23   you or talking to you when you were first
24   arrested, did any other police officers

Page 150

1  ever question you about this incident?
2      A. Nope.
3      Q. Did you ever give any statements to
4  anyone about this incident other than your
5  attorneys?
6      A. Nope.
7      Q. After you were arrested were you
8  given an opportunity to contact anyone
9  from your family?
10     A. Yeah. After the bail. After they
11 got the bail hearing. They gave us a
12 phone call, but they said don't tell them
13 to come bail you out, because you have to
14 have a Nebbia hearing.
15     Q. I'm not following you.
16        So explain this to me.
17     A. They said they give us a phone call
18 when you see the judge -- they gave you a
19 bail. They gave you a bail. But they
20 give you a phone call -- once you get the
21 bail you usually get a phone to see if
22 anybody can bail you out.
23     Q. Okay.
24     A. But they said you might as well not

Page 151

1  tell anyone to bail you out because you
2  got to have a Nebbia hearing.
3      Q. What's a Nebbia hearing?
4      A. Nebbia hearing is where you get the
5  bail money from.
6      Q. Okay.
7      A. I never made bail.
8      Q. Okay.
9          MR. PILEGGI: Can I
10     just --
11         MR. GONZALES: No. Thank
12     you. I appreciate it, but no.
13 BY MR. GONZALES:
14     Q. What was your bail set -- strike
15 that. Did you have bail set?
16     A. Yes.
17     Q. What was your bail?
18     A. 50,000.
19     Q. Were you able to contact any member
20 of your family to try to get them to make
21 bail for you?
22     A. No. Because I couldn't make it.
23     Q. When you say you couldn't make it,
24 what do you mean?

Page 152

1      A. I had to have a Nebbia hearing.
2  Meaning I had to show them where you get
3  the bail money, I guess.
4      Q. Okay.
5          MR. PILEGGI: You're
6      asking him a legal conclusion.
7          MR. GONZALES: Then
8      object. That's fine. I'm just
9      asking him what he remembers.
10         MR. PILEGGI: Then I'll
11     object.
12         MR. GONZALES: That's all.
13     It's all good.
14 BY MR. GONZALES:
15     Q. All right. So you were not able to
16 post bail; is that correct?
17     A. Nope.
18     Q. Did you stay in jail up until the
19 time of your criminal trial from this
20 arrest?
21     A. Yep.
22     Q. Where did you stay?
23     A. CFCF.
24     Q. How long were you at CFCF before

Page 153

1  your trial?
2      A. I went to trial May of two
3  thousand -- I went to trial May 7th, 2002.
4      Q. So basically from January 2001
5  until May of 2002; is that correct?
6      A. I was at CFCF. Yep.
7      Q. Were you attacked or assaulted
8  while you were at CFCF?
9      A. Nope.
10     Q. Were you attacked or assaulted
11 while you were at any of the state
12 prisons?
13     A. Nope.
14     Q. Did you receive any type of mental
15 health counseling or treatment while you
16 were at CFCF?
17     A. Nope.
18     Q. Did you receive any mental health
19 or counseling treatment while you were at
20 the state correctional facility?
21     A. Nope.
22     Q. What did Brian Reynolds do to you
23 that violated your rights?
24     A. What did he do to violate my

1  rights?
2    Q. Yeah.
3    A. He locked me up for a crime I ain't
4  commit. That's what he did.
5    Q. Okay. How did he lock you up?
6    A. Everything that he testified to at
7  the hearing that he testified against me
8  was fabricated.
9    Q. What part did he testify to that
10 was fabricated?
11   A. Everything that he testified to was
12 fabricated.
13   Q. That he arrested you at 61st and --
14   A. That was -- he locked me up on
15 Nassau Road.
16   Q. So that was true?
17   A. That was true.
18   Q. Okay. So it wasn't everything?
19   A. Not everything. But the majority
20 of what he said.
21   Q. But that's what I'm asking.
22   A. Okay. Yeah.
23   Q. So what specifically did he say
24 that was not true?

1    A. He said he followed me. He said he
2  followed me from 56th to Master to 1621.
3    Q. Anything else?
4    A. He said he followed me from 1621 --
5  he said he followed me to the apartment at
6  1621 to North 56th Street.
7    Q. And how do you know that that's not
8  true?
9    A. I know it ain't true. It's
10 impossible.
11   Q. Why is it impossible?
12   A. Because I wasn't driving that
13 Bonneville at the time it was being seen
14 on videotape.
15   Q. What else did he lie to?
16   A. I can't remember offhand, but it's
17 a lot. It's documented.
18   Q. Did you -- were you present when
19 any police officers went into North 55th
20 Street?
21   A. I was locked up already.
22   Q. So you were not present?
23   A. I was not present.
24   Q. All right. So you did not witness

1  firsthand any officers inside North 55th
2  Street; is that correct?
3    A. Nope. Nope.
4    Q. Did any police officers go into
5  1621 North Conestoga?
6    A. I found out later they did -- I
7  found out later they went --
8        MR. PILEGGI: Wait. In
9    his presence?
10       MR. GONZALES: Yeah. In
11   his presence.
12       THE WITNESS: No. Not
13   when I was present.
14 BY MR. GONZALES:
15   Q. Did you find out later that
16 officers went in to 1621 --
17   A. Yes.
18   Q. -- North -- wait. You have to let
19 me finish.
20   A. Excuse me. Yes.
21   Q. After -- at some point in time did
22 you learn or hear whether any police
23 officers went inside to 1621 North
24 Conestoga?

1    A. Yes.
2    Q. When was the first time you heard
3  that?
4    A. When I got -- probably when I got
5  to CFCF -- when I got to CFCF.
6    Q. All right. How did you hear that?
7    A. Probably a visit, they said police
8  came to the house. Someone that visited,
9  they told me.
10   Q. When you say, they, who is they?
11   A. They said two police officers came
12 to the house.
13   Q. Who are the they that told you?
14   A. Oh, my mom and my sister.
15   Q. Mom and which sister?
16   A. Tamika.
17   Q. What did they tell you?
18   A. They said two officers came to the
19 house.
20   Q. Did they say or describe the
21 officers?
22   A. Yeah.
23   Q. What did they say?
24   A. They said a short white guy and a

Page 158

1  tall black guy with braids or dreads in
2  his hair.
3      Q.  Did they say what the officers did
4  in your house?
5      A.  They said they was trying to get
6  into Margaret's room -- the back room, but
7  her door was locked.
8          They said Walker stayed -- Walker
9  stayed downstairs, they said.  Walker was
10  downstairs and they said Reynolds came
11  upstairs.  And he looked in the rooms,
12  they said.  They said, he didn't go
13  anywhere in the middle room.
14      Q.  Whose room was the middle room
15  upstairs?
16      A.  That's my mom stuff up there.
17      Q.  Okay.  What else did they tell you
18  that Reynolds did?
19      A.  They said Reynolds went into the
20  front room.  That's where I was paroled
21  to.
22      Q.  Is that the room -- was that your
23  bedroom?
24      A.  That was the bedroom, yeah.

Page 159

1      Q.  Okay.  What did they say that
2  Reynolds did?
3      A.  They said he was looking around and
4  all that.
5      Q.  Did they say that he did anything
6  else?
7      A.  She said -- as a matter of fact, he
8  took a parole paper out of there.  That's
9  how he knew I was on parole, too.  He took
10  the parole papers out of my mom's -- out
11  of the house.
12      Q.  Did they say what kind of parole
13  paper it was?
14      A.  No.  They just he took parole
15  papers.  That's it.
16      Q.  Did you ever learn what that parole
17  paper was?
18      A.  That was a parole paper -- another
19  paper like showed I was released from
20  parole.  Similar like that.  I don't know
21  if it's the same one, but it showed I was
22  on parole.
23      Q.  And who saw Reynolds do this?
24      A.  My mom.

Page 160

1      Q.  Did your mom say that Reynolds did
2  anything else while he was inside 1621?
3      A.  Nope.  Nope.
4      Q.  Did she say how long they were
5  inside 1621?
6      A.  She just said one of their phones
7  rung and they rushed out of there.  That's
8  all she said.  They got a phone call.
9      Q.  Did they tell you what time they
10  were at 1621?
11      A.  Nah.  I don't remember the time
12  they said he was there.  They said he came
13  in.
14      Q.  Do you know whether they came in
15  before or after you were arrested?
16      A.  I know it was after I was arrested.
17      Q.  How do you know it was after you
18  were arrested?
19      A.  Because they told me.
20      Q.  Who told you?
21      A.  My mom and them when they came to
22  see me.
23      Q.  Did they say if anyone else was
24  present at the time that Reynolds and

Page 161

1  Walker went into 1621?
2      A.  Any cops?
3          Was any cops presents?
4      Q.  Was anyone else, period, present?
5      A.  Besides them two?
6      Q.  Yeah.  Anybody?
7      A.  Yeah.  Tamika was there.
8      Q.  Right.  Anyone else?
9      A.  Tamika girlfriend was there.  I
10  don't know if they came out when the kids
11  was still there.  I think LB was there --
12  her boyfriend was there, LB.
13      Q.  Did they say anyone else was there?
14      A.  That's it.
15      Q.  Were any of your family members
16  able to visit you while you were at SCI
17  Smithfield?
18      A.  They ain't come up Smithfield.
19      Q.  Not Smithfield -- what am I talking
20  about.
21      A.  CFCF?
22      Q.  Yes -- no, not CFCF.  You already
23  talked about that.
24          When -- the state time that you did

Page 162

1  for this arrest, were your family members
2  able to visit you?
3      A. Yes. When I went to Waymart.
4      Q. How often did they visit?
5      A. Probably a couple months -- like
6  every other month. They had a bus service
7  that come up, like, every month. Every
8  couple of months they would come up there.
9      Q. Who would visit you?
10     A. A lot -- all of them; my mom, my
11 sisters, my nieces, my nephew. Everybody
12 come up on the bus. It's Greater Friends.
13 Greater Friends bus.
14     Q. Prior to your arrest in January of
15 2001 -- I think I asked you this about
16 mental health treatment -- but had you
17 ever treated with a social -- before your
18 arrest -- with a social worker, a
19 therapist, a psychologist, psychiatrist?
20     A. No. The only time they came to see
21 me is when I got the phone call upstate
22 when my brother died -- like, the chapel.
23 That's it. I spoke to the chapel. That's
24 it. I ain't speak to no psychiatrist. I

Page 163

1  just spoke to the chapel. That's it.
2      Q. While you were in prison for this
3  arrest did you ever receive any
4  misconducts or disciplines?
5      A. Yeah.
6      Q. For what?
7      A. At Waymart I got a misconduct for
8  not raising my hand with chow.
9      Q. Anything else?
10     A. That's it -- and the phone. For
11 the phone.
12     Q. What did they say you did with the
13 phone?
14     A. They said I was talking to a known
15 inmate that was released from jail or
16 something like that. That's it.
17     Q. Was that true?
18     A. That was a lie. I beat that write
19 up.
20     Q. You may have beat it, but was it
21 true?
22     A. That wasn't true.
23     Q. Have you ever spoken to anyone who
24 was present when officers went into 1628

Page 164

1  North 55th Street?
2      A. No.
3      Q. Up to today you never talked to
4  anyone who saw them go in or witnessed
5  them going in?
6          Yes or no?
7      A. No. Excuse me, no.
8      Q. I understand that there have been
9  several media articles about your case.
10         Have you granted interviews for any
11 of those articles or media reports?
12     A. Yeah. Probably the ones that was
13 in my lawyer's offices. That's it.
14     Q. Who did you interview with?
15     A. The news. I don't know the lady
16 name. I don't remember her name. It was
17 about a couple of years ago.
18     Q. Right. Where was she from?
19     A. I don't know.
20     Q. Do you know how that got arranged?
21     A. Probably from my attorney. I don't
22 know. I'm not sure.
23     Q. Okay. How many times did you meet
24 with her?

Page 165

1      A. Once.
2      Q. And was that the only interview you
3  gave to anyone in the media -- news media?
4      A. That I can think of.
5      Q. Okay. During your criminal case
6  from this arrest, did you ever -- did you
7  testify at your trial?
8      A. No.
9      Q. Did you testify at any hearings?
10     A. Yes.
11     Q. What hearing did you testify in?
12     A. I think after my sentence -- after
13 I got sentenced -- before sentencing.
14 Before sentence -- before I got sentence.
15     Q. Okay. What type of hearing was it?
16     A. After discovery or something like
17 that -- not after discover -- like
18 after -- I don't know the name of the
19 hearing, but it was a hearing for me to
20 come testify and the attorney had to come
21 testify.
22     Q. Why, do you remember?
23     A. Why Meehan had to come testify?
24     Q. Yeah.

Page 166

1    A.  Because Meehan -- because
2    pertaining to the stuff that Meehan never
3    brung out at my trial.  And Meehan never
4    had my preliminary hearing transcripts for
5    trial.  That's why we called Meehan back.
6    Q.  What did Meehan not bring out at
7    trial?
8    A.  He never -- he never impeach the
9    cops --
10        MR. PILEGGI:  I'm going to
11    object.  I think this is
12    attorney/client privilege.
13        Is this with regards to
14    the attorney?
15        MR. GONZALES:  Well, with
16    the hearing.
17  BY MR. GONZALES:
18    Q.  You went to a Court and you said to
19  the Court your attorney didn't bring
20  things out at the trial?
21    A.  Yeah.  My lawyer said --
22    Q.  So that's what I'm trying to find
23  out.  What did Meehan not bring out at
24  trial?

Page 167

1        MR. PILEGGI:  What you're
2    asking about that's
3    attorney/client privilege.
4        MR. GONZALES:  I think
5    that's waived.
6        MS. TAYLOR:  If I can
7    throw in there, it sounds like
8    it's a PCRA challenge based on
9    adequacy of counsel.
10        MR. PILEGGI:  Well, I
11    understand.
12        MS. TAYLOR:  If it's --
13        MR. PILEGGI:  But it could
14    have been some discussions.
15        MS. TAYLOR:  So it could
16    have been questioned, what was the
17    testimony at that hearing.
18        MR. GONZALES:  Well, I
19    know what the testimony is.  But
20    my question is what did he -- and
21    you can object, that's fine, and
22    instruct him not to answer, that's
23    fine.  But I want to know if --
24        MR. PILEGGI:  What he

Page 168

1    believed was wrong --
2        MR. GONZALES:  Right.
3        MR. PILEGGI:  -- what his
4    attorney did, I think that's
5    attorney/client privilege.
6        MR. GONZALES:  Let me ask
7    the question; you can object and
8    then we'll --
9        MR. PILEGGI:  Okay.
10  BY MR. GONZALES:
11    Q.  What evidence do you believe should
12  have been presented at trial that your
13  attorney did not bring out at trial?
14        MR. PILEGGI:  Objection.
15        THE WITNESS:  My trial
16    attorney didn't have a preliminary
17    hearing transcripts.  He didn't
18    know what these officers testified
19    to at the preliminary hearing.  So
20    if you don't have these
21    preliminary hearing transcripts
22    for trial it's impossible for me
23    to have a fair trial, because you
24    don't know what these cops said.

Page 169

1        So the last case was he never said
2    nothing to the cops to contradict
3    what the cops said.
4  BY MR. GONZALES:
5    Q.  Okay.  Anything else that Meehan
6  should have done that he didn't do?
7    A.  The only thing he should have had
8  them transcripts so that he should have
9  impeached the cops with the contradictory
10  statements that the cops made throughout
11  my case -- throughout my whole case.
12    Q.  And was there any evidence that
13  Meehan should have presented at your trial
14  that was not presented?
15    A.  There was a lot of evidence.  He
16  never -- he never -- he never impeached
17  the cops.  So basically whatever the cops
18  said the judge went with.
19    Q.  Right.  But my question is what
20  evidence should Meehan have presented that
21  he did not?
22    A.  He should have impeached the
23  cops -- the cop took the statement that
24  these police officers made, but he never

Page 170

1  did.
2        Had he did that the trial would
3  probably told -- would have been 90
4  percent difference.
5        MR. PILEGGI: I just want
6     to file a continuing objection.
7        MR. GONZALES: Right.
8  BY MR. GONZALES:
9     Q. Anything else that Meehan should
10 have presented that he did not?
11    A. That's everything that I said. He
12 didn't have the transcripts and he never
13 impeached the cops to contradict these
14 statements.
15    Q. What was -- when was the last time
16 you sold drugs?
17    A. '96.
18       MR. GONZALES: These are
19    answers to interrogatories. It's
20    the interrogatories and the
21    answers. I want to mark them as
22    an exhibit, that's all, just to
23    verify them.
24       (Whereupon the document

Page 171

1     was marked, for identification
2     purposes, as Exhibit Torain-1.)
3        (Whereupon the document
4     was marked, for identification
5     purposes, as Exhibit Torain-2.)
6  BY MR. GONZALES:
7     Q. Mr. Torain, I'm showing you two
8  documents which we have marked as Torain-1
9  and Torain-2. Torain-1 are list of
10 questions or interrogatories. And you can
11 see they're titled plaintiff's, Kareem
12 Torain -- nope.
13       THE COURT REPORTER: Did I
14    do it wrong?
15       MR. GONZALES: They're
16    backwards, yeah.
17       THE COURT REPORTER: Sorry
18    about that.
19       MR. GONZALES: No worries.
20    We'll try it again.
21 BY MR. GONZALES:
22    Q. Kareem Torain is entitled,
23 Defendant's Interrogatories Directed to
24 Plaintiff, and they're a series of

Page 172

1  questions that were sent to your attorney
2  to answer.
3     Torain-2 is called Plaintiff Kareem
4  Torain's Responses to the Interrogatories,
5  and these were submitted to us by your
6  attorney.
7     I would like you to review the
8  questions and answers and make sure that
9  the answers are true and correct to the
10 best of your knowledge.
11    Can you do that?
12    A. Hmm-mm.
13    Q. All right. You can read
14 everything. And I don't want you to skip
15 over everything. But I can tell you that
16 the beginning part -- no, that's pretty
17 good. Go ahead. Sorry.
18       MR. GONZALES: Off the
19    record.
20       (Discussion was held off
21    the record.)
22       (Whereupon, a brief recess
23    was taken.)
24

Page 173

1  BY MR. GONZALES:
2     Q. So you had a chance to review
3  Torain-1 and Torain-2 --
4     A. Yes.
5     Q. -- is that correct?
6     A. Yes.
7     Q. Are the answers contained in
8  Torain-2 true and accurate to the best of
9  your knowledge?
10    A. Yes.
11    Q. I apologize if I already asked you
12 this, but did you know somebody by the
13 name of Dennis Freeman?
14    A. Yeah. He grew up in my
15 neighborhood.
16    Q. Did we already go through that?
17    A. I don't know.
18    Q. All right. So who's Dennis
19 Freeman?
20    A. He grew up in my neighborhood.
21 He's one of my -- I knew him from my
22 neighborhood.
23    Q. Were you friends with him?
24    A. I knew it.

Page 174

1    Q. How often -- did you ever hang out
2  with him?
3    A. Probably early '90s. I haven't
4  seen him since -- I ain't seen him -- I
5  haven't seen him since I got incarcerated.
6  Before I got incarcerated I haven't seen
7  him.
8    Q. The last time you saw him was what,
9  the mid-'90s?
10   A. Early '90s.
11   Q. Okay. Do you know whether Dennis
12 Freeman ever sold drugs?
13   A. I'm not sure. I never hung around
14 him. He never hung around me to sell
15 drugs. I don't know.
16   Q. Did you ever hear that he sold
17 drugs?
18   A. No.
19   Q. Do you know whether anyone was
20 selling drugs in the neighborhood where
21 you lived?
22        MR. PILEGGI: Objection.
23        MR. GONZALES: What?
24        MR. PILEGGI: Which

Page 175

1  neighborhood?
2        MR. GONZALES: 1621 North
3  Conestoga.
4        MR. PILEGGI: I think we
5  take it that there's open drug
6  sales.
7        MR. GONZALES: Right.
8  BY MR. GONZALES:
9    Q. Did you know anyone that was
10 selling drugs around your neighborhood?
11   A. When I came home?
12   Q. Yeah.
13   A. No.
14   Q. How about before you went away?
15   A. A lot of people in the neighborhood
16 sold drugs before I went away.
17   Q. Did you know any of them?
18   A. When I was on the street?
19   Q. Yeah.
20   A. Yeah.
21   Q. Do you know whether anyone was
22 selling drugs in and around between 55th
23 and 57th and Master Streets before you
24 went away, in the early to mid-'90s?

Page 176

1    A. Yeah.
2    Q. How about after you came home, did
3  you know or hear that anyone was selling
4  drugs around that area at that time?
5    A. No. Not nobody specifically.
6    Q. How about generally?
7    A. Nah.
8        MR. PILEGGI: I will
9  object to relevance.
10       MS. TAYLOR: What was the
11 answer?
12       THE WITNESS: No.
13 BY MR. GONZALES:
14   Q. What did you do on January 3rd,
15 that Wednesday?
16       MR. PILEGGI: 2001?
17       MR. GONZALES: 2001;
18 correct?
19       THE WITNESS: I don't
20 know. I don't remember going no
21 where.
22 BY MR. GONZALES:
23   Q. I'm sorry.
24   A. I said I don't remember going no

Page 177

1  where. I had to be, like, in the house.
2  I don't remember going no where
3  specifically.
4    Q. Did you ever borrow anyone's car
5  after you came home in December 2000,
6  before January 4, 2001?
7    A. No. Only the Bonneville.
8    Q. I'm sorry, what?
9    A. Only the Bonneville I had driven
10 (sic). That's it.
11   Q. How about January 2nd, do you
12 remember what you did on January 2nd?
13   A. I don't remember going no where in
14 particular.
15   Q. How about January 1st, New Year's
16 Day, do you remember doing anything on New
17 Year's Day?
18   A. New Year's Eve.
19   Q. Did you go out for New Year's Eve?
20   A. Yeah. New Year's Eve. I remember
21 going to the Blue Velvet -- like the Blue
22 Velvet.
23   Q. Where is that located?
24   A. I think it might have been off of

Page 178

1  Brau -- I think Brau Street.
2      Q. Who did you go there with?
3      A. I went there with my cousin Burt.
4      Q. What's Burt's last name?
5      A. Pratt.
6      Q. What time did you guys get home?
7      A. Probably a little after 12 --
8  probably a little after the ball dropped.
9  Yeah. Probably a little after New Year's
10 came.
11     Q. Okay. And did you stay home all
12 day on January 1st, or did you go out at
13 all?
14     A. I might have went out. I'm not
15 sure where we went, but I probably went
16 out.
17     Q. Do you remember where?
18     A. No. Not particularly, no.
19     Q. How did you get to the Blue Velvet?
20     A. Burt had a car.
21     Q. What kind of car?
22     A. Like an Oldsmobile. Like an
23 Oldsmobile or Chrysler or something.
24     Q. What color?

Page 179

1      A. It might have been blue. It was a
2  dark color. Probably blue.
3      Q. Did you or anyone on your behalf
4  file a motion to expunge your criminal
5  records?
6      A. I don't know.
7      Q. You don't know?
8          MR. PILEGGI: Him
9  personally?
10         MR. GONZALES: Or anyone
11 on his behalf.
12         THE WITNESS: I don't
13 know.
14         MR. GONZALES: Off the
15 record a minute.
16         (Discussion was held off
17 the record.)
18         MR. GONZALES: All right.
19 Those are all the questions that I
20 have. Ms. Taylor may have some
21 questions for you.
22 BY MS. TAYLOR:
23     Q. I'm an attorney from the City of
24 Philadelphia. So I'm going to ask a

Page 180

1  couple of question that's just a follow up
2  about what you already testified about.
3      I was wondering, you testified that
4  you had borrowed the green Bonneville from
5  Derrick also known as D Rock.
6      A. D Rock.
7      Q. How do you know Derrick?
8      A. From the neighborhood.
9      Q. Where did Derrick live in your
10 neighborhood?
11     A. He lived, like, around the -- I
12 know he stayed with -- I don't know who he
13 stayed with, but I know he stayed with --
14 back in the '90s he stayed with between, I
15 think, Hobarth -- between 59th and
16 Hobarth, in that area.
17     I don't know who he particularly
18 lived with. He used to hang out, like, on
19 the corner and playground and stuff like
20 that. I don't know particularly who he
21 lived with.
22         MR. PILEGGI: Live now?
23         MS. TAYLOR: Live then.
24

Page 181

1  BY MS. TAYLOR:
2      Q. And you said you knew Derrick from
3  the '90s?
4      A. Yes.
5      Q. Was he also involved in drug sales
6  in the '90?
7      A. Possibly, yes.
8      Q. Was he someone you worked with when
9  you were selling in the '90s?
10     A. Nah. Not when I was on 56th and
11 Jefferson, no. If he did he probably was
12 doing his own thing. I wasn't doing it
13 with him. He probably was doing his own
14 thing. At the time I was on Jefferson he
15 didn't.
16
17         MR. PILEGGI: Can you hear
18 him?
19         THE COURT REPORTER: It's
20 really difficult.
21         MS. TAYLOR: Do you want
22 me to change chairs?
23         THE COURT REPORTER: That
24 would be better. I'm sorry.

Page 182

BY MS. TAYLOR:
Q. So when you were selling at 56th and Jefferson who were you working with?
A. A lot of them guys is dead. Like, a guy like Doug -- somebody name Black Al, Black Doug. Jamaicans. There was a lot of them. A lot of them died over the years.
Q. So in the '90s with the Jamaicans, were those people involved with the Shower Posse or was that separate?
A. That probably was separate. There's a lot of Jamaicans hanging around selling drugs.
Q. Are you still in touch with Derrick?
A. I haven't seen Derrick since the day I got locked up -- like that day I got arrested.
Q. Do you know his last name?
A. No. I just know him as Derrick or D Rock.
Q. I noticed when you were talking about Derrick you called him D Rock and

Page 183

then I believe when you touched on Dennis Freeman there was someone named J Rock?
A. That's -- J Rock is Dennis Freeman's brother.
Q. Is there any significance --
A. That's two different people.
Q. Yeah. I'm referring to the fact that they're both with Rock. Is that just something you used as a nickname?
A. That's just people go around and put something behind their names like D Rock or J Rock. That's just somebody putting something behind their name, like a nickname or something. It ain't nothing particular.
Q. Okay. Got it.
Do you remember what your phone number was on that Nextel phone?
A. No.
Q. So when Mr. Gonzales -- and I'm sorry, I'm going to be bouncing around because I'm filling in the blanks.
A. Hmm-mm.
Q. Mr. Gonzales was asking you a

Page 184

question about whether you had any interactions with Officer Reynolds after you were arrested. And I wanted to ask you the same question about whether you had any interactions -- and just to take you in time -- this is after you've been brought to 55th and Pine.
So after you get to 55th and Pine did you have any further interactions with Officer Monaghan?
A. Not after he came and took me back to the bullpen.
Q. Okay. And that's after that conversation --
A. Conversation.
Q. -- you talked about with Officer Reynolds, Officer Monaghan and Officer Walker speaking to you; correct?
A. Yes.
Q. And did you have any further -- from that day forward any further interactions Officer Monaghan?
A. No.
Q. Did you have any further

Page 185

interactions with Officer Kelly?
A. I ain't even know him.
Q. Okay. And did you have any further interactions with a supervisor named Sergeant Gessner (sp)?
A. I don't even know him.
Q. How about with a police supervisor, again, named Corporal Sinclair?
A. I don't even know him.
Q. So that you just testified you don't know Corporal Sinclair or Sergeant Gessner. And just for clarity, prior to January 2001, did you have any contact with Corporal Sinclair?
A. I don't even know who he is.
Q. Okay. So to your knowledge did you have any interaction with Corporal Sinclair?
A. No. I just know him by his name being on my document. I never seen him. I don't even know what they look like.
Q. Okay. And I'm going to ask the same questions -- and this is just so our record is clear.

Page 186

1    A. Yeah.
2    Q. Prior to January 2001 did you have
3  any contact with Sergeant Gessner?
4    A. No.
5    Q. After January 2001 did you have any
6  contact with Sergeant Gessner?
7    A. No.
8    Q. You just testified now --
9  Mr. Gonzales was asking you about
10  borrowing a car --
11    A. Yeah.
12    Q. And you had mentioned only the
13  Bonneville. When you said that, did that
14  mean the only time you borrowed a car to
15  drive was on January 4th, 2001?
16    A. That was the first time I drove
17  since I'd been home.
18    Q. Okay. So you didn't borrow any
19  other cars between --
20    A. No.
21    Q. -- December?
22    All right.
23        MS. TAYLOR: That's
24    actually all I have. Thank you.

Page 187

1        THE WITNESS: Hmm-mm.
2        MR. GONZALES: I just have
3    a couple of follow-ups.
4  BY MR. GONZALES:
5    Q. Do you know a woman by the name of
6  Carolyn Gillis?
7    A. Never heard of her.
8    Q. Do you still have -- or does anyone
9  in your family still have that Nextel
10  cellphone?
11    A. No.
12    Q. Do you know what happened to it?
13    A. The police took it.
14    Q. I understand that.
15        Do you know whether it was ever
16  returned to you?
17    A. No.
18    Q. How about the $250 in cash that was
19  taken from you, was that ever returned?
20    A. No.
21    Q. Did you ever make a request to
22  return it?
23    A. Nope.
24    Q. Did you make a request to return

Page 188

1  the cell phone?
2    A. Nope.
3    Q. Did you have a pager on you at the
4  time that you were arrested?
5    A. Nope.
6    Q. Did you ever use a pager?
7    A. Nope. In the '90s -- like, in the
8  early '90s, yes.
9    Q. What did you use the pager for?
10    A. The drugs. The drug transactions.
11    Q. There were some other individuals
12  that were arrested when you were arrested.
13  You said there were, like, nine guys or
14  something in the van. I just want to go
15  over some additional names that I
16  neglected to go through earlier.
17        Do you know anybody by the name of
18  Mark Pichonot, P-i-c-h-o-n-o-t?
19    A. Nope.
20    Q. Do you know -- it looks like he was
21  a kid, 15 years old at the time he was
22  arrested.
23    A. I don't know him.
24    Q. No?

Page 189

1        How about Raymond Howard?
2    A. I know Raymond Howard.
3    Q. All right. Who is Raymond Howard?
4    A. That's my dad's son on my dad's
5  side.
6    Q. Did you ever interact with Raymond
7  at all?
8    A. No. I haven't seen him in -- I
9  haven't seen him in no time -- I never
10  seen him in no times that I came home I
11  haven't seen him.
12    Q. How about -- so you didn't see him
13  from December 10th, when you came home
14  through your arrest --
15    A. Nah.
16    Q. -- on January 4th, of 2001?
17    A. Nope.
18    Q. Did you see him in the van -- in
19  the wagon?
20    A. He was in the back of the
21  paddywagon with me.
22    Q. Okay. How often did you and
23  Raymond interact, if at all, before you
24  were arrested?

Page 190

1    A. We wasn't close.
2    Q. Who is Raymond's mother?
3    A. I don't know his mother. I know we
4  got the same dad. We got the same dad.
5    Q. Where was he living at the time?
6    A. I don't know.
7    Q. Do you know a Maurice Gray?
8    A. Nope.
9    Q. Did you know a Glenn Delee is
10  Miguel Moon?
11    A. Miguel Moon is Miguel Moon.
12    Q. Oh, I'm sorry.
13      Did you know a guy by the name of
14  Glenn Delee?
15    A. No.
16    Q. Did you know a person by the name
17  of Eileen Hodges?
18    A. No.
19    Q. Do you know what the cell phone
20  account -- whose name the cell phone was
21  in?
22    A. No. I got it from Sabrina Stanley.
23  So I don't know it was in that name or
24  not.

Page 191

1      THE COURT REPORTER: From
2  what Stanley?
3      THE WITNESS: Sabrina
4  Stanley. I don't know if it was
5  in her name or not.
6  BY MR. GONZALES:
7    Q. Did you ever get a bill or anything
8  for the phone?
9    A. No.
10    Q. The property receipt for the items
11  that were confiscated -- that the police
12  say were confiscated from you at the time
13  of your arrest --
14    A. Hmm-mm.
15    Q. -- it mentions a Cancer key ring
16  with five keys.
17      Did you have a key ring that had
18  like a little zodiac sign on it?
19    A. No.
20    Q. But you did have two sets of keys?
21    A. I had two sets of keys. But I
22  ain't have -- there's no signs on it.
23    Q. Did anybody tell you that anything
24  else of yours was taken or stolen from you

Page 192

1  from your house at 1621 North Conestoga?
2    A. They said the parole paper. That's
3  it.
4    Q. The parole paper?
5    A. Yeah. That's it.
6      MR. GONZALES: All right.
7  Those are all the questions I
8  have. Thank you.
9      MR. PILEGGI: I have some
10  follow-ups.
11  BY MR. PILEGGI:
12    Q. Now you actually participated in
13  your trial -- at your criminal trial.
14    A. Yes.
15    Q. At that time do you recall the
16  prosecutor entering into evidence some
17  videotapes of surveillance that the police
18  officers allegedly filmed --
19    A. Yes.
20    Q. -- during the course of a couple of
21  days at Master Street?
22    A. Yes.
23    Q. Do you recall if anyone -- any
24  witness actually testified to what was

Page 193

1  filmed on those videotapes during the
2  trial?
3    A. The only person that testified when
4  them videotapes was being -- when them
5  videotapes was being shown was Officer
6  Monaghan.
7    Q. Did -- for lack of a better word,
8  did Officer Monaghan testify a blow by
9  blow rendition of what was on those
10  videotapes for the Court?
11      MR. GONZALES: Objection
12  to the form.
13      MS. TAYLOR: Objection.
14      MR. GONZALES: You can
15  answer.
16      THE WITNESS: Yes.
17  BY MR. PILEGGI:
18    Q. Do you know if there was any
19  testimony that you were actually seen at
20  that scene as depicted in the videotapes?
21    A. No. Nothing.
22    Q. Did you ever see the videotapes or
23  even know of their existence after your
24  criminal trial?

Page 194

1    A. The first time I ever seen those
2 tapes was at my criminal trial. I haven't
3 seen them since. I heard nothing about
4 them since.
5    Q. Do you know if they still exist?
6    A. They got to exist if they hadn't
7 used them. I pilled every stage of my
8 case -- I pilled -- I pilled my case.
9 They pulled those -- I know they pulled
10 those tapes up to the Superior Court for
11 Superior Court review.
12    Q. Do you know if those tapes were
13 used in any other of your codefendants'
14 trials?
15    A. I'm not sure.
16    Q. Were you tried alone or did you
17 have a codefendant at that time?
18    A. Yeah. Anthony Hodges.
19    Q. Do you know if Officer Monaghan
20 testified about any of Mr. Hodges'
21 involvement as depicted on those
22 videotapes?
23    A. I believe --
24        MS. TAYLOR: Objection.

Page 195

1        THE WITNESS: I believe he
2    did.
3 BY MR. PILEGGI:
4    Q. Do you know if Officer Monaghan
5 testified that he observed you on those
6 videotapes?
7    A. Can you rephrase that?
8    Q. Actually, let me strike that. Let
9 me rephrase itch.
10     Do you know if Officer Monaghan
11 testified that he observed or filmed the
12 Green Bonneville at the scene of Master
13 Street right before the arrest of all
14 these individuals, including your arrest?
15    A. Monaghan -- when the videotape was
16 being shown on most suppress, Monaghan --
17 whenever Meehan asked Monaghan a question
18 pertaining to the Bonneville -- pertaining
19 to the Bonneville, the person that's
20 getting this -- the person that's Darnell
21 Lee getting inside the Bonneville, Meehan
22 asked him a question pertaining to the
23 Bonneville. He asked him that he -- did
24 Monaghan witness Darnell Delee getting

Page 196

1 inside the Bonneville and coming back out
2 with cash. And Monaghan said, no. He
3 asked him twice. And Monaghan testimony
4 was, it was out of my view.
5    Q. So did Officer Monaghan ever
6 identify you as an individual at the
7 scene, whether you were in a Bonneville or
8 walking or whatever?
9    A. He never identified me at all. He
10 identified the Bonneville. He never
11 identified me -- my presence. No.
12    Q. I want to take you to 55th Street.
13 Do you know if Delee or any other
14 individual that was arrested that day were
15 at 55th Street while you were there -- and
16 when I say there I mean whether you were
17 at Conestoga Street, at your grandmother's
18 house or in the neighborhood?
19    A. No. The only time I seen Darnell
20 Delee was in the back of the paddywagon.
21    Q. Do you know if Delee had any access
22 to 55th Street?
23    A. Not that I know of.
24    Q. So, again, going back to the

Page 197

1 videotapes, I will submit to you that
2 there was a request to get these
3 videotapes.
4     Do you believe they still exist?
5    A. Yeah. I believe they still exist.
6    Q. Do you know if they were moved in
7 to -- you mentioned that you appealed the
8 case; correct?
9    A. Yes.
10    Q. With the Superior Court?
11    A. Yes.
12    Q. All right. Do you know if the
13 videotape were used as evidence for that
14 appeal?
15    A. I know for a fact. We put a
16 motion -- when I was putting my case there
17 was a motion filed -- a motion to
18 compel -- a motion to compel the lower
19 courts to send them tapes. They was
20 ordered to send them tapes up to Superior
21 Court. That should be documented.
22    Q. So part of your appeal -- at least
23 one or more of your issues during your
24 appeal was with respect to whether you

Page 198

1  were seen at that scene?
2      A. On videotape.
3      Q. In other words, a challenge to the
4  videotapes?
5      A. Yes.
6      Q. Or a challenge to the police
7  officer's testimony that they observed you
8  at that scene?
9      A. The testimony as well.
10          MR. PILEGGI: That's all I
11      have.
12          MR. GONZALES: I have some
13      follow-ups.
14  BY MR. GONZALES:
15      Q. On January 4, 2001, did you ever --
16  did Delee ever enter the green Bonneville
17  while you were in it?
18      A. No.
19      Q. Did you ever provide drugs to
20  Delee?
21      A. No.
22      Q. Did you ever provide drugs to any
23  of the other individuals who were arrested
24  on January 4, 2001?

Page 199

1      A. No.
2      Q. Did you ever -- what do they call
3  it -- did you ever have any interaction
4  with any of those guys that were in the
5  wagon with you before they were actually
6  arrested?
7      A. No.
8      Q. Do you know whether D Rock or this
9  guy Derrick you got the car from, do you
10  know whether he had driven the car -- the
11  Bonneville to 55th and Master that day?
12      A. I'm not sure.
13      Q. Have you spoken to anyone since
14  then to find out?
15      A. Nope.
16          MR. GONZALES: All right.
17      Those are all the questions I
18      have. Thank you.
19          MS. TAYLOR: Nothing
20      further.
21          - - -
22      (Witness excused.)
23          - - -
24      (Whereupon, the deposition

Page 200

1  concluded at 1:21 p.m.)
2          - - -
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 201

1          C E R T I F I C A T I O N
2
3
4      I, JO-ANNE M. BOSLER, a Professional
5  Court Reporter and Notary Public, do hereby
6  certify that the foregoing is a true and
7  accurate transcript of the stenographic
8  notes taken by me in the aforesaid matter.
9
10
11
12
13      DATE: September 30, 2021
14
15
16          JO-ANNE M. BOSLER
17
18
19
20
21
22
23
24



51 (Pages 198 to 201)

Page 202

```
 1        - - - - -
          E R R A T A
 2        - - - - -
     PAGE  LINE   CHANGE
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 203

```
 1        SIGNATURE PAGE
 2
 3        I, KAREEM TORAIN, have read the foregoing
 4   testimony taken on THURSDAY, SEPTEMBER 30,
 5   2021, in PHILADELPHIA, PENNSYLVANIA, before
 6   Jo-Anne M. Bosler.
 7        I understand that the deposition is a
 8   true and correct transcription of said
 9   testimony, except as I have corrected it,
10   indicating the page, line number, and content
11   of said correction, and shall forward said
12   corrections to MAGNA LEGAL SERVICES, 1635
13   Market Street, 9th Floor, Philadelphia,
14   Pennsylvania 19103.
15        I further understand that if I do
16   not carry out these instructions within
17   thirty days from the date I receive said
18   transcript, I have waived my right to read
19   and sign the deposition and the transcript
20   will be filed accordingly.
21
22
23
24              SIGNATURE
```

**A**

able 6:14 7:7 15:7
  17:19 21:6 22:11
  47:21 59:11
  151:19 152:15
  161:16 162:2
access 196:21
account 190:20
accountant 14:4
accurate 125:3
  173:8 201:7
act 140:21
acti 77:17
Action 1:6
activate 77:14
actual 48:15 86:6
add 83:6
added 83:11,13
additional 46:19
  188:15
address 9:7 12:3
  13:20 18:21 86:7
  93:5 113:19 114:6
adequacy 167:9
adjudicated 31:7
  42:20,22
adult 36:14 50:22
advocate 30:23
  31:1,2
aforesaid 201:8
afternoon 63:12,15
  70:3 79:4
age 73:21
agency 114:24
agent 71:13,17
  114:10
ago 24:23 26:17
  27:18 164:17
agreement 5:1
ahead 42:15 69:8
  69:16 121:21
  172:17
ain't 17:21 18:5,6
  21:22 24:15 27:9
  27:11,14 60:21

69:5 71:16,24
  74:17 77:12 78:7
  81:14 94:8 96:1,8
  105:14,15,17,22
  107:10 108:7,9,12
  111:7,15 112:3,4
  112:11,15 124:1,4
  137:6,10 138:16
  145:24 154:3
  155:9 161:18
  162:24 174:4
  183:14 185:2
  191:22
al 1:6 182:5
alive 9:4 19:23 31:5
allegedly 192:18
allowed 39:5 58:1
  114:3
altogether 82:9
  83:9
ankle 57:2,3,7,11
  57:18
Anne 2:17 21:1
Anne.Taylor@P...
  2:21
answer 4:3 6:24
  79:1 99:17
  105:24 106:14
  108:19,19 149:16
  167:22 172:2
  176:11 193:15
answered 99:19
  147:18
answering 105:15
  105:22
answers 6:5 17:4
  170:19,21 172:8,9
  173:7
Anthony 60:8
  135:19 194:18
anticipate 6:14
anybody 69:6
  128:15 129:13
  139:17 140:10
  148:5 150:22
  161:6 188:17

191:23
anyone's 177:4
anyway 82:14
apart 73:21
apartment 65:17
  80:9,10 85:20
  86:4 89:6 90:10
  91:17 95:6 115:20
  141:18 146:24
  147:22 148:3,6
  155:5
apartments 89:8
apologize 85:2
  173:11
appeal 146:16
  197:14,22,24
appealed 197:7
appeals 146:11,14
appear 119:21
appreciate 131:3
  151:12
approximate 128:6
area 54:23,23,24
  124:21 176:4
  180:16
Armstrong 24:6
  25:1
arranged 164:20
arrest 29:1 52:7,22
  54:6 56:18,21
  57:23 148:21
  152:20 162:1,14
  162:18 163:3
  165:6 189:14
  191:13 195:13,14
arrested 29:3,6,10
  29:12,16 31:20,22
  31:23 32:1 34:22
  35:15,19,22 39:3
  39:16 42:1 50:12
  51:24 52:17,19
  57:4,5 60:9,13
  62:5,6 63:17
  122:7 128:3,5
  131:6 133:23
  148:17 149:24

150:7 154:13
  160:15,16,18
  182:19 184:3
  188:4,12,12,22
  189:24 196:14
  198:23 199:6
arrests 49:8,10,11
  50:17 52:14
arrive 91:11 102:3
  117:15 131:10
Arthur 60:24 61:2
  135:15
articles 164:9,11
asked 44:7 69:8
  85:2 122:5,10
  123:14 124:9
  130:11 133:4,5,8
  140:22 141:4,15
  141:16,17,23
  142:6,15,15,18,21
  142:24 143:12
  162:15 173:11
  195:17,22,23
  196:3
asking 6:1 39:11
  66:5 67:21 68:5,8
  86:14 97:7 118:13
  118:20 128:9,10
  141:14 142:12
  152:6,9 154:21
  167:2 183:24
  186:9
asleep 71:8
assaulted 153:7,10
assist 18:2 58:8
associate 122:9
assume 7:1 147:7
assuming 107:1
ate 70:23
attacked 153:7,10
attorney 15:9 22:18
  22:22 56:6 146:16
  149:3,5 164:21
  165:20 166:14,19
  168:4,13,16 172:1
  172:6 179:23

attorneys 2:5,13,22
  5:20 150:5
attorney/client
  166:12 167:3
  168:5
Aunt 41:2,3
authority 39:4,15
  39:16,21,22
Avenue 11:12
awaiting 42:2
a.m 1:15 71:23
  74:22 76:5 81:6,7

**B**

B 3:14
back 21:6 25:11
  28:22 29:7,7 31:6
  42:12 44:8,9 55:1
  57:13 62:24 65:18
  74:16 77:5 80:8
  89:20,22 90:2
  91:12 96:12 97:19
  99:23 100:9 102:4
  105:15,23 106:5,6
  106:21 107:19,20
  111:14 114:2
  115:16 117:7,8
  126:14,18 128:14
  129:7 130:2,9,10
  133:2 134:6 141:9
  141:11,12 143:18
  143:20,23 144:2,7
  144:9,13,15,23
  145:13,18,20,21
  158:6 166:5
  180:14 184:11
  189:20 196:1,20
  196:24
backwards 121:3
  171:16
Bacon 23:18,19
badge 119:22
bail 34:21 35:12
  36:3 42:9,10 44:5
  44:6,8 150:10,11
  150:13,19,19,21



MAGNA

150:22 151:1,5,7
151:14,15,17,21
152:3,16
**bailed** 38:23
**Baker** 8:14,18,21
   10:22 11:2,5
**ball** 141:10 178:8
**bank** 72:13,15
**barber** 67:7
**barbershop** 65:3
   65:21 66:14 67:7
   67:19 68:14,19
   69:20,23 70:6
   74:24 86:20 87:8
   87:15 90:2
**based** 167:8
**basically** 43:9
   74:19 92:4 133:18
   153:4 169:17
**beard** 63:5,6,7
   64:20 124:3
**beat** 141:7 163:18
   163:20
**bedroom** 158:23,24
**beginning** 172:16
**behalf** 179:3,11
**believe** 10:11,12
   11:6 15:6 24:9
   52:13 88:21
   106:21 168:11
   183:1 194:23
   195:1 197:4,5
**believed** 168:1
**best** 172:10 173:8
**better** 131:1 181:24
   193:7
**big** 12:3 49:24
   51:19
**bill** 191:7
**bills** 28:7
**bingo** 105:3,4,5,6
**birth** 7:17 10:10
   23:22
**bit** 44:9 107:15
   127:4,19 130:2
**black** 64:8,8,9,9

123:18 132:5,6
158:1 182:5,6
**blanks** 183:22
**block** 61:17,21
   67:11 68:1,6,7,11
   102:2 128:21
**blocks** 88:7,10,15
   88:16,18,19
**blow** 193:8,9
**blue** 32:10 177:21
   177:21 178:19
   179:1,2
**board** 45:21 47:3,5
**Bonneville** 62:10
   62:13 63:8 65:15
   109:22 110:6,18
   110:21,21 130:5
   130:17,18,19
   131:8 132:3,4
   133:10 155:13
   177:7,9 180:4
   186:13 195:12,18
   195:19,21,23
   196:1,7,10 198:16
   199:11
**book** 18:12,13,15
   19:14
**bookkeeper** 14:9
**books** 18:17,24
   19:2,5,11
**boots** 64:5,6,9
**born** 10:15
**borrow** 69:17
   79:10 177:4
   186:18
**borrowed** 180:4
   186:14
**borrowing** 186:10
**Bosler** 1:16 201:4
   201:16 203:6
**bought** 16:3 75:18
   77:9,13 93:22,23
**bouncing** 183:21
**Box** 18:24
**Boy** 23:11
**boyfriend** 103:5,21

103:22 104:3,11
104:12,13,14
116:22 161:12
**Boys** 135:3
**bracelet** 57:2,3,11
   57:18 148:15
**braids** 158:1
**brand** 75:20
**Brau** 178:1,1
**breakfast** 71:10
   74:20
**breeze** 63:23
**Brian** 2:13,23 5:14
   53:19 54:2 140:16
   141:12 145:11,11
   145:13,14,15,15
   145:18,20 149:18
   153:22
**Briana** 73:18,19,20
   104:17,18
**brief** 99:2 172:22
**briefly** 70:13 97:18
   98:8 128:1
**bring** 40:15,16,18
   40:19 166:6,19,23
   168:13
**bringing** 105:22
   107:19
**brother** 10:1 19:20
   80:23 137:1,5
   140:23,24 141:2,5
   141:5 162:22
   183:4
**brothers** 9:22
**brother's** 10:6
   75:18
**brought** 184:7
**brown** 63:2 64:8
   132:14
**brung** 166:3
**Bucks** 94:14 95:4
**buddies** 102:21
**building** 80:9,10
   89:9 90:10 91:17
   91:22 92:10,11,12
   92:21 93:4,9

115:10,11,20
141:18,19,22
**built** 124:1
**bullpen** 139:17
   140:5,6 143:18,20
   143:23 144:3,7,16
   144:17 184:12
**bullpens** 139:5,15
**bulls** 134:24 135:2
   135:3,3,4,5,6,6
**bunch** 117:20
**Burt** 178:3,20
**Burt's** 178:4
**bus** 39:4,21 40:18
   40:20 41:21 49:1
   162:6,12,13
**business** 14:10
   18:21
**button** 64:15
**buy** 77:7
**B-a-c-o-n** 23:20
**B-a-k-e-r** 8:21

---

### C

**C** 1:22 2:1 201:1,1
**call** 19:8 62:15,17
   69:16 71:16,20
   77:20 78:5,6,7,17
   78:20,22 79:1,9
   80:19,24 81:15
   84:15,18,23 96:4
   100:12,19 108:18
   135:2 147:16
   150:12,17,20
   160:8 162:21
   199:2
**called** 13:6 18:16
   18:19 21:12 62:14
   77:22,23 78:3,8
   78:12,18,23,24
   79:12 81:1 84:15
   103:7,7 104:22,23
   105:8,10,12,15,16
   105:21 106:13
   107:18 108:19,20
   166:5 172:3

182:24
**calling** 80:20
**calls** 78:11 100:10
   100:16 107:12,16
**Camp** 37:5
**Cancer** 191:15
**car** 62:7,9 64:24
   65:4,12,18,20
   69:9,10,12,14,17
   79:7,10 81:14
   87:2,4,6,22 88:3
   89:4 90:13 91:2
   92:16,24 98:6,18
   100:15 105:23
   106:6 107:19,21
   109:13,15 111:11
   111:12 115:17
   117:8,19 118:1,15
   118:17,18,19,23
   119:2 121:4,7,8
   124:15,17 125:5
   126:13 133:16
   177:4 178:20,21
   186:10,14 199:9
   199:10
**card** 21:7
**care** 20:17 21:8
**Carolyn** 8:13 12:10
   187:6
**carry** 203:16
**cars** 117:24 118:22
   186:19
**Carter** 26:15
**case** 5:20 28:24
   30:16 34:24 35:14
   36:7,8 38:1,15,20
   38:22,23 42:3,4
   42:11,13,14,20
   43:8 49:15 50:4,6
   50:7,11 51:11
   52:24 54:1,16
   55:19,24 57:6
   60:10,20 141:5
   145:19 146:10
   164:9 165:5 169:1
   169:11,11 194:8,8



197:8,16
cases 49:17,23,24
    50:18 51:4,19,21
    51:22
cash 82:8 113:22
    187:18 196:2
catch 30:4,7 39:18
caught 30:9,11
    34:17,18,19 38:19
    38:22 39:17,20
    49:19,20 50:3
    51:4
Cavian 136:22,23
    136:24 137:4
cell 75:4 100:10,17
    100:21 109:21
    188:1 190:19,20
cellphone 187:10
center 34:23 35:7,9
    35:10,24 36:1,10
certain 56:19,20
certification 20:15
certified 36:11,13
certify 36:12 201:6
CFCF 152:23,24
    153:6,8,16 157:5
    157:5 161:21,22
chain 110:19,20
chairs 181:22
challenge 167:8
    198:3,6
chance 22:23 173:2
change 181:22
    202:2
chapel 162:22,23
    163:1
charge 30:10 38:11
    38:12,13
charged 29:17,18
    29:24 32:19 35:16
    35:19 42:7 146:10
charges 30:18 32:5
    42:6
check 82:11,14
    83:21,23 84:4,7
    108:7,9

checks 113:22
Chestnut 2:3
child 24:13,16,18
    25:20,24 26:7
children 23:7
chow 163:8
Chrysler 178:23
church 95:24 96:7
    128:21,22
city 1:6 2:16,22
    11:21,22 26:20
    28:11,22 35:10
    39:23,24 40:21
    42:2 43:16,17
    52:20 179:23
Civil 1:6
CJC 35:12,13
claim 34:5,7,7
    39:20
clarify 45:2
clarity 185:12
classes 20:6
classroom 20:9
clean 13:22 16:10
    16:12,13,14
cleaned 47:23
cleaning 13:3,5,8
    13:22 15:17,19
    16:4,16,19
clear 121:19 185:24
client 128:10
clock 108:6,8,9,12
close 73:20 106:16
    121:8 190:1
clothes 119:14,17
    119:18,19 120:6
    132:10
cocaine 40:3,4,10
code 8:8
codedefendant
    194:17
codefendants 32:23
    194:13
Coleman 1:14 2:7
color 62:11 64:7,16
    111:6,7,8 178:24

179:2
colors 120:5
come 18:18 56:18
    58:1,1 66:19
    71:16,20 81:11,12
    89:20 90:7 94:19
    107:20,21 147:13
    147:15 150:13
    161:18 162:7,8,12
    165:20,20,23
comes 22:20
coming 66:23 67:12
    79:15,16 89:17
    94:15 196:1
commencing 1:15
commerc 15:16
commercial 13:21
    13:22 15:18
commit 154:4
Common 35:2,4
company 13:2,10
    13:11,24 14:2,4
    15:11,24 16:4,11
    18:13,14,15
compel 197:18,18
concluded 200:1
conclusion 152:6
concurrent 45:5,8
    45:11 46:17
concurrently 46:14
Conestoga 8:4,23
    10:23 48:8,23
    67:13 101:8
    102:11 122:12
    156:5,24 175:3
    192:1 196:17
confiscated 191:11
    191:12
conspiracy 31:24
    32:20 33:2
construction 58:14
    58:21,22
contact 53:19 54:7
    54:17 150:8
    151:19 185:13
    186:3,6

contained 173:7
content 203:10
continuing 170:6
continuously 8:23
contract 15:20
contradict 169:2
    170:13
contradictory
    169:9
conversation 79:18
    84:10 184:14,15
convince 28:21
cool 87:2 106:3
cop 169:23
copies 15:7
cops 144:23 161:2,3
    166:9 168:24
    169:2,3,9,10,17
    169:17,23 170:13
corner 21:17 22:9
    59:21 61:24 65:24
    66:1,4,7,11,12
    67:6,8 68:11 87:8
    88:1,14 89:9 90:9
    91:16,18 96:17
    101:21,22 124:17
    132:19,22 180:19
Corporal 2:23
    185:8,11,14,17
correct 17:8 20:20
    26:1,8 66:13
    84:12 112:14
    117:5 129:10
    131:10 133:2
    138:7,8 152:16
    153:5 156:2 172:9
    173:5 176:18
    184:18 197:8
    203:8
corrected 203:9
correction 203:11
correctional 46:2
    47:10 82:12 84:1
    153:20
corrections 203:12
counsel 5:1 128:9

167:9
counseling 153:15
    153:19
County 94:14 95:4
couple 6:2 24:23
    53:15 76:11,18
    83:4,5,6,8,14,16
    83:17 84:8 104:4
    110:22 134:22
    135:9 141:9 162:5
    162:8 164:17
    180:1 187:3
    192:20
course 83:2 117:6
    192:20
court 1:1 6:3,16
    8:15 24:17 25:23
    35:3 39:1 55:21
    62:16 97:3 146:18
    166:18,19 171:13
    171:17 181:19,23
    191:1 193:10
    194:10,11 197:10
    197:21 201:5
courts 197:19
cousin 19:16,17
    95:1 141:1 178:3
crack 30:2,3,5,6,8
    30:12,14 31:11,14
    40:4 52:9,10
crazy 136:21
Create 19:7
crime 154:3
criminal 51:6 103:9
    115:23 116:3,6,9
    116:13,16,20,23
    117:2,4 145:4
    152:19 165:5
    179:4 192:13
    193:24 194:2
cross 89:10
Cruz 95:18,23,23
    96:5
cuffs 123:12,13
currently 12:23
custody 26:4



cut 69:1 148:20
Cynthia 49:5

**D**

D 3:1 62:15,18
  180:5,6 182:22,24
  183:11 199:8
dad 12:7,13,14,15
  12:17,18 190:4,4
dad's 189:4,4
dark 179:2
Darnel 59:15
Darnell 60:13
  61:22,23 195:20
  195:24 196:19
date 7:16 10:10
  23:21 48:15
  201:13 203:17
dates 49:21
day 40:22 58:24
  59:3 61:6 62:5
  63:10,11,16,17
  65:5,7 71:15,19
  74:12 75:6,10,12
  75:14 76:3,4,8
  77:15,17,18 78:5
  78:21 79:6,24
  85:6 104:8 105:4
  105:6 112:22
  177:16,17 178:12
  182:18,18 184:21
  196:14 199:11
daycare 15:21
days 24:23 76:11
  76:18 83:16,17
  192:21 203:17
dead 19:24 182:4
death 141:7
deceased 10:1 11:3
  11:7
December 48:7,18
  48:21 56:12 83:18
  85:8,12 177:5
  186:21 189:13
decided 44:22
deed 28:9

Defendant 2:13
defendants 1:7
  2:22 5:16
Defendant's 3:21
  171:23
defense 145:4
Delaware 24:4
DeLee 59:15 60:13
  61:22,23 134:22
  134:23 136:4,18
  136:19,22 138:11
  138:12 190:9,14
  195:24 196:13,20
  196:21 198:16,20
demand 19:8
DeMarco 21:9
Dennehey 1:14 2:7
Dennis 141:23
  142:19 173:13,18
  174:11 183:1,3
department 2:16
  29:12 114:24
depicted 193:20
  194:21
deposition 1:14 4:1
  5:17 199:24 203:7
  203:19
Derrick 62:15,19
  62:23 63:9 65:1,5
  68:17 69:6,8 75:1
  77:21 78:3,6,9
  79:9 81:15 84:16
  86:21,23 87:18,24
  88:3 90:11,13
  100:15 103:8,9,12
  103:12 105:21
  108:20 116:5,7,8
  146:24 148:5,11
  180:5,7,9 181:2
  182:16,17,21,24
  199:9
Derrick's 62:21
  65:14 87:18
describe 62:23
  110:14 111:5
  119:12 123:16

132:11 157:20
described 124:22
  125:4 145:2
  149:21
describing 46:12
DESCRIPTION
  3:17
detainer 38:24
died 93:19 140:24
  162:22 182:7
difference 170:4
different 12:13
  88:17,18 139:4,15
  142:12,12 145:8,9
  183:6
difficult 181:20
Diggs 60:19
diner 81:19
Directed 171:23
direction 4:3 66:18
  133:16,19
directly 31:7 98:21
  109:13
disciplines 163:4
discover 165:17
discovery 165:16
discussed 52:15
discussion 21:3
  28:2 37:17 46:9
  98:24 149:1
  172:20 179:16
discussions 167:14
dispute 26:3 33:22
distribute 51:9
district 1:1,1 29:14
  51:8
divorce 28:18
DMV 115:14
Docket 1:7
doctor 20:17 21:8
  21:18,20
document 48:17
  170:24 171:3
  185:20
documented
  155:17 197:21

documents 4:9
  171:8
doing 43:7 44:12,14
  74:19 119:6
  177:16 181:12,12
  181:13
dollars 81:24 83:4
  83:5,6,8,14 84:9
door 99:8,11,17,20
  121:9 122:2,3
  158:7
Doug 182:5,6
downstairs 158:9
  158:10
Dr 21:8
drawn 121:16,17
  121:20
Dread 132:15
dreads 132:15
  158:1
Drexel 26:21 27:13
  27:15,17
drink 109:5
drive 69:12 88:3
  186:15
driven 199:10
driver's 87:18
  112:5,6,10,11,13
  112:15,19,22,24
  113:5,9,13 122:2
driving 62:6,9
  100:9,16 129:4
  131:7 155:12
drop 65:12 69:13
  87:2 90:11
dropped 76:19 87:3
  147:6 178:8
dropping 91:13
drove 65:15 69:12
  87:4 89:13 106:6
  109:15 115:18,19
  117:8 129:3
  130:18 146:21
  186:16
droven 177:9
drug 29:20 49:15

49:17 50:18 51:21
  51:22 175:5 181:5
  188:10
drugs 29:21,24
  34:2,3,11 38:13
  39:17,19,21 40:1
  40:11,12,15,16,18
  40:19 52:7 59:23
  60:2,4,6 61:5,6,12
  61:13,15,16 62:2
  137:8,9 170:16
  174:12,15,17,20
  175:10,16,22
  176:4 182:14
  188:10 198:19,22
duly 5:6
duplex 12:3
dying 141:1

**E**

E 1:22,22,22 2:1,1
  3:1,14 201:1
  202:1 203:1,1
earlier 188:16
early 25:11 55:1
  60:15 90:18,23
  91:1 93:13 97:22
  174:3,10 175:24
  188:8
earned 83:24 84:5
easier 6:16
EASTERN 1:1
eat 81:18,21 109:2
Eddie 12:15,18,22
Eddie's 12:20
education 18:1
eight 58:5 70:21
  74:7
Eileen 190:17
Eisler 135:8
either 101:23
  120:11
Elementary 74:10
  74:11
eleven 120:17
emblem 111:10,12



**Emily** 26:15,16,18
  27:22 28:18
**employed** 12:23
**employees** 15:12
**enroll** 18:1,5,8
**enrolled** 20:13
**enter** 198:16
**entering** 192:16
**entitled** 171:22
**ESQUIRE** 2:3,8,17
**estimate** 108:14
**et** 1:6
**Eve** 177:18,19,20
**everybody** 139:14
  146:17 162:11
**evidence** 168:11
  169:12,15,20
  192:16 197:13
**exact** 10:15 12:2
  91:5 92:18,19
  97:16 107:10,13
  107:13,14,17
  108:8,11 117:17
  128:4,12
**exactly** 80:12 93:9
  96:24 108:21
  114:8 115:3
**EXAMINATION**
  5:10
**examined** 5:7
**excuse** 50:10 56:7
  57:17 76:14,14
  124:24 130:23
  132:21 156:20
  164:7
**excused** 199:22
**exhibit** 170:22
  171:2,5
**exist** 194:5,6 197:4
  197:5
**existence** 193:23
**explain** 150:16
**expunge** 179:4
**e-mail** 20:24

—————
**F**
—————

**F** 201:1
**fabricated** 154:8,10
  154:12
**face** 69:22,22
**facial** 63:3 120:10
**facility** 46:3 47:10
  47:24 48:1 153:20
**fact** 159:7 183:7
  197:15
**fair** 168:23
**Fairfax** 26:19
**familiar** 54:19,20
**family** 27:20 35:3
  40:23,24 55:14
  81:22 145:6,19
  150:9 151:20
  161:15 162:1
  187:9
**far** 16:24 17:10
  59:21 92:19
**fast** 97:11
**father** 9:2 11:1
**fell** 52:6
**female** 21:21 65:6,7
  65:8,11 75:18
  76:19,22
**figure** 22:22 142:14
**file** 14:21 15:1,3,5
  170:6 179:4
**filed** 5:15 14:22
  146:12 197:17
  203:20
**filling** 183:22
**filmed** 192:18
  193:1 195:11
**finally** 79:6
**find** 40:12 58:9,11
  108:5 127:7,14
  147:4 156:15
  166:22 199:14
**fine** 10:17 152:8
  167:21,23
**finish** 17:19 33:18
  35:18 84:2 97:7
  156:19
**finished** 86:14

**first** 8:16 13:14
  16:18 29:5 41:17
  65:13 76:7,24
  77:20 78:4,7,8,13
  78:20,22,23 79:19
  81:1 89:9 96:3
  107:18 113:12
  117:23 118:7,19
  126:16 131:5,10
  133:6 140:19
  141:15 145:11
  146:21 149:23
  157:2 186:16
  194:1
**firsthand** 156:1
**five** 47:16 48:4
  100:3,24 120:17
  127:3,18,19,20
  146:1 191:16
**floor** 2:18 148:1
  203:13
**folded** 112:4
**follow** 180:1
**followed** 155:1,2,4
  155:5
**following** 150:15
**follows** 5:8
**follow-ups** 187:3
  192:10 198:13
**food** 17:1
**foregoing** 201:6
  203:3
**forgot** 20:4 146:9
**form** 5:2 13:23 14:2
  193:12
**formed** 16:15
**forward** 184:21
  203:11
**found** 32:14 36:22
  40:11 42:13 156:6
  156:7
**four** 28:13 37:22
  38:2 43:14 50:14
  51:13 60:17 88:18
  102:6 146:1
**fourth** 75:13,14

**franchise** 15:22,23
  16:5
**Freeman** 60:22
  141:23 142:19
  173:13,19 174:12
  183:2
**Freeman's** 183:4
**freeze** 117:21
  121:10,23
**Friday** 9:14
**friend** 62:14
**friends** 55:12
  102:20 162:12,13
  173:23
**fro** 107:4
**front** 29:22 65:2,21
  118:8 121:15
  129:22 158:20
**full** 7:9 63:7
**further** 184:9,20,21
  184:24 185:3
  199:20 203:15

—————
**G**
—————

**G** 1:22,22 203:1,1
**gay** 61:10
**generally** 176:6
**ger** 58:15
**Gessner** 185:5,12
  186:3,6
**getting** 17:20 18:2
  28:18 34:20 68:24
  118:1 121:8
  195:20,21,24
**gift** 77:11
**Gillis** 187:6
**girl** 23:11,12 69:11
  69:18,22 79:5
**girlfriend** 161:9
**give** 6:8 22:21
  82:22 83:3,15
  100:4,6 127:9
  148:2 150:3,17,20
  given 114:2 150:8
**glasses** 119:15,15
  124:5,6

**Glenn** 190:9,14
**Globe** 13:2,4,7
  15:23,24 16:16,19
  18:16,19,20,22
  19:4
**go** 9:14,15 17:2
  20:8,11 21:2
  22:24 29:1 30:19
  30:20 32:8 42:15
  43:2 45:21 47:1,2
  48:22 59:2,4,9
  65:6 66:19,21,24
  67:2,4,6 68:19
  69:17,21 72:10
  74:12 81:20 88:20
  88:21 89:6,19
  90:3 95:5 97:14
  97:20 102:1,23
  114:9,10 115:20
  121:3,21 128:18
  130:9,10,13
  134:14 138:6
  156:4 158:12
  164:4 172:17
  173:16 177:19
  178:2,12 183:10
  188:14,16
**goes** 88:13,14
**Goggin** 1:15 2:7
**going** 6:15 18:6
  22:6,16 28:21
  40:21 41:20 43:3
  50:9 70:12 79:6,7
  81:10,12,13,16
  84:11 97:11 105:3
  105:4,6 131:1
  139:2 141:16,18
  142:8,16 143:9
  164:5 166:10
  176:20,24 177:2
  177:13,21 179:24
  183:21 185:22
  196:24
**Gonzales** 2:8 3:5
  5:12,14 8:19
  20:23 21:5 37:15



37:19 45:3,14
46:6,11 51:5 56:2
56:11 62:20 97:1
97:5,10,13 99:4
114:19 115:15
128:8,13 149:17
151:11,13 152:7
152:12,14 156:10
156:14 166:15,17
167:4,18 168:2,6
168:10 169:4
170:7,8,18 171:6
171:15,19,21
172:18 173:1
174:23 175:2,7,8
176:13,17,22
179:10,14,18
183:20,24 186:9
187:2,4 191:6
192:6 193:11,14
198:12,14 199:16
**good** 46:7 152:13
172:17
**gotten** 53:8
**Gotti** 7:22
**graduate** 17:5
**grams** 40:8
**grand** 146:2
**grandfather** 19:19
93:22,23 94:2,19
**grandma** 98:7
**grandmom** 19:19
93:2 94:1 95:6
96:15 97:15,21
98:5 99:15 101:1
**grandmom's** 98:19
98:22 99:5 100:2
102:10
**grandmother** 93:3
93:10 94:20 116:2
117:1
**grandmother's**
19:21 196:17
**granted** 164:10
**Graterford** 37:5
**Gray** 190:7

**Greater** 162:12,13
**green** 62:12 146:21
180:4 195:12
198:16
**grew** 59:20 173:14
173:20
**group** 138:24
**guess** 94:21 152:3
**guilty** 32:8,14
36:22 42:13
**guns** 121:16,17,20
**guy** 34:8,13,14
61:10 70:10,10
80:21 132:14
143:17 145:10,22
145:22 157:24
158:1 182:5
190:13 199:9
**guys** 88:22 134:24
135:3,9 136:4
137:12,21 138:24
139:21,22 178:6
182:4 188:13
199:4
**G-o-t-t-i** 7:24
**G.E.D** 17:12,16,20
18:2 20:6

**H**

**h** 3:14 9:20
**habeas** 146:12
**hair** 63:3 69:1
120:10 132:15
158:2
**half** 27:18 32:17
37:22 38:2,3
43:14 44:10 45:9
47:11 49:21
126:22 127:16,22
**halfway** 48:5
**hall** 35:10 78:12,15
78:17,24 79:1
81:2 84:11 103:7
**hand** 121:14 163:8
**handcuffed** 124:11
**handcuffs** 119:10

121:1,2 122:4
123:8,10,17
132:23
**handle** 19:7
**hands** 117:22
121:11,23 124:23
**hang** 174:1 180:18
**hanging** 182:13
**happen** 133:22
**happened** 30:18
32:5 35:14 36:7,8
42:5,11 46:13
47:5,8 48:6 89:1
99:19 128:24
130:1,12 134:10
134:16 139:1,3
143:11 144:18
148:14 187:12
**happens** 121:6
**hard** 48:17
**Hasheem** 70:10
80:23
**Hasson** 33:5 34:12
**hat** 64:22 120:8
**Haverford** 21:16
**Havertown** 88:20
88:20
**head** 6:6 22:3 63:2
**health** 15:21 23:3
153:15,18 162:16
**hear** 6:22 54:1,13
60:5 125:17,20,22
129:12,18,21
131:14,17 134:2
135:22 136:1
139:8,10 144:1
156:22 157:6
174:16 176:3
181:17
**heard** 7:1 54:3
157:2 187:7 194:3
**hearing** 36:3
150:11,14 151:2,3
151:4 152:1 154:7
165:11,15,19,19
166:4,16 167:17

168:17,19,21
**hearings** 165:9
**held** 1:14 21:3
37:17 46:9 98:24
121:13,14 172:20
179:16
**Heston** 74:9,9,10
**hey** 69:17
**high** 17:2
**highlighted** 48:19
**Hill** 26:22 27:13,16
27:18 37:5 93:19
93:20,24
**hire** 58:23 145:8
**hired** 146:7,8
**history** 51:7
**hit** 89:24
**Hmm-mm** 68:10
111:4 172:12
183:23 187:1
191:14
**Hobarth** 180:15,16
**Hodges** 60:8
190:17 194:18,20
**hold** 14:23 43:9,10
65:12 149:14,15
**home** 18:15 22:11
32:7 47:7 56:12
58:5 70:24 71:7
74:1 77:9 82:10
82:11,14,19 83:20
83:20 99:15
103:13,19 104:16
104:19 108:23
109:3,6,10 111:16
113:14 142:2,4
143:2 175:11
176:2 177:5 178:6
178:11 186:17
189:10,13
**hour** 126:23,23
127:16,22
**hours** 127:11,14
**house** 28:5,9 34:21
48:5 56:18,21
57:22 65:19 66:10

66:19 70:1,6,18
71:4,24 72:1,2,24
84:21,24 86:10
93:2,22,23 94:14
94:17 95:8,10,11
95:19,19 96:11,12
96:13,14,15 97:19
98:7,19,22 99:6
99:10 100:2 101:3
101:21 102:4,10
102:10,24 103:2,3
103:4 104:4,5,7
106:7,22 107:3,4
107:6,22 108:6
109:9,12,20,21,24
109:24 110:8,9
112:18 147:12
157:8,12,19 158:4
159:11 177:1
192:1 196:18
**houses** 61:24 62:2
**Howard** 189:1,2,3
**hug** 99:22
**huh-huhs** 6:7
**hundred** 40:7 83:5
83:6,8,14 84:8
**hung** 141:2 174:13
174:14
**Hunter** 66:23,24
67:10,12,13,23
68:2 70:9 86:17
88:6,8,9,12,13
89:21,23 90:9
91:12,15,17,19,20
91:20,21,22 92:1
92:3,5,6,14,17,22
96:19 98:1 101:13
101:14,17,20
109:14
**Huntingdon** 37:11
37:12
**H-a-l-l** 78:15,16

**I**

**ice** 70:8 80:22
85:14,22 86:17



91:21 102:15,17
ID 112:6,7,8 113:16
  113:18,18,21,22
  113:24 114:2,11
  114:12,21 115:1,3
  115:4 122:21,22
  122:23
identification
  113:17 114:5
  171:1,4
identified 196:9,10
  196:11
identify 196:6
impeach 166:8
impeached 169:9
  169:16,22 170:13
important 6:7
impossible 155:10
  155:11 168:22
incarcerated 17:17
  20:2,5,7,13 80:6
  84:5 93:15 174:5
  174:6
incident 150:1,4
incidents 53:15
including 195:14
INDEX 4:1
indicating 203:10
individual 196:6,14
individuals 188:11
  195:14 198:23
information 5:22
  22:17
initial 111:14
inmate 163:15
inside 47:22 68:19
  82:11 89:3,4,6
  98:18 147:19
  148:6 156:1,23
  160:2,5 195:21
  196:1
instruct 149:15
  167:22
instruction 6:11,13
  6:19,21 7:4
instructions 6:2

203:16
insurance 21:7
Intake 148:20
intent 51:9
interact 189:6,23
interaction 185:17
  199:3
interactions 55:5,5
  144:24 184:2,5,9
  184:22 185:1,4
interrogatories
  3:22,24 17:5
  170:19,20 171:10
  171:23 172:4
interrupt 121:14
interrupting 97:6
  98:11 113:4
  116:14
intersection 87:14
interview 164:14
  165:2
interviews 164:10
involved 5:20 34:2
  181:5 182:10
involvement
  194:21
Island 43:20,23
issues 197:23
itch 195:9
items 191:10

        J
J 141:24 142:19
  183:2,3,12
jacket 63:22 64:1
Jackson 33:6 34:18
jail 32:6 37:23 51:2
  81:3 85:4 152:18
  163:15
Jamaicans 182:6,9
  182:13
James 13:13,16
  15:13
January 10:19
  53:18 54:6 60:14
  61:18 62:24 74:15

77:15 78:5,11
80:4,16 81:4
84:20,23 85:3,6
85:13,20 94:4
113:1,6,15 146:20
147:20 149:19
153:4 162:14
176:14 177:6,11
177:12,15 178:12
185:13 186:2,5,15
189:16 198:15,24
Jefferson 31:12
  54:24 181:11,14
  182:3
Jeffrey 54:8,10,13
  141:12 148:22
  149:2,6
Jersey 52:17
jewelry 64:18
job 18:8 20:14
  56:15,16,17 58:4
  58:9,12,15,20,22
  59:6,9,11,13
  72:19 73:24
jobs 16:6
John 2:8 5:13
Jones 49:5,5,6
  135:19
Jo-Anne 1:16 201:4
  201:16 203:6
Jpgonzales@md...
  2:12
judge 29:22 32:12
  32:12,14 35:1
  144:22 150:18
  169:18
July 51:7
Jumar 9:14,16,19
jury 32:11
juvenile 29:8,23
  51:1 52:5
J-a-m-e-s 13:17
J-u-m-a-r 9:19

        K
Kabeum 60:19

Kareem 1:3,14 3:4
  5:6 7:11 171:11
  171:22 172:3
  203:3
Kareema 8:14,17
  10:22 11:8
keep 14:11 59:4
Kelly 2:24 55:16,16
  55:18 185:1
Kena 78:12,17,24
  79:1,11,19,20,23
  80:1,21 81:1
  84:11 85:4,7,12
  103:7,7 104:22,23
  105:8,10,12,13,14
  115:21,23 147:22
  148:11,12
Keogh 32:12,13
  35:1
kept 70:12
key 99:9,10,12,13
  99:14 110:4,5,7,8
  110:19,20,22,23
  110:24 111:2,5,8
  111:9,14,15,17,18
  148:2 191:15,17
keys 109:22,22,24
  109:24 110:3,6,9
  110:10,11,14,17
  110:18,22 111:1
  111:11,17,19,20
  111:21 122:19,19
  191:16,20,21
Khakis 64:12
kid 59:19,19 188:21
kidnap 31:23 32:19
  33:13 34:13,14
  49:20 50:4,5,7,11
  145:12,17
kidnapped 33:20
kidnapping 33:1,4
  38:19
kids 72:20,21,21
  73:2,3,5,17 74:6,6
  161:10
kind 29:24 40:1

62:9 64:10,14
119:22 132:13
159:12 178:21
Kitty 41:2
Kitty's 41:3
knew 42:17 55:1
  77:9 79:20 80:21
  132:1 135:17
  137:16 140:22
  142:18 148:5,12
  159:9 173:21,24
  181:2
knock 99:7
knocked 99:8,11
know 9:7 10:14,15
  11:18,20 12:2,15
  12:20,21 14:18,19
  19:15 20:20 21:14
  22:21,23 23:23
  24:1,3 28:19,23
  29:11 30:11 31:4
  33:7,9 34:5 37:14
  41:5,7 49:21
  50:23 51:16 54:4
  54:10 55:10,13,15
  55:17,19,20,22,24
  56:1 59:15,17
  60:8,9,10,11,12
  60:19,20,21,22
  61:1,2,8,9,15,20
  62:22 69:5 70:9
  70:10 72:19 73:9
  73:10 74:1,11,15
  77:4,12 79:17
  80:7,13 81:17,19
  90:14 91:4,4,5
  92:2,19 93:8,8,21
  94:5,16,21,22
  95:2,4,16,22 96:6
  96:7,9,10,10 97:2
  97:10,16 99:17
  103:15,16,24,24
  104:1,2,3 107:1
  107:11,14,14,16
  108:7,8,9,11,16
  108:20 111:3,7,11



111:13 114:8
115:4 117:17
118:9 119:14,16
123:18,19 127:9
128:4,11 134:23
135:15 136:10,20
136:23 137:14,15
137:23 138:16
139:21,22 140:2
140:23 141:6,7,20
141:21,23,24
143:13,14,15
144:6,8 146:8
147:1,3,9,12,22
148:5,11 149:5,9
149:9,11,12 155:7
155:9 159:20
160:14,16,17
161:10 164:15,19
164:20,22 165:18
167:19,23 168:18
168:24 173:12,17
174:11,15,19
175:9,17,21 176:3
176:20 179:6,7,13
180:7,12,12,13,17
180:20 182:20,21
185:2,6,9,11,15
185:19,21 187:5
187:12,15 188:17
188:20,23 189:2
190:3,3,6,7,9,13
190:16,19,23
191:4 193:18,23
194:5,9,12,19
195:4,10 196:13
196:21,23 197:6
197:12,l5 199:8
199:10
**knowledge** 103:10
172:10 173:9
185:16
**known** 79:20 80:23
103:14 163:14
180:5
**K-a-r-e-e-m-a** 8:21

**K-e-n-a** 78:14
_____

### L

**L** 1:22,22
**lack** 193:7
**lady** 30:5 164:15
**Lansdale** 87:14
**Lansdowne** 8:7
11:12 21:21 22:7
65:2,13,16,21,23
66:1,13 67:9,11
67:20 68:3,12
87:9,9,16 88:4,10
88:23 90:1,1,5,6,7
117:9
**lanyard** 119:23
**late** 56:17
**law** 1:14 2:2,16
27:4
**lawsuit** 5:15,23
34:5,7
**lawyer** 145:5,7
146:13 166:21
**lawyer's** 164:13
**LB** 103:23,24
161:11,12
**Lead** 1:7
**learn** 156:22
159:16
**learned** 131:23
132:1
**leave** 39:5 57:24
72:1 87:24 105:18
106:15 107:22
**Lee** 195:21
**left** 6:4 66:20,24
67:1,4,16,23,24
68:9 70:1 74:4
84:20,24 88:8,11
90:7,8,24 92:5,9
106:8,14 107:5,12
107:17,17 108:6
108:12,13,15
109:12,20 112:18
125:9 132:21
**left-hand** 92:8

**leg** 57:3,7
**legal** 152:6 203:12
**legitimate** 115:4
**letting** 82:20
**let's** 121:3 130:2,9
130:10,12
**Levittown** 94:15,18
**liability** 34:6
**license** 112:5,7,10
112:12,14,15,19
112:22 113:1,6,10
113:13 114:4
**lie** 155:15 163:18
**life** 9:1 44:19,19,19
44:20,21 45:7
49:12 61:7,9
**light** 53:10,10 63:1
132:14
**Lincoln** 46:2 47:10
**line** 4:4,10,22 202:2
203:10
**list** 171:9
**little** 31:5 44:9,9
63:23 70:2,21
73:22 78:19 88:2
88:7,9,15,16
90:16 97:23 102:6
107:15 123:21
127:4,19 130:2
178:7,8,9 191:18
**live** 8:3,10 9:6
11:11,24 24:7
25:14,18 26:18,19
27:1,5,7,22 28:11
61:22,23 65:24
66:2 72:20 94:13
94:20 95:7 120:23
180:9,22,23
**lived** 33:10 47:20
59:20,22 61:20
65:7 66:6 79:2
80:8,13 86:4,10
93:3,10 95:4,8,9
122:10 124:11
133:5 147:24
148:6 174:21

180:11,18,21
**lives** 9:8 10:22 12:1
12:3 24:3,4,8 80:7
95:19 96:9,14
**living** 8:22 28:3,12
71:4 72:24 85:24
86:3 93:12,13,16
93:18 94:1,5,9,11
96:16 115:21
147:23 190:5
**LLC** 13:5,8 16:1
**Local** 58:14 59:9
**located** 8:5 11:13
21:15 177:23
**location** 13:19,21
131:5
**lock** 13:2,4,7 15:23
15:24 16:16,19
18:16,19,20,22
19:4 55:12,14
154:5
**locked** 30:6 34:20
36:9 41:22 53:24
103:15 123:15
134:18 147:11,17
154:3,14 155:21
158:7 182:18
**locking** 129:5
**locks** 132:16
**long** 8:22 31:13
37:20 43:23 47:15
60:12 61:15 83:19
91:13 93:10 100:1
106:7,9,10,10,11
106:13 108:4
126:11,14,17,19
126:20,24 127:4,5
127:7,10 129:2,3
129:10,11 140:5
144:20 152:24
160:4
**longer** 127:2,19,20
**long-term** 28:17
**look** 22:11 108:12
111:15 185:21
**looked** 62:24 86:9

123:19 132:11
147:10 158:11
**looking** 56:16
106:18 159:3
**looks** 188:20
**lot** 6:16 19:12 25:12
63:4,6 119:3,3,4
155:17 162:10
169:15 175:15
182:4,6,7,13
**lottery** 34:6
**Lou** 146:4,6
**lower** 197:18
_____

### M

**M** 1:16,22 201:4,16
203:6
**MAGNA** 203:12
**majority** 154:19
**man** 102:15,18
**Manhattan** 43:17
43:18
**March** 10:11 18:18
**Margaret** 10:4,13
10:14 11:24 12:1
12:11,12 14:6
72:7
**Margaret's** 12:14
73:4 158:6
**mark** 170:21
188:18
**marked** 4:20 171:1
171:4,8
**Market** 1:15 2:9
203:13
**markings** 120:2
**married** 26:10,12
26:13,14,16 27:4
28:2,14 41:6
**Marshall** 1:14 2:7
**Master** 54:24 61:18
62:2 134:15,17
135:21 136:6
155:2 175:23
192:21 195:12
199:11



matter 159:7 201:8
Maurice 190:7
McGonigle 145:15
  145:16,17,19
mean 36:12,13
  42:22 51:1 53:7
  105:3 107:5
  113:20 126:21
  130:24 151:24
  186:14 196:16
meaning 80:10
  152:2
media 135:10,16
  164:9,11 165:3,3
medical 17:1,1
Meehan 145:24
  165:23 166:1,2,3
  166:5,6,23 169:5
  169:13,20 170:9
  195:17,21
meet 69:11 79:19
  84:11 164:23
member 151:19
members 161:15
  162:1
mental 23:2 153:14
  153:18 162:16
mention 137:10
mentioned 136:22
  141:8 143:1
  186:12 197:7
mentions 191:15
Mercy 15:20,21
mess 77:5
message 105:18
messing 25:12
  104:15
met 68:16 86:21,24
MICHAEL 2:2,3
mid 83:18 174:9
  175:24
middle 7:12 41:10
  70:9 158:13,14
Miguel 19:15
  190:10,11,11
mind 20:22,23

mindful 56:10
mine 62:14
minute 25:4 33:17
  38:16 107:11
  127:1,2,17 138:4
  140:7 179:15
minutes 100:3
  101:1 106:12
  107:5,24 108:2,10
  108:17 127:3,8,19
  127:21,23 141:10
miscellaneous
  49:23 51:14,18
misconduct 163:7
misconducts 163:4
mishaps 27:9
missed 130:12
mistaken 72:14
Mohammed 33:5
  34:19
mom 8:11 11:2
  12:9,12 22:23
  71:1 72:24 81:22
  82:1,7,16,22 83:7
  103:6 104:19,20
  104:24 105:9
  157:14,15 158:16
  159:24 160:1,21
  162:10
mom's 24:5 104:4
  159:10
Monaghan 2:23
  54:15,18,19,21,22
  55:2,2,6 140:15
  140:16,17,21
  141:7,13 142:11
  144:10,11 145:15
  149:22 184:10,17
  184:22 193:6,8
  194:19 195:4,10
  195:15,16,17,24
  196:2,3,5
money 14:13 19:10
  33:23,24 34:15,16
  81:20,23 82:10,15
  82:18,23 83:3,15

83:23 84:4 109:23
  111:22 122:20
  145:20,21,23
  146:1,3,9 151:5
  152:3
monitor 56:17 57:7
monitoring 148:15
month 10:16 162:6
  162:7
months 47:17 48:4
  142:7 143:9 162:5
  162:8
Moon 19:15 190:10
  190:11,11
morning 58:2,13,15
  70:17,18 81:7
mother 190:2,3
mother's 8:12 11:4
motion 179:4
  197:16,17,17,18
move 27:10,10,11
  27:12,14,15 28:22
  93:20
moved 27:17 93:18
  94:9 197:6
movement 39:14
movies 81:18,21
murdered 10:21

N

N 1:22 2:1 3:1
  201:1 203:1
Nah 27:21 41:16
  52:1 53:17 64:17
  64:19 77:22 92:15
  100:5 111:7 115:8
  125:24 126:3
  135:24 137:10
  143:21 160:11
  176:7 181:10
  189:15
name 5:13 7:9,12
  8:12,16 9:2 10:6
  11:4,6 12:15,20
  12:21 13:14 16:11
  19:21 21:8,23,24

22:1,13 23:13
  24:5 28:7 29:11
  34:18 41:4,5,7,8
  41:10,12 54:1,13
  62:19,21,22 73:10
  76:21,24 78:13
  95:21 96:3,4
  103:22,24 113:18
  124:7 145:10
  164:16,16 165:18
  173:13 178:4
  182:5,20 183:13
  185:19 187:5
  188:17 190:13,16
  190:20,23 191:5
named 183:2 185:4
  185:8
names 7:19,21 8:1
  10:3 69:3 73:5
  140:3 183:11
  188:15
narcotics 122:8
Nassau 88:23 89:2
  89:14,16,18,23
  92:14 106:6
  117:11,16,18
  130:3 131:7
  141:16 142:16
  143:13 154:15
near 59:20 87:13
  90:17 107:11
Nebbia 150:14
  151:2,3,4 152:1
necklace 119:22
need 83:21 87:1
neglected 188:16
neighborhood
  33:11,12 55:9,10
  59:16,18,20 61:4
  173:15,20,22
  174:20 175:1,10
  175:15 180:8,10
  196:18
nephew 162:11
Net 16:10,12,13,14
never 24:15 25:23

28:6,6 45:23
  52:17,19 54:3
  56:3,4 59:11 61:6
  61:11,11,14,16
  103:14 118:4
  132:1,21 144:23
  147:2,3,8,9,11,12
  148:7 149:12
  151:7 164:3 166:2
  166:3,8,8 169:1
  169:16,16,16,24
  170:12 174:13,14
  185:20 187:7
  189:9 196:9,10
new 37:24 38:1,8,9
  38:10,11,12 39:2
  39:23,24 40:21,23
  40:24 42:1,6,16
  42:19 43:2,8,14
  43:15,17 44:11,14
  45:10,19,24 46:1
  46:13,16,20,22
  47:1,2,5,13,14
  52:17,22 53:1
  56:22 57:10 75:20
  142:3 143:3
  177:15,16,18,19
  177:20 178:9
news 164:15 165:3
Nextel 75:9,11
  109:21 183:18
  187:9
Nicholson 146:5,6
  146:9
nickname 183:9,14
niece 8:13 10:23
  11:8 103:6 104:16
  116:19
nieces 162:11
night 28:5 140:7,8
nine 49:19 58:3,6
  135:20 188:13
Ninth 17:11
nods 6:6
nope 17:7,14 18:3
  18:10 24:19 26:2



27:24 52:16,18,21
54:5,9,12,14
58:10 60:23 61:19
62:4 64:23 84:22
85:1,21 88:24
92:15 109:4,7,18
113:8 115:22
116:1,4 120:7
122:16 123:1
125:15,18,21
126:5 128:17
131:13 133:3
136:3 137:11
139:12 143:24
144:4,14 145:3
147:21 148:4,24
149:20 150:2,6
152:17 153:9,13
153:17,21 156:3,3
160:3,3 171:12
187:23 188:2,5,7
188:19 189:17
190:8 199:15
**North** 8:4,23 9:8
10:22 48:8,23
80:11,12 93:7
101:7 102:10
122:12 147:19
155:6,19 156:1,5
156:18,23 164:1
175:2 192:1
**Notary** 1:16 201:5
**notes** 201:8
**notice** 117:23 118:2
**noticed** 118:7
133:12 182:23
**number** 3:17 45:22
45:23 77:24 85:9
85:17,18 183:18
203:10
**numbers** 75:7,8
78:1,2 80:20
**N-e-i-s-h** 23:17

──────────
**O**
──────────

**O** 201:1

**oath** 5:21
**object** 152:8,11
166:11 167:21
168:7 176:9
**objection** 149:7,10
168:14 170:6
174:22 193:11,13
194:24
**objections** 5:2
**observed** 195:5,11
198:7
**obtain** 17:15
**obtained** 17:12
**October-somethi...**
23:23
**offhand** 23:24
155:16
**office** 13:18 21:15
**officer** 29:11 32:2
53:19 54:15 55:16
57:20,20 58:8
114:13,22 117:20
118:6 119:11
120:19 121:9
122:3,5,6 123:17
124:9,19 130:4,15
130:16 132:5
140:14,15 141:12
184:2,10,16,17,17
184:22 185:1
193:5,8 194:19
195:4,10 196:5
**officers** 51:23
117:24 119:1,4,5
121:5,10 122:1
123:5 124:19
125:19 126:2
139:8 140:12
149:24 155:19
156:1,4,16,23
157:11,18,21
158:3 163:24
168:18 169:24
192:18
**officer's** 123:10

198:7
**offices** 1:14 2:2
164:13
**Oh** 26:23 35:15
37:13 42:15 50:10
56:7 95:9,14
99:13 124:24
140:8 145:16
157:14 190:12
**Ohhh** 44:13
**okay** 5:18,24 6:10
7:3 10:2 12:5 16:2
16:9 26:23 27:3
29:3,4 30:24
34:12 36:5,12,15
36:18 37:13 38:21
39:2 40:9,14
42:10,15,19 43:5
43:11,19 46:24
47:4,7,13 48:20
49:17 50:5,15
51:17 53:2,14
61:2 65:10,22
66:22 67:2,9 68:8
69:15 76:21 78:10
84:3 85:11 91:11
94:11 97:24 98:12
101:23 102:3
103:18 104:16
108:3 111:1
113:20 114:13,18
116:15 118:9,14
119:11,21 126:11
127:24 130:6
134:5,20 137:18
138:19 140:20
142:5 143:7,11
146:4 150:23
151:6,8 152:4
154:5,18,22
158:17 159:1
164:23 165:5,15
168:9 169:5
174:11 178:11
183:16 184:13
185:3,16,22

186:18 189:22
**old** 11:8 31:5,16
73:11,14,19
188:21
**older** 11:9 73:22
74:6
**Oldsmobile** 178:22
178:23
**once** 6:18 35:22
46:22 47:4 106:13
139:13 150:20
165:1
**ones** 51:13 74:7
131:2 136:5 145:9
164:12
**online** 19:13
**open** 175:5
**opportunity** 5:19
150:8
**Oral** 1:14
**order** 14:12 19:9
**ordered** 19:14
197:20
**ordinary** 110:15
**outs** 13:22
**outside** 52:19 58:5
68:20 107:21
135:23
**Overbrook** 11:15
17:3,6 20:8
**owe** 142:7,7 143:8
146:3
**owed** 145:20
**owing** 33:24
**owned** 96:11,12
**owns** 95:18,20
96:10,13
**o'clock** 58:2 78:19
81:9 90:14,16,17
90:21 107:6

──────────
**P**
──────────

**P** 2:1,1 203:1
**PA** 26:22 37:12
38:7 42:13 43:13
44:12,14 56:22

94:15,18
**paddy** 126:15
127:5,10 134:11
134:19 139:23
**paddywagon**
189:21 196:20
**page** 3:3,17 4:4,10
4:22 202:2 203:10
**pager** 188:3,6,9
**paid** 48:2 82:13
145:4,6 146:15
**paint** 48:1
**painting** 48:2
**Pan** 39:4
**pants** 64:10
**paper** 46:4 48:12
78:2 159:8,13,17
159:18,19 192:2,4
**papers** 48:9,10,11
75:9 159:10,15
**paperwork** 14:20
**parents** 10:24
**park** 91:14,15 92:7
92:16
**parked** 87:6 90:8
91:16 92:20,23,24
98:6,16,18 117:19
124:15,17 125:5
133:19,21
**Parkway** 2:18
**parole** 44:19,20,21
44:22 45:18,21
46:1 47:3,4 57:20
58:8 71:13,17
114:10,13,22
115:7 142:2,4,6
142:21 143:2,4,5
143:8 159:8,9,10
159:12,14,16,18
159:20,22 192:2,4
**paroled** 37:23
46:22 47:6 158:20
**part** 21:11 154:9
172:16 197:22
**participated**
192:12



particular 177:14
    183:15
particularly 178:18
    180:17,20
partner 13:12,13
pass 10:20 17:21
    20:1
passed 20:2,3,5
    93:17 141:1
passenger 87:21
    100:15
pat 123:5
patrol 126:12
patrolled 54:22
patted 123:3
pavement 124:18
pay 24:15 53:13
    145:24
paying 28:8
payment 25:24
PCA 146:17
PCRA 167:8
PD 53:11
penalties 39:9
Pennsylvania 1:1
    1:15 2:4,10,19
    37:23 38:5,6 39:6
    42:12 45:13,18
    46:15,18,21,22
    52:20 56:23,24
    142:5 143:5,6
    203:5,14
people 33:7 60:5
    68:24 69:2,4,5
    129:5 134:18
    135:20 136:10
    138:10 175:15
    182:10 183:6,10
percent 170:4
period 49:11 78:8
    94:12 112:16
    134:10 161:4
permitted 57:24
    58:4
person 32:24 33:3
    34:4 130:3 190:16

193:3 195:19,20
personal 55:5
personally 60:1,3
    179:9
pertaining 34:1,8
    34:10 166:2
    195:18,18,22
Peter 39:4
petitions 146:12
Philadelphia 1:6,15
    2:4,10,16,19,23
    8:6 9:9 11:17,19
    11:23 12:5,6
    21:17 29:15 32:3
    32:4 33:11 43:8
    49:3 52:2,3,20
    53:12 179:24
    203:5,13
Philly 28:4 42:2,4
    53:11 54:23
phone 75:2,4,6,7,9
    75:11,13,16,17,19
    75:19,23 76:4,6,7
    76:11,17,20 77:7
    77:8,10,13,13,15
    77:20 78:1,1,5,10
    78:20 79:11 80:15
    80:18,19,20,24
    84:15 85:18
    100:10,10,17,21
    105:14,22 107:16
    109:21 122:20
    147:16 150:12,17
    150:20,21 160:8
    162:21 163:10,11
    163:13 183:17,18
    188:1 190:19,20
    191:8
phones 160:6
physically 19:5
    57:1 76:10,16
    123:2 124:13
    129:6 133:9
Pichonot 188:18
pick 105:14,17
    109:8 121:21

picked 65:19
picks 43:14
picture 20:24 112:8
piece 72:21
pieces 78:2
PILEGGI 2:2,3 3:8
    50:20 114:16
    115:13 128:7
    149:7,10,14 151:9
    152:5,10 156:8
    166:10 167:1,10
    167:13,24 168:3,9
    168:14 170:5
    174:22,24 175:4
    176:8,16 179:8
    180:22 181:17
    192:9,11 193:17
    195:3 198:10
pilled 194:7,8,8
Pil423@aol.com
    2:5
Pine 12:1,2 139:2,7
    139:14 184:7,8
plain 119:14,16,18
    132:10
Plaintiff 1:4 2:5
    171:24 172:3
plaintiff's 3:23
    171:11
plans 28:17
playground 180:19
plea 42:24 44:18,18
    117:5
plead 32:8
pleaded 43:4
Pleas 35:2,4
please 7:10,23 8:20
    10:8 13:15 45:1,3
    86:15
plus 142:9 143:10
pocket 20:21
point 113:1 115:19
    156:21
pointed 86:8,9,11
    86:16
points 53:13

police 29:12 32:2,3
    32:4 39:16 53:3
    53:16 55:3 114:12
    117:21,24,24
    118:22 120:3
    121:5,9,10 125:23
    129:19,22 130:3
    132:5 136:2 139:8
    139:11 140:12,14
    140:15 141:11
    149:24 155:19
    156:4,22 157:7,11
    169:24 185:7
    187:13 191:11
    192:17 198:6
Pontiac 146:22
port 39:4,15,16,21
    39:22
Posse 182:11
possession 29:19,20
    29:21 30:1,3
    38:12,13 42:7
    51:8,9
possible 148:9,10
Possibly 181:7
post 152:16
powder 40:4,5,5
practice 21:11,24
Pratt 178:5
preliminary 166:4
    168:16,19,21
presence 156:9,11
    196:11
present 68:23
    149:1 155:18,22
    155:23 156:13
    160:24 161:4
    163:24
presented 168:12
    169:13,14,20
    170:10
presents 161:3
pretty 172:16
Previous 104:6
primary 20:17 21:8
    21:18,20

print 19:8,9
prior 41:13 53:18
    78:18 85:3,5
    93:13 162:14
    185:12 186:2
prison 16:20 38:8
    81:2 163:2
prisons 153:12
private 81:17
privilege 166:12
    167:3 168:5
pro 146:15,18
probably 22:1
    27:19 37:14 41:16
    49:19 53:4,9
    60:17 63:11 64:12
    70:23 72:4 73:21
    83:16,19,20 102:5
    102:6 111:4 127:4
    157:4,7 162:5
    164:12,21 170:3
    174:3 178:7,8,9
    178:15 179:2
    181:11,13 182:12
probation 30:22
    49:4,22 57:20
    115:6
process 36:4
    146:16
processed 35:23
PRODUCTION
    4:9
Professional 1:16
    201:4
program 18:1,9
    20:15 47:12 48:6
proper 114:10
property 191:10
prosecutor 192:16
provide 15:8 22:17
    24:13 25:20
    198:19,22
provider 23:3
psychiatrist 23:4
    162:19,24



**psychologist** 23:5
  162:19
**Public** 1:16 201:5
**publish** 19:5
**publishing** 18:13
  18:14,15,16,20
  19:4,11
**pull** 114:12 118:15
  118:17,23 132:2
  132:18 133:7
**pulled** 92:21
  117:18,18 118:11
  127:6 130:4,17,19
  133:14 134:11
  147:1 194:9,9
**pulling** 133:13,16
**purposes** 171:2,5
**put** 9:20 38:24
  117:21 121:10,23
  123:17 126:12,14
  126:18 128:14
  134:18 135:11,13
  139:4,14,17
  183:11 197:15
**putting** 119:9 122:3
  123:12,13 183:13
  197:16
**P-i-c-h-o-n-o-t**
  188:18
**p.m** 71:23 74:22
  76:5 106:22 200:1
**P.O** 18:24

**Q**

**question** 5:3 6:22
  6:23,24 14:23
  25:5 40:13,17
  54:15 57:9 65:22
  74:14 76:9,15
  78:4 82:5,20 84:2
  97:8 112:9,17
  133:6 137:19
  138:21 150:1
  167:20 168:7
  169:19 180:1
  184:1,4 195:17,22

**questioned** 167:16
**questioning** 149:22
**questions** 4:20 5:21
  6:1,5,9,14 126:4
  130:24 141:14
  142:13 171:10
  172:1,8 179:19,21
  185:23 192:7
  199:17

**R**

**R** 1:22 2:1 201:1
  202:1,1 203:1
**radio** 125:23
  129:19 136:2
  139:11
**raising** 163:8
**ran** 46:16
**range** 107:7
**Raniesh** 23:14
  24:11,14,18,21
  25:17,18,21 26:4
  26:7
**Raniesh's** 23:21
**rap** 51:7
**Rashare** 95:1
**Raymond** 9:3 12:8
  189:1,2,3,6,23
**Raymond's** 190:2
**read** 48:17 172:13
  203:3,18
**ready** 43:2
**real** 12:21
**really** 14:5 137:7
  181:20
**reason** 7:6 53:3
**recall** 73:23 192:15
  192:23
**receipt** 191:10
**receive** 76:16
  153:14,18 163:3
  203:17
**received** 20:12
**recess** 99:2 172:22
**recognizance** 36:17
  36:19 39:7,10

**recognize** 131:20
  135:14
**recognized** 55:8
**recollection** 22:12
**record** 21:2,4,6
  37:16,18 46:8,10
  50:21 99:1 103:9
  121:18 125:2
  172:19,21 179:15
  179:17 185:24
**records** 19:13
  22:10 179:5
**red** 53:10
**Reece** 28:4,12
**referred** 137:1,4
**referring** 101:4,7
  183:7
**refresh** 22:12
**regarding** 5:21
**regards** 166:13
**regular** 32:2 53:4
  64:12 110:17
  113:18,20,22
**related** 80:21
**relationship** 9:10
  19:18 24:10 25:6
  25:9
**release** 36:16 46:4
  47:11 48:5,11,16
  48:21 82:12,13
**released** 36:18 38:7
  39:6 43:13 46:21
  48:7 57:10 159:19
  163:15
**relevance** 176:9
**relevant** 5:23
**Religious** 9:16
**remember** 11:15
  21:23 22:2 31:2
  51:23 53:7 63:17
  63:20 64:16 69:3
  69:24 71:18 72:9
  74:17,18 75:19
  88:5 92:18 93:4,5
  107:9,10,12 111:8
  114:1 115:2,2

119:24 120:4,5,9
  120:11 124:6,7
  136:11,13 137:3
  138:2,5 140:1,3
  155:16 160:11
  164:16 165:22
  176:20,24 177:2
  177:12,13,16,20
  178:17 183:17
**remembers** 152:9
**remove** 148:19
**rendition** 193:9
**rent** 28:8
**rented** 95:14
**renting** 95:12,13,16
**rephrase** 6:23
  195:7,9
**report** 49:2,6 71:12
  71:13,17
**reporter** 1:16 6:3
  6:17 8:15 55:21
  62:16 97:3 171:13
  171:17 181:19,23
  191:1 201:5
**reports** 164:11
**represent** 5:14
**request** 4:9 187:21
  187:24 197:2
**reserved** 5:3
**respect** 197:24
**response** 3:23
  106:2 122:14
**responses** 6:8 172:4
**restrictions** 39:12
  39:13
**return** 187:22,24
**returned** 47:7
  187:16,19
**returns** 15:8
**reverend** 95:18,22
  95:22,23 96:2,5
**review** 172:7 173:2
  194:11
**Reynolds** 2:13 5:14
  29:22 53:20 54:2
  117:20 118:6

119:12 120:19
  121:9,24 122:6,7
  122:8 123:4,10
  124:9,19 125:11
  125:14,16 131:15
  131:17 133:4
  141:12 142:17,20
  143:1,3 145:1
  149:19,22 153:22
  158:10,18,19
  159:2,23 160:1,24
  184:2,17
**Ricky** 41:12
**riding** 100:14 129:6
**right** 12:14 13:6
  16:2,7 21:11 22:8
  27:5 28:1 34:24
  35:3 36:21 41:13
  42:5 46:5 49:4
  50:2,8 51:2,21
  55:4 57:8 59:2,8
  66:6,18,20,21,24
  67:5,6,14,15,17
  67:19 68:2,4,5
  69:24 70:3,7,8
  71:22 72:23 73:4
  74:10,14 75:15,21
  75:24 76:9 79:17
  82:6,6 84:14
  85:15 87:4,7,9
  88:11,14 89:9,18
  91:16,17,19,23
  92:7,9,11 93:3
  95:5 97:2,8,9
  98:15 99:6,23
  101:11,19,20,24
  102:13,23 105:12
  105:20 106:3
  107:18 109:12
  110:7,23 111:16
  111:22 112:17,21
  115:16 117:7
  118:21 121:3,18
  121:21 124:18,21
  125:1 127:6,13,20
  128:2 129:12,18


MAGNA

130:1,9 131:9
133:1,15,18 135:7
138:14 139:13
140:1 142:23
144:9 146:19
152:15 155:24
157:6 161:8
164:18 168:2
169:19 170:7
172:13 173:18
175:7 179:18
186:22 189:3
192:6 195:13
197:12 199:16
203:18
rights 153:23 154:1
right-hand 67:8
125:6
Rikers 43:20,23
ring 110:4,5,7,9,23
110:24 111:2,5,8
111:9,17,18
191:15,17
Road 65:13,16 88:4
88:10 117:11
130:3 131:7
141:17 143:13
154:15
robber 145:18
robbery 31:24
32:19 50:4,6,7,11
145:12
Rock 62:15,18
141:24 142:19
180:5,6 182:22,24
183:2,3,8,12,12
199:8
Ronald 60:22
room 86:10 148:1
158:6,6,13,14,14
158:20,22
rooming 86:10
rooms 158:11
Rough 43:22
round 111:21
route 88:5

RR 35:12 36:16
rung 160:7
running 53:9 129:4
runs 22:2
rushed 160:7
R-a-n-i-e-s-h 23:16

S

S 1:22,22 2:1 3:14
203:1
Sab 77:4
Sabrina 76:23
190:22 191:3
sales 175:6 181:5
sat 129:1
Saturday 24:23
saw 17:4 47:4 56:3
56:4 85:22 119:11
132:2,17 133:6
159:23 164:4
174:8
saying 32:22 44:23
51:12 76:3,7
77:14 119:6,8
129:23 136:12,14
136:15 137:3,6,7
137:24 139:8
142:10,11 144:1
says 114:5
scanned 48:13
scene 34:19 125:17
125:20 126:2,12
131:10 134:3
193:20 195:12
196:7 198:1,8
school 17:2 30:19
30:20 74:8,12,12
74:15
SCI 37:8 161:16
Sciolla 145:10,22
145:22
se 146:15,18
Sean 2:24 55:18
searched 123:2
seat 40:12 87:18
seated 6:3

second 6:13 101:21
147:24
section 11:15
see 9:13 35:15
45:20 46:5 47:2
48:20 51:6 59:23
60:2,3 61:5,14
62:1 65:6,8,11,15
69:21 77:23 79:15
79:16 81:11,12
85:11 86:12,16
98:5 102:20
103:13 118:12,15
118:22 121:5
130:3,16 131:4,9
131:12 133:9,15
141:8,16 150:18
150:21 160:22
162:20 171:11
189:12,18 193:22
seeing 104:3
seen 24:22 55:2
61:11,16 69:19
80:5 85:3,7 92:21
103:12,12,13
116:7 118:4
144:22 147:10,12
155:13 174:4,4,5
174:6 182:17
185:20 189:8,9,10
189:11 193:19
194:1,3 196:19
198:1
self 69:7
sell 61:12,13,14,16
94:14 174:14
selling 30:14 31:11
31:14 52:8,10
59:23 60:2,4,6
61:5 62:1 137:9
174:20 175:10,22
176:3 181:9 182:2
182:14
send 19:6,9 197:19
197:20
sent 19:1 38:8 46:2

47:9 172:1
sentence 37:21
45:11 165:12,14
165:14
sentenced 32:16
46:14 165:13
sentencing 165:13
separate 182:11,12
separated 26:24
27:1,2
September 1:10
201:13 203:4
Sergeant 185:5,11
186:3,6
series 171:24
serve 37:20 38:2
served 30:5,5 35:5
49:22,24 51:15
service 162:6
services 9:16,17
203:12
serving 43:14 45:5
set 110:6 151:14,15
sets 191:20,21
settle 44:22
settled 44:17
seven 32:17 38:3,4
44:11 45:9 73:12
73:13 74:7
Shaheem 33:5
34:12
Shaidell 73:6,11,20
Shakur 7:13 41:9
41:11
Shante 11:2,2,5
Sharon 93:19,20,24
sheet 51:7
Shirley 19:22
shirt 64:14
short 120:13
126:23 127:12,15
134:9 157:24
shorter 120:14
127:22
Shorthand 1:16
show 21:7 152:2

showed 48:12
159:19,21
Shower 182:10
showing 171:7
shown 193:5
195:16
shut 122:2
Siani 73:8,14,15,22
sic 32:10 177:10
side 67:8 70:7
90:10 92:8,9
122:3 125:6 189:5
sign 191:18 203:19
SIGNATURE
203:24
significance 183:5
signs 191:22
Similar 159:20
Sinclair 2:24 185:8
185:11,14,18
single 138:2,5
sister 14:5,5 19:12
19:20 72:18 103:4
103:18 105:1
157:14,15
sisters 9:23,24 10:2
71:6 72:6 73:1,1
81:22 82:1,7,17
82:22 83:7 162:11
sit 87:20 138:1,4
sits 22:9 93:9
six 47:16 48:4 74:7
120:17
skip 172:14
sleep 70:18
Smaller 63:1
Smithfield 37:6,7,8
37:8,9,10 161:17
161:18,19
social 23:4 162:17
162:18
sold 61:6 170:16
174:12,16 175:16
somebody 19:8
33:13,20,23,24
59:6 96:12 132:2



148:19 173:12
182:5 183:12
**son** 189:4
**sons** 27:21
**soon** 92:20 98:6
**sorry** 82:21 87:16
21:13,22 171:17
172:17 176:23
177:8 181:24
183:21 190:12
**sort** 110:4
**sounds** 45:4 167:7
**sp** 10:4 59:15 60:19
70:10 95:1,18
135:8 136:23
185:5
**Space** 19:7
**speak** 24:20,22
149:18 162:24
**speaking** 131:14
184:18
**specifically** 106:24
154:23 176:5
177:3
**Spectrum** 20:18
21:12,13,19 22:5
**spell** 7:14,23 8:20
9:18 10:8 11:4
13:14 20:19 23:15
73:7,9,10 76:24
78:13
**spelling** 20:21
**spend** 28:5 35:6
37:3 46:20
**spent** 46:15 48:4
100:24
**spoke** 57:19 79:22
80:1 99:22 140:18
162:23 163:1
**spoken** 163:23
199:13
**spot** 43:22
**square** 111:14
**stage** 194:7
**stamps** 17:1
**stand** 70:8 80:22

85:14,23 86:17
**standing** 68:20
124:14
**Stanley** 76:23 77:3
77:4 190:22 191:2
191:4
**start** 31:13 76:7
**started** 16:18 18:12
18:15 44:18 80:20
129:4 139:2
141:13
**state** 7:9 37:1,3
38:7 39:5 45:22
45:23 52:24
113:24 114:1
115:9 153:11,20
161:24
**statement** 169:23
**statements** 150:3
169:10 170:14
**STATES** 1:1
**station** 55:3
**stay** 47:15 144:20
152:18,22 178:11
**stayed** 35:23 47:16
72:22 107:4 129:9
158:8,9 180:12,13
180:13,14
**staying** 94:16,24
95:2,3
**stenographic** 201:7
**Stephanie** 73:18,22
**steps** 68:21 69:2
**stolen** 191:24
**stop** 53:5 70:14
92:13 98:17
109:16
**stopped** 53:2 70:11
118:3
**stops** 53:15 70:5
88:22 102:9
117:12
**store** 61:24 70:8,11
**story** 32:21
**straight** 88:13 90:6
92:22 109:14

**strangle** 50:9
**street** 1:15 2:3,9
8:4,24 12:1,2 48:8
48:23 61:18 62:3
65:7 67:2,18,22
70:9 79:3 80:11
80:12 86:5,18
87:7,13 88:8
89:10,11 91:14
92:5 93:3,8 94:24
96:21,22,24 101:3
101:12 102:21
106:5 109:15
122:13 124:16
125:6,9 135:9,10
135:16 147:20
155:6,20 156:2
164:1 175:18
178:1 192:21
195:13 196:12,15
196:17,22 203:13
**Streets** 17:23
**strike** 19:2 90:12
104:21 151:14
195:8
**study** 34:23 35:7,8
35:10,24 36:1,10
**stuff** 113:23 122:9
137:6 142:12
146:15 158:16
166:2 180:19
**submit** 197:1
**submitted** 172:5
**substance** 40:5
**Suite** 2:9
**summer** 44:2,2
**Superior** 194:10,11
197:10,20
**supervisor** 185:4,7
**support** 4:1 24:13
24:16,18 25:21,24
**supposed** 34:8
**supposedly** 34:4
**suppress** 195:16
**sure** 14:7 71:14,21
72:17 74:17 94:8

95:3 96:1,8
103:11,11,17
106:24 108:16
124:1,4,23 125:2
148:7,12 164:22
172:8 174:13
178:15 194:15
199:12
**surveillance** 192:17
**switched** 22:4,4
**sworn** 5:7
**S-a-b-r-n-a** 77:2
**S-b-r-n-a** 77:1,2
**S-h-a-i-d-e-l-l** 73:8
**S-h-a-k-u-r** 7:15
**S-h-a-n-t-e** 11:5
**S-i** 73:9
**S-p** 20:20

---

**T**

**T** 3:14 201:1,1
202:1 203:1
**take** 5:17 6:6 17:22
20:9,24 69:13
79:7,8 81:13,16
84:12 109:8
122:18 127:9
144:15 175:5
184:5 196:12
**taken** 24:17 99:3
133:1 172:23
187:19 191:24
201:8 203:4
**takes** 43:15
**Talib** 10:7,18,19,20
10:21 11:1 12:16
**Talib's** 12:18
**talk** 79:14 80:16
102:13,17 104:24
105:9 137:8
138:14 147:14
148:22
**talked** 69:19 75:1
87:1 105:2 125:11
148:7 149:6,12
161:23 164:3

184:16
**talking** 6:17 50:8
56:6 80:15 91:8
105:6 114:17
136:11,12 137:23
140:24 144:5
149:23 161:19
163:14 182:23
**tall** 120:12,16
132:13 158:1
**taller** 120:15
123:20,21
**Tameka** 10:4 11:11
**Tameka's** 10:10
12:7,9
**Tamika** 72:19,23
73:23 103:5,18
105:2 116:11,16
157:16 161:7,9
**Tamika's** 73:17
104:11,12 116:22
**tapes** 194:2,10,12
197:19,20
**tax** 15:8
**taxes** 14:7,15,21
15:1,3,5
**Taylor** 2:17 3:6
45:1,4,10,15 56:5
56:9 167:6,12,15
176:10 179:20,22
180:23 181:1,21
182:1 186:23
193:13 194:24
199:19
**tell** 14:16 66:18
71:16,20 81:10
85:23 86:2,6
101:10 107:19
121:5 125:2
143:14,14 150:12
151:1 157:17
158:17 160:9
172:15 191:23
**ten** 93:14 106:12
107:4,6,23,23
108:2,17 127:8



142:9 143:10
**term** 104:10
**terms** 57:22
**test** 17:21,22,23
**testified** 5:7 108:23
  133:24 154:6,7,11
  168:18 180:2,3
  185:10 186:8
  192:24 193:3
  194:20 195:5,11
**testify** 7:7 115:23
  116:2,5,8,11,16
  116:19,22 117:1
  154:9 165:7,9,11
  165:20,21,23
  193:8
**testimony** 40:9
  50:12 167:17,19
  193:19 196:3
  198:7,9 203:4,9
**Thank** 45:15
  151:11 186:24
  192:8 199:18
**therapist** 23:3
  162:19
**thick** 63:7
**thing** 11:9 24:2,8
  144:21 169:7
  181:12,14
**things** 122:17
  124:22 142:10
  166:20
**think** 11:9 24:2,8
  26:21 27:17 29:7
  29:14,18 30:2,19
  34:3,10,19 37:10
  47:16 51:11 64:2
  64:5,8 71:3 72:14
  74:9 91:3 93:7,21
  96:11 97:24
  104:17 111:13
  122:5 123:11
  128:22 131:1
  134:22 143:16
  144:10 145:6
  147:24 161:11

162:15 165:4,12
  166:11 167:4
  168:4 175:4
  177:24 178:1
  180:15
**thinner** 123:24
**third** 6:21
**thirty** 203:17
**thought** 44:7 67:10
  130:11
**thousand** 14:19
  20:3,4 153:3
**three** 28:13 32:17
  38:3 44:10 45:8
  50:14 51:13 60:17
  73:16 88:18 89:8
  106:16 107:6
  139:24
**throw** 167:7
**Thursday** 1:10
  63:19 71:13,18
  203:4
**Thursdays** 105:5
**ticket** 53:5,13
**tickets** 53:8
**Tiffany** 24:6,7 25:1
  25:7,10,14,17,23
  26:5
**Tillman** 60:24 61:3
  135:16
**Timberland** 64:5,6
  64:9
**Timberlands** 64:2
  64:4
**time** 5:4 24:14 29:5
  30:15,16,21,23
  31:15,19 35:5,10
  37:4 40:10 41:17
  41:24 43:7 44:12
  44:14 45:6 46:14
  46:16,19 49:14,22
  49:24 51:15 52:11
  52:12 56:19,20
  59:10 61:15 63:12
  63:13 69:8,16
  70:1,11,20 71:5

72:9,12,14,20
  73:11 75:5,8 78:8
  79:22 80:14 81:1
  87:24 90:11,13
  91:6,10,11 92:16
  92:18,20 93:6
  94:3,12,17 95:3
  97:14,16,17,20
  98:4,10,15,15,17
  100:8 102:3,5,8
  102:19 103:15,16
  104:1,14 106:15
  107:10,14,17,22
  108:1,6,8,11,11
  108:13,14 109:20
  112:18 113:6
  117:15,17 124:14
  128:2,4,6,12,23
  129:16 131:5,21
  134:10 142:6
  143:8 146:21
  148:16 152:19
  155:13 156:21
  157:2 160:9,11,24
  161:24 162:20
  170:15 174:8
  176:4 178:6
  181:14 184:6
  186:14,16 188:4
  188:21 189:9
  190:5 191:12
  192:15 194:1,17
  196:19
**times** 28:15 29:2
  50:13 59:8 85:11
  85:16 104:4
  105:16,17 107:13
  107:13 164:23
  189:10
**titled** 171:11
**today** 5:16 6:15 7:7
  113:10 138:1,5
  164:3
**told** 51:10 59:6
  69:11,12,13,21,22
  69:23 77:8 79:15

114:13,22 122:7
  122:12 134:3
  143:2 157:9,13
  160:19,20 170:3
**Tombs** 43:18
**top** 22:2
**Torain** 1:3,14 3:4
  5:6,13 7:11,16
  8:13 10:4,5,7,9
  11:1 14:6 19:22
  56:5 72:7 95:1
  171:7,12,22 203:3
**Torain's** 172:4
**Torain-1** 3:21
  171:2,8,9 173:3
**Torain-2** 3:23
  171:5,9 172:3
  173:3,8
**Toronto** 9:8
**touch** 182:15
**touched** 183:1
**tough** 97:4 143:17
**training** 18:8 20:14
**transactions**
  188:10
**transcript** 201:7
  203:18,19
**transcription** 203:8
**transcripts** 166:4
  168:17,21 169:8
  170:12
**transported** 139:7
**traveling** 133:19
**treated** 23:2 162:17
**treatment** 153:15
  153:19 162:16
**trial** 5:4 32:9,10,10
  32:11 35:1,13,24
  36:6,19,20,22
  38:17,19,24 42:2
  42:24 43:3,3,24
  44:18 115:24
  116:3,9,13,17,20
  116:23 117:2,4,6
  145:23 152:19
  153:1,2,3 165:7

166:3,5,7,20,24
  168:12,13,15,22
  168:23 169:13
  170:2 192:13,13
  193:2,24 194:2
**trials** 194:14
**tried** 17:15 147:16
  194:16
**true** 107:2 154:16
  154:17,24 155:8,9
  163:17,21,22
  172:9 173:8 201:6
  203:8
**truthfully** 7:7
**try** 18:6 28:20
  58:11,14,20 59:12
  151:20 171:20
**trying** 43:5 58:9
  59:4 79:2,3,4
  108:5 127:7,13
  142:14 158:5
  166:22
**turn** 102:1
**turned** 35:11 36:3,5
**TV** 72:4 74:20
**twice** 17:23 59:10
  85:14 106:13
  196:3
**two** 9:24 18:17,17
  20:3,4 26:17
  27:21 32:23 33:7
  36:2 44:19,19,20
  44:21 45:7 53:9
  53:14 61:24 70:2
  70:3 72:21 73:1,1
  73:2,3,5,15 74:23
  77:18 88:2,19
  90:16,22 97:23
  102:6 105:16,17
  110:10,11 111:20
  134:23,24 135:6
  153:2 157:11,18
  161:5 171:7 183:6
  191:20,21
**two-something**
  63:14,15 91:5



97:22 106:16
type 18:1,8 20:9,14
  52:7 103:9 111:10
  113:16 114:2
  153:14 165:15
T-a-l-i 10:9
T-a-l-i-b 10:9

_____

**U**

U 203:1
uncle's 41:6,8
underneath 40:11
understand 6:11,19
  6:22 7:4 91:24
  164:8 167:11
  187:14 203:7,15
understood 7:2
uniform 119:4,4,5
  119:20 122:1,3,5
  123:5,9,11,12,16
  124:18 132:9
uniforms 117:21
UNITED 1:1
unn-nns 6:7
upstairs 158:11,15
upstate 36:24 37:2
  42:16 44:11 45:22
  45:24 162:21
use 13:20 69:9
  123:8 188:6,9
usnally 14:6 71:17
  150:21
U.S.A 16:14

_____

**V**

V 1:22
valid 112:22,24
  113:5,9,12
van 188:14 189:18
vehicle 79:8
Velvet 177:21,22
  178:19
verbal 6:8
verbatim 79:18
  136:14
verify 170:23

videotape 59:24
  155:14 195:15
  197:13 198:2
videotapes 192:17
  193:1,4,5,10,20
  193:22 194:22
  195:6 197:1,3
  198:4
view 196:4
Vincent 13:12,16
  13:23 15:13,15
violate 153:24
violated 153:23
violations 122:8
visit 9:13 24:20
  41:13,18 69:18
  95:5 97:14,21
  157:7 161:16
  162:2,4,9
visited 41:14 85:19
  157:8
visiting 101:1
vs 1:5
V-i-n-c-e-n-t 13:16

_____

**W**

wagon 126:15,15
  126:18 127:5,10
  128:15,15 129:15
  133:2 134:6,11,19
  134:20 135:11,13
  135:18,20 137:13
  137:22 138:6,10
  138:15,17 139:1
  139:23 189:19
  199:5
wait 25:4 33:17
  38:16 57:16 82:4
  82:4 84:2 86:14
  97:7,12 101:6,6,6
  102:16 113:4
  130:22,22,22
  131:3 138:4 156:8
  156:18
waiting 38:17,18
waived 167:5

203:18
walk 67:18 68:1,11
  99:6 109:13
walked 65:24 66:3
  66:4,8,10 68:3
  69:20 74:23 86:20
  97:19 98:21 99:23
  101:3,11,13,14,20
  106:5,21 109:14
  115:16
Walker 54:8,10,13
  130:4,7,7,15,16
  131:4,24 132:17
  133:7,8,9 141:13
  142:22 143:7,9
  148:23 149:2,6,22
  158:8,8,9 161:1
  184:18
walking 67:13
  114:11 196:8
wallet 112:2,3,4
want 11:18,20
  14:17 27:10,11,14
  29:1 46:5 92:2
  167:23 170:5,21
  172:14 181:21
  188:14 196:12
wanted 27:10,12
  34:12 65:6,8,11
  69:11,21 94:14
  145:22 146:1
  184:3
Warner 1:14 2:7
Warren 128:19
  129:7,8 134:7
Washington 9:3,11
  41:9,11,12
wasn't 28:8,9 35:2
  39:8,8,10,13
  40:13 49:23 72:5
  90:14,17,17 92:19
  106:9,10,13 108:4
  114:4 119:19
  126:16,22,23
  127:5,9,11,14,17
  127:23 154:18

155:12 163:22
  181:12 190:1
watch 72:4
watching 74:20
water 70:8 80:22
  85:14,22 86:12,17
  91:21 102:15,17
waves 63:2
Wavy 63:2
way 44:20 60:12
  63:16 70:15,17
  100:8 101:23
  103:8 109:17
  117:13 125:4
  128:16
Waymart 162:3
  163:7
weapon 29:20
wear 57:1
wearing 63:24
  64:11,18,22
  119:13 120:6,8
  148:16
weather 63:20
Webster 32:12
Wednesday 176:15
week 63:18
weekend 24:24
weeks 36:2
weigh 123:23
weight 124:1
welfare 16:17,23,24
went 16:4 21:20
  22:3 30:17 32:6
  34:22 35:1,8,13
  36:1,2,23,24 37:1
  37:2,5,6,24 38:24
  41:17 42:16 44:1
  44:15 45:19,20,24
  47:10 51:2 58:13
  58:14,19,24 59:10
  71:14,18 72:7
  74:9 88:6,7,9 89:3
  89:4,8 90:4 92:4
  92:21 93:2 97:18
  98:6,18 99:21,23

103:3,3,6 105:5
  107:3,14 117:6
  121:11,24 129:7
  134:15 135:8
  145:12,18 153:2,3
  155:19 156:7,16
  156:23 158:19
  161:1 162:3
  163:24 166:18
  169:18 175:14,16
  175:24 178:3,14
  178:15,15
weren't 39:12
  51:19
west 8:6 11:17,19
  21:17 28:3 33:11
  37:13 54:23
we'll 168:8 171:20
we're 5:16 27:2,4
  28:24 49:9 97:2
wheelchair 94:7
white 157:24
wife 41:7
Wilkes-Barre 24:8
wind 34:20 94:15
window 147:10
witness 3:3 4:3 8:17
  45:7,12,16 50:23
  55:23 56:7 62:18
  97:9 114:18
  128:11 149:8,11
  155:24 156:12
  168:15 176:12,19
  179:12 187:1
  191:3 192:24
  193:16 195:1,24
  199:22
witnessed 164:4
woman 187:5
wondering 180:3
Woody 31:4
word 136:15 193:7
words 32:18 57:23
  69:15 123:9
  148:15 198:3
work 13:1 15:15



20:9 28:20 47:11
47:21 48:5 58:18
58:19,21 59:5
72:7,8,8,10,12
82:12,12
**worked** 47:22
181:8
**worker** 23:4 162:18
**working** 15:13
72:13 82:10 182:3
**works** 72:15
**worries** 171:19
**write** 163:18
**written** 75:8 78:2
**wrong** 168:1
171:14
**www.MagnaLS.c...**
1:24

**X**

**X** 3:1,14

**Y**

**yeah** 11:19,19,22
12:6 13:8 14:1,1
14:11 15:16,16,17
20:22 21:10,13
22:15 23:18,20
26:21 27:14 28:3
30:13,16 34:16
35:17 37:2 38:18
38:22 43:12,12,17
45:16 46:16 48:2
49:13,15 51:3,20
52:3,6,12,13 53:4
53:6 55:11 56:14
58:3,7 59:4,24
63:19,23 64:5,21
65:9 66:6,9,14,15
67:3,24 68:7
70:19 71:6,8
73:12 74:3,10,13
74:21 76:1,20
77:3,8,12,17
78:12,23 80:5
81:8,24 82:3,9

83:13,19 85:6
86:13,19 87:15
88:17 91:9 92:1,3
95:15 96:18,20
97:5,20 98:3
101:16,18 102:1,1
102:2 103:20
104:9,12,15 105:7
106:1,20 110:13
110:21,24,24
113:17 114:15
115:12 117:6
118:14,16,21
123:21 130:10,14
132:6,8 134:8
135:13,19 139:16
139:19 140:9
142:5 143:6
150:10 154:2,22
156:10 157:22
158:24 161:6,7
163:5 164:12
165:24 166:21
171:16 173:14
175:12,19,20
176:1 177:20
178:9 183:7 186:1
186:11 192:5
194:18 197:5
**year** 14:14 22:5
24:1 27:18 43:2
44:1,3,4,16,17
47:18 73:21
**years** 25:13 26:17
28:13 37:22 38:2
60:18 79:20,21
93:14 142:9
143:10 164:17
182:8 188:21
**Year's** 177:15,17
177:18,19,20
178:9
**yellow** 48:19
**Yep** 12:19 17:9
48:14 50:19 57:21
57:21 58:17

110:13 135:13
146:23 152:21
153:6
**York** 37:24 38:1,8
38:9,10,11,12
39:2,23,24 40:21
40:23 41:1 42:1,6
42:16,19 43:2,8
43:14,15,17 44:11
44:14 45:11,20,24
46:1,13,16,20,23
47:1,2,5,13,14
52:22 53:1 56:22
57:10 142:3 143:3
**younger** 41:16
60:16,16,16,18
**youth** 34:23 35:7,8
35:10,24 36:1,10

**Z**

**zip** 8:8
**zodiac** 191:18

**$**

**$200** 82:8
**$230** 111:24
**$250** 187:18

**0**

**06** 148:1

**1**

**1** 81:8
**1st** 10:19 177:15
178:12
**1:21** 200:1
**10** 108:10
**10th** 85:12 189:13
**10:11** 1:15
**11** 78:19 81:6,7
**12** 81:8 178:7
**12th** 48:7,18,22
**13** 31:18 51:11
**13-2773** 1:7
**14th** 2:18 51:7
**14-1643** 1:6

**15** 106:12 107:4,23
188:21
**1500** 146:10
**16** 31:16 101:4
**16-something** 93:8
**1621** 8:4,23 13:20
18:23 48:8,23
66:2 101:7 110:2
110:8,12 122:12
155:2,4,6 156:5
156:16,23 160:2,5
160:10 161:1
175:2 192:1
**1628** 80:11 96:23
147:19 163:24
**1635** 203:12
**1655** 93:7
**17** 31:17 34:22 35:9
35:13 36:8
**171** 3:21,23
**179** 3:6
**18** 35:11,20 36:3,5
36:9 50:24 51:1,3
**187** 3:5
**19th** 29:14 51:8
**19102** 2:19
**19103** 2:10 203:14
**19106** 2:4
**19131** 8:9
**192** 3:8
**198** 3:5
**1989** 29:8
**1990** 51:8,11
**1995** 31:22,23
**1996** 41:14

**2**

**2** 71:23 74:22 76:5
**2nd** 177:11,12
**2:15** 90:19,22 91:9
**2:20** 91:10 98:1,13
**2:30** 90:24 91:3,8,9
98:2,14 102:6
**2:40** 102:7 106:22
107:2
**20** 83:10 142:9

143:10
**20-something**
142:7
**200** 82:2
**200-something**
81:24
**2000** 1:15 2:9 45:17
45:19 47:19 48:17
48:22 56:13 85:12
177:5
**2001** 29:1 53:18
54:7 60:14 61:18
62:24 77:16 80:4
81:4 85:3,13,20
94:4 113:7,15
146:20 147:20
149:19 153:4
162:15 176:16,17
177:6 185:13
186:2,5,15 189:16
198:15,24
**2002** 153:3,5
**2006** 10:21
**2014** 16:21,22
17:24 18:7 113:14
**2018** 14:3 15:5
16:22
**2019** 15:3
**2020** 15:1
**2021** 1:10 201:13
203:5
**21** 11:9 101:5
**21-22** 4:12
**215** 2:4,11
**22** 11:10
**22nd** 9:8
**23rd** 10:11
**23-18** 4:12
**2300** 2:9
**28** 143:8

**3**

**3** 90:14,15,17,21
107:6
**3rd** 176:14
**3:30** 128:7



**30** 1:10 83:10
  127:23 201:13
  203:4
**303** 2:3
**332** 58:14 59:9
**3700** 146:2

**4**

**4** 177:6 198:15,24
**4th** 74:15 77:15
  78:6,11 80:4,17
  81:4 84:20,23
  85:3,7,13,20
  113:2,6,15 146:20
  147:20 149:19
  186:15 189:16

**5**

**5** 3:5
**50** 83:5,10
**50,000** 151:18
**52nd** 21:16 128:19
  129:7 134:6
**54th** 8:7
**55th** 65:2,20,23
  66:1,12 67:2,9,10
  67:16,19,22 68:2
  68:3,9,12,13
  80:11,12 87:8,11
  88:6,23 89:20,23
  90:2,9 91:12,14
  91:17,19 92:5,14
  92:17,22 93:7
  94:24 96:19 98:1
  139:2,7,13 147:20
  155:19 156:1
  164:1 175:22
  184:7,8 196:12,15
  196:22 199:11
**56th** 87:10,12,13
  90:8 134:15,16
  135:21 136:5
  155:2,6 181:10
  182:2
**5600** 61:17
**57th** 8:7 175:23

**575-2600** 2:11
**59th** 180:15

**6**

**6/28/77** 7:18
**60,000** 34:9
**60-something**
  14:18
**61st** 12:1 21:21
  22:6 65:13,16
  88:4,23 89:1,15
  89:22 90:3 92:13
  117:8,9,15,18
  133:17 142:16
  154:13
**62nd** 28:4,12
**624-6221** 1:23
**627-8516** 2:4
**63rd** 131:7
**66th** 31:12
**6630** 11:12

**7**

**7th** 153:3
**73** 10:15
**75** 10:11 83:10
**79** 10:19

**8**

**8** 58:2 71:23 74:22
  76:5
**86th** 54:23
**888** 1:23

**9**

**9th** 203:13
**90** 29:8 170:3 181:6
**90s** 25:11 55:1
  60:15 93:13
  103:14 174:3,9,10
  175:24 180:14
  181:3,9 182:9
  188:7,8
**903** 26:19
**92** 24:2
**94** 36:7 77:5

**95** 31:21 77:6
**96** 38:15 52:6
  170:17
**97** 44:2,15
**98** 44:2,16

