EXHIBIT "2"

## INVESTIGATION REPORT — PHILADELPHIA POLICE DEPARTMENT

| YEAR | DISTRICT OF OCCURANCE | DC NUMBER | REPORT TYPE | | DISTRICT | SECTOR |
|---|---|---|---|---|---|---|
| 1 | 19 | 698 | INITIAL (49) | Sheet 1 of 6 | 19 | X |

| PREVIOUS CLASSIFICATION | CODE | INVESTIGATING OFFICER | BADGE | PAYROLL | DIST/UNIT PREPARING | CODE | REPORT DATE |
|---|---|---|---|---|---|---|---|
| | | P/O MONAGHAN | 6061 | 201073 | Narcotics | 7405 | 1/4/01 |

| CLASSIFICATION | CODE | PLACE OF OCCURRENCE | J.A.D. INVESTIGATIONS Juvenile Offenders |
|---|---|---|---|
| NARCOTICS | 1807 | 5600 W. MASTER ST. | ☒ Male  ☒ Female  ☒ Adult Offenders |

| COMPLAINANT | AGE | RACE | SEX |
|---|---|---|---|
| P/O MONAGHAN | | COMPANY | MALE |

| COMPLAINANT ADDRESS | COMPLAINANT PHONE |
|---|---|
| 7801 ESSINGTON AVE. | 685-4135 |

| TYPE OF PREMISES | DATE REPORTED | TIME REPORTED | REPORTED BY | ADDRESS |
|---|---|---|---|---|
| 70 | 1/4/01 | 3:30 PM | P/O MONAGHAN #6061 | 7801 ESSINGTON AVE. |

| DATE OF OCCURRENCE | DAY CODE | TIME | FOUNDED | STATUS | UNIT |
|---|---|---|---|---|---|
| 1/4/01 | 4 | 3:30 PM | ☒ Yes ☐ No | 1. ☐ Active  2. ☐ Inactive - not cleared  3. ☒ Arrest - cleared  4. ☐ Exceptionally cleared | 7405 |

| STOLEN PROPERTY | PROPERTY VALUE | RECOVERED VALUE | INSURED | OCCURRENCE |
|---|---|---|---|---|
| B. Miscellaneous | $ 0 | $ 0 | ☐ Yes ☐ No | ☐ Inside ☒ Outside |

**NARCOTICS CASE NUMBER SW-01-007**                **NARCOTICS FIELD UNIT TWO PLATOON**

**1. ORIGINS AND DETAILS OF COMPLAINT:** ON THURSDAY, 01/04/01 AT APPROX. 3:30PM THE BELOW DEFENDANT'S WAS ARRESTED FOR NARCOTICS VIOLATIONS.

A. DARNELL DELEE 19 B/M 5605 W. MASTER ST. DOB/ 7-13-81
B. ANTHONY HODGES 20 B/M 5607 W. MASTER ST. DOB/ 7-9-80
C. KABIYAN DIGGS 19 B/M 5531 OSAGE AVE DOB/ 5-25-81
D. RONALD FRREMAN 16 B/M 135 N. 61TH ST. DOB/ 5-10-84
E. ARTHUR TILLMAN 21 B/M 1513 N. FRAZIER ST. DOB/ 12-19-79
F. MARK PICHONOT 15 B/M #19 N. 52ND ST. DOB/5-1-85
G. KAREEN TORAIN 23 B/M 1621 N. CONESTOGA ST. DOB/ 6-28-77
H. RAYMOND HOWARD 26 B/M 1752 ABERDEEN ST. DOB/11-18-74
I. MAURICE GREY 20 B/M 5256 PARKSIDE AVE DOB/ 1-2-81
J. GLEN DELEE 43 B/M 5605 W. MASTER ST. DOB/11-8-57
K. EILEEN HODGES 54 B/F 5607 W. MASTER ST. DOB/ 1-15-46
L. MIGEL MOON 21 B/M 1143 E. PRICE ST. DOB/ 8-29-79 (ARRESTED 1-10-01)

**ASSIGNED:** P/O BRIAN MONAGHAN #6061 PR# 201073, NFU/SW, 2 PLTN

**2. INTERVIEWS AND INTERROGATIONS:**

P/O Monaghan #6061, Received Detailed Information From A Confidential Source And 19th District Police Officers, P/O Ronald Cain #4959 & P/O Joseph Goglielmucci #2460, Refering To Drug Activity Involving The 5600 Blk Of W. Master St. Listed Locations 5609 W. Master St, Abandoned Property Narcotics Being Packaged In This Location. 5607 W. Master St Being Used As A Stash House, Containing Marijuana, Crack, And Weapons. 5605 W. Master St, Narcotics Sold From Front Porch Area. Also A B/M Name "Al", And A B/M By The Name Of "Pud".

On Tuesday, 1-2-01, At Approximately 3:45 Pm, P/O Monaghan #6061 & P/O Kelly #7126, Set Up A Surveillance In The Area Of 5600 W. Master St. P/O Monaghan #6061 Observed #1 B/M (Later I'd A Anthony Hodges) Wearing A Blk Down Jacket & Grey/Black B/B Cap 5'8 Med Compl 20's, And #2 B/M (Later I'd As Darnell Delee) Blk Jacket W/Fur Around Hood, 5'8 Med Compl 20's W/Red Wool Knit Skull Cap, Standing On The Porch Of 5605 W. Master St. At Approx: 3:45 Pm HODGE Knocked On The Front Door Of 5605 W. Master St, Unk B/M Opened The Door And Handed HODGE A Golf Ball Sieze Object, HODGES Then Handed Delee Objects From The Golf Ball Seize Object. Between 3:45 Pm & 5:30 Pm, HODGE And Delee On Different Occassions Would Accept Unk Amounts Of Usc From Unk B/M' & Unk B/F's In Exchanged For Small Packets They Retreived From Their Persons. At Approximately 5:12 Pm A Grey Olds Veh Stopped In The 5500 Blk Of W. Master St, And Passenger Exited The Veh And Walked Towards The N/W Corner Of 56 & Master St, After A Breif Conversation With Both HODGES And Delee They Walked The Unk B/M Into 5607 W. Master St. After About 10 Minutes The Un B/M Exited The Location, P/O Monaghan #6061 Observed The B/M Place A Large Clear Bag Containg A Grn Weed Substance Into A Blk Bag He Was Carrying. At This Time #2 B/M Went To 5609 W. Master St Removed Usc From His Jacket Pocket, Opened The Front Door And Placed The Usc Into That Property. The Unk B/M Walked To The Corner Where The Olds Veh Picked Him Up And Then Left The Area. The Veh Was Followed By Members From The Nfu To 4700 Blk Of Merion Ave. 2 Unk B/M Occupants Exited The Veh, Passenger Carrying The Blk Bag Then Entered 4710 Merion Ave. HODGE Then Entered 5605 W. Master St.

SIGNATURE ___M___ #6061   SIGNATURE ___Hardman___ #8771   SIGNATURE ___

**INVESTIGATION REPORT**  PHILADELPHIA POLICE DEPARTMENT

| YEAR | DISTRICT | DC NUMBER | CONTROL NUMBER | PAGE 2 |
|---|---|---|---|---|
| 01 | 19 | 698 | SF-01-007 | |

On Wednesday, 1-3-01 At Approximately 11:00 Am, P/O Monaghan #6061 & P/O Kelly #7126, Set Up Surveillance For The Locations Of 5605, 5607 & 5609 W. Master St. At Approx. 11:31am Police Observed A Dark Colored Buick Pa Tag Dkd2171 ( Which Is Registered To Glenn Lee 5607 Master ) Operated By A Delee Wearing Blk Down Jkt, W/Red Wool Knit Skull Cap, Park In Front Of 5605 Master St. At Approx. 11:52 Am Delee Received A A Golf Ball Size Object  Cont Dark Colored Objects Out The Front Door Of 5605 Master St. Between 11:30 Am And 11:58am B/M #2 Gives Numero B/M's And Female Small Dark Objects From Inside Of A Clear Baggie That He Was Holding On His Person Inexchange For Usc.

At Approx. 11:58am A B/M (Later I'd As Migel MOON PPN#817626) Wearing Dark Jacket, Blue & Whit Titans Ball Cap Exits 5605 Master St And Hands Small Objects To A B/M Wearing A Tan Jacket Ir Exchange For Usc. MOON Then Goes Onto The Porch Of 5607 And Counts Green Packets That Are Inside A Clear Baggie That He Retrieved From His Person. MOON Then Gives Numerous Of These Packets To 2 Males And 1 Female In Exchange For Usc. MOON Then Places The Bundle In His Right Pocket.

At Approx. 2:22pm HODGE Wearing A Blk Averix Jkt Exited 5607 Master St And Gives A B/M Wearing Black Jacket , Blue And White Plaid Shirt Small Object In Exchange For Usc.

At Approx. 2:26pm MOON Takes From His Person The Clear Baggie Mentioned Earlier That Cont Gre Packets And Hands Them To B/M #2. MOON Then Gets Into The Passenger Side Of A Dark Colored Ol Pa Tag Bzr 4983( Which Comes Back To A Mazda) And Leave N/B On 56th St.

Between 2-3:00Pm Kabeyn DIGGS Wearing A Black Jacket , Red Shirt And Base Ball Cap Parked A Older Model Subaru Staton Wagon Pa Tag CDP3580 On The N/W Corner Of 56th And Master. This B/M Exited Carring A Green Timberland Shoe Box And Went In 5605 Master St.  This B/M Exited A Sho Ime Later And Left In The Subaru.

At Approx. 3:56pm Delee Was Observed Giving (2) B/F's Small Objects In Exchange For Usc In Th Rear Of The Store On The N/E Corner Of 56th And Master St.

At Approx. 3:58pm P/O Mitchell#4145 Went To That Corner To Attempt To Make A Controlled Narcotics Purchase From Delee P/O Mitchell Met Delee Inside Of The Store And Engaged In Narcotics Related Conversation After Which Delee Told P/O Mitchell To Stay Inside . Delee Exited The Store Walked To The Rear Of The Store And Removed Small Objects From His Person . Delee Then Opend The Backdoor Of The Store And Called P/O Mitchell#4145 Outsid. Delee Handed P/O Mitchell theses Small Object In Exhcnage For 20.00 Pre-Recorded Buy Money. P/Omitchell Left And Turned Items Purchased(4 Black Tinted Heat Sealed Packets Cont A White Chunky Substance) Over To P/O Monaghan ..A Majority Of Observation On 1/3/01 Were Video Taped By P/O Kelly #712 And P/O Monaghan #6061.

On 1/4/00 P/O Kelly #7126 And P/O Monaghan Set Up A Surviellance Of 56th And Master St. At Approx. 1:41 Pm Police Observed A Green Bonneville Pa Tag Dkc3310 ( Registered Carolyn Gillis Travel N/B On 56th St To The Intersection Of 56th And Master.  At This Time Delee Who Was Standing On Steps Of 5605 Master St Made A Hand Gesture Toward The Bonneville And Yelled ,"Yc At This Time The Bonneville Traveled W/B On Master St And Turned N/B Onto Ithan St. At This Ti Delee Ran W/B To Ithan St And Entered The Passenger Side Of The Bonneville. Delee Exited Afte Approx 2-3 Mins And Ran Back To The Corner Of 56th And Master. The Bonneville Who Was Being Operated By A B/M Later I'd As Kareem Torian Was Followed Back To 1621 N. Conestoga St By P/O Walker #3730 Where Police Observed Torain Exit His Vehicle And Enter 1621 Conestoga. Police Observed Delee Go Immediately Go Back To The Corner Of 56th And Master And Give Small Objects Which He Retrieved From His Pocket To Numerous Males And Females In Exchange For Usc.

At Approx. 1:43 Pm Police Observed The Sebring Travel W/B On Master St Being Operated By Christina Braxton Stop In Front Of 5607 Master St. Anthony Hodge Exited The Passenger Side An Entered Into 5607 Master St With A Key. Hodge Was Observed On Numerous Occasions Entering And Exiting 5607 Master St With A Key On 1/4/01.

At Approx. 1:55pm P/O Kelly Overheard Delee Who Was Standing On The Southeast Corner Of 56th / Master St  Tell Kabeyn Diggs That Kareem ( Operator Of The Green Bonneville) Only Had A Bundl On Him And Would Call When The Rest Was Ready.

At Approx. 2:00pm P/O Reynolds #4268 Observed Torain Exit 1621 S. Conestoga And Travel W/B On Hunter St In The Bonneville To The S/W Corner Of 55th And Hunter St. At This Point Torain Exit His Vehicle And Entered Into 1628 N 55th St With A Key.

SIGNATURE: P/O Brian Monocha #6061   SIGNATURE: [illegible] #8771   SIGNATURE:

NFU 07424

| INVESTIGATION REPORT | | | PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|---|---|
| YEAR | DISTRICT | DC NUMBER | CONTROL NUMBER | PAGE 3 |
| 01 | 19 | 698 | SF-01-007 | |

At Approx. 2:05pm Police Observed Delee Answer The Pay Phone On The N/W Corner Of 56th And Master St The Jog To The Buick ( Mentioned On 1/3/00) Along With Diggs And Athur Tilman. P/O Walker Followed Them To 55th And Hunter St. Where They Parked The Car On 55th St. All These Males Exited The Buick And Were Admitted Into 1628 S. 55th St By Torain. After Approx. 20 Mins All Three Males ( Delee, Tillman,Diggs)Exited 55th St, With Delee Placing A Clear Bag Inside Of Hi Jacket. All Three Males Go Into The Buick And Were Followed Back To 56th And Master By P/O Reynolds. P/O Walker Remained At 55th And Hunter Watching 1628 55th St.

At Approx. 2:35pm Police Observed Hodge Exit 5607 Master St And Go Into A Red Plymouth Breeze Delaware Tag D4398 And Take Unknown Objects From Inside Of The Car And The Trunk.Hodge Then Walked Back To Into 5607 Master St.

At Approx. 2:37pm Police Observed The Buick Park On The East Side Of 56th St Just North Of Master. All Three Males Exited The Vehicle And Walked To The Porch Of 5605 Master St.

At Approx. 2:37pm Police Observed Delee Hand Bundles To Moon, Freeman,Hodge And Diggs. Delee Then Placed A Clear Baggie Cont Numerous Green Tinted Packets In His Right Jacket Pocke Delee Then Was Observed Giving These Small Green Packets To Numerous People In Exchange For Usc.Police Observed Moon, Freeman, Hodge,

Diggs, And Delee Were Observed Giving Males And Females Small Objects In Exchange For Usc.

At Approx. 2:58pm Torain Left 1628 N. 55th St And Left The Area In His Bonneville. P/O Reynold #4268 Followed This Vehicle Out Of The Area And With The Aid Of Uniform Vehicles Stopped Tora At 61st And Nassau St And Placed Him Under Arrest. Recovered From Him Was (1) Pager, (1) Nexte Cell Phone, (1) Cancer Key Ring Cont 5 Keys, (1) Black Key Ring Cont 3 Keys( One Was Later Determined To Work The Door Of 1628 N. 55th St And Apt #2 Inside),(2308207) 250.00 Usc.(2308208).

At Approx. 3:05pm A Green Bonneville Pa Tag Dms7857 Operated By Raymond Howard And In The Passenger Seat Was A B/M Later I'd As Maurice Grey , Parked On The East Side Of 56th St Just North Of Master St. Both Males Exited The Vehicle And Walked To The Porch Of 5605 Master St, Where Delee Handed Howard A Large Amount Of Usc. All Males Walked To The N/W Corner Of 56th Ar Master St.

At Approx. 3:13pm Delee, Freeman Got Into The Buick ( Mentioned Earlier )And Left The Area N/ On 56th St.

At Approx. 3:17pm A Marked Police Vehicle Stopped In The Middle Of 56th And Master St And Activated Lights And Sirens On The Vehicle . At This Time Grey, Howard, Diggs Got Into The Bonneville And Left N/B At A High Rate Of Speed. Hodge And A B/F Got Into The Breeze And Left The Area S/B On 56th St At A High Rate Of Speed. P/O Kelly Notified Backup As To Description ? Direction Of These Vehicles And Occupants. P/O Fitzgerald #2228 And P/O Francis #3981 Stopped The Bonneville On 1400 N Alison St. Recovered From Howard Was (2) Bundles Of Money One Was 585.00 Usc And The Other Was 553.00 Usc.(2308202).Recovered From Diggs Was (2) Cell Phone, (2298598) 313.00 Usc, (2298597) (14) Blue Oval Pills( Alleged Xanax),(2298596). Recovere From Grey Was (1) Clear Bag Cont (112) Blue Oval Pills (Alleged Xanax),(1) Clear Ziplock Pack Cont (14) Yellow Tinted Ziplock Packets Cont A White Chunky Substance,(2308219) 68.00 Usc. (2308220).(GREY) WHILE IN CUSTODY AT THE 19TH DIST,(GREY) WAS INADVERTENYLY RELEASED FROM CUSTODY. AT 10PM INSIDE OF 7801 ESSINGTON AVE, (GREY) WAS TAKEN BACK INTO CUSTODY, FOR NARCOTICS VIOLATIONS.

P/O Reynolds #4268 And P/O Walker #3730 Stopped The Breeze At 56th And Market St. Hodge Was Placed Under Arrest And Recovered From Him Was (5) Blue Tinted Ziplock Packets Cont A Green Weed Substance, ALLEGED (MARIJUANA)(2308205) And (1) Key Ring With(3) Keys One Of Which Was Later Determined To Work The Door At 5607 Master St.(2308222).

At Approx. 3:27pm Darnell Delee Ronaldfreeman Ran S/B Down 56th St From Media And Onto The Po: Of 5605 Master St And Yelled "Yo The Cops Got Them And There Coming" At This Time Moon, Pichonot And Tillman Ran Out The Front Door Of 5605 Master St. All Five( Moon, Pichonot,Tillman,Freeman,And Delee) Then Preceded To Run N/B On Ithan St.P/O Kelly Notified Backup As To Description And

Direction Of All 5 Males. P/O Walker #3730 Stopped Freeman And Pichonot At Frazier And Media St. Recovered From Freeman Was 106.00 Usc(2298599) And His Black Jacket With Fur Collar,(2298600) Recovered From Pichonot Was His Red Leather Jacket With "Player" Written On The Front.(2308201) P/O Fitzgerald #2228 Stopped Tillman, And Delee On Frazier And Media St. Recovered From Delee Was (1) Key Ring That Cont (7) Keys, One Of Which Worked The Front Door 5705 Master St And Another Worked The Padlock On The Door Going Into The Second Floor Rear

INVESTIGATION REPORT  PHILADELPHIA POLICE DEPARTMENT

| YEAR | DISTRICT | DC NUMBER | CONTROL NUMBER | PAGE 4 |
|---|---|---|---|---|
| 01 | 19 | 698 | SF-01-007 | |

Bedroom(2298595) And 2 Bundles Of Money One Cont 850.00, 20.00 Of Which Was Pre-Recorded Buy Money Used By P/O Mitchell On 1/3/00 And The Other Cont 280.00 Usc.(2298594) Moon Was Lost In Area.

At Approx. 3:50pm Members Of Narcotics Went To 1628 N. 55th St To Attempt To Secured The Apartment That Torain Went Into. P/O Kelly Spoke With The Manager Of The Property Vincent Saunders In Reference To A B/M Who Rented A Room Inside. Mr Saunders Stated That He Knew A B/M Light Complexion, Heavy Build And Light Beard Who Drove A Green Bonneville With Tinted Windows And Shinny Rims Lived In Apt #2. This Male Had Young Males Entering And Exiting His Room Frequently. At This Point The Owner Of The Property Vincent Saunders Showed Up And Stated That No One Had Rented Apt #2 And No One Had Permission To Be Inside Of The Property. P/O Monaghan #6061 Tried One Of The Keys From Torains Key Ring In The Lock At Apt #2 And It Opened The Lock. The Owner Again Stated That No One Had Rented The Apt And No One Had Permission To Be Inside. The Apt Was Secured Pending Search And Seizure Warrant.

On 1/4/00 At Approx. 3:30PM Members Of Narcotics Executed Search And Seizure Warrant #'S 99025,99026,99027 At 5605, 5607,5609 Master St AND HAD TO FORCEABLY GAIN ENTRY INTO ALL PROPERTIES.

Inside 5605 Master St Glenn LEE Was Stopped In The Living Room Area And Placed Under Arrest. Recovered From Inside 5605 Master St Second Floor Rear Bedroom ( Which Had A Padlock On The Door) In The Closest (1) Blue Ballistic Vest,(2298591) On The Dresser (1) Clear Bag Cont ,(1) Clear Baggie Cont (63) Green Tinted Ziplock Packets Cont A White Chunky Substance, (1) Clear Baggie Cont (53) Green Tinted Ziplock Packets Cont A White Chunky Substance, (1) Clear Baggie Cont (31) Clear Tinted Ziplock Packets Cont A White Chunky Substance, (1) Clear Baggie Cont (30) Clear Tinted Ziplock Packets Cont A White Chunky Substance ( A Gram Total Of 177 Packets And Approx. Weight 17.7 Grams),(2298590) (1) Box Cont Numerous Live 45.Cal And .40 Cal Bullets,(2298592) (1) Clear Baggie Cont Numerous New And Unused Green Tinted Packets, (1) Receipt From First Judical Dist Pa, In Name Of Darnell Delee. Recovered From First Floor Numerous Pieces Of Mail In Name Of Glenn Delee And Darnell Delee.(2298593)

Inside 5707 Master St Eileen Hodges Was Stopped And Placed Under Arrest By P/O Galazka #7481. Recovered From Inside A Drawer In The Living Room Was 268.00.(2298587) Recovered From The Basement Was (1) Black AR 15 ,.22cal Assault Rifle , Empty Magazine Serial #A774130,Sawed Off Butt (1) Black AR22 ..22cal Assult Rifle , Empty Magazine, Serial#021088, Sawed Off Butt (1) 12 Gauge Pump Shotgun No Serial # Saw Off Barrel And Butt Sawed Off, And (1) Baggie Cont Various Caliber Live Rounds.(2298589)Recovered From Anthony Hodges Second Floor Middle Bedroom Was (1) Clear Baggie Cont (76) Blue Tinted Heat Sealed Ziplock Packets Cont A Green Weed Substance And (1) Ziplock Bag Cont A White Chunky Substance ( Approx. 11.5 Grams Alleged Crack Cocaine)(2298586).

Inside 5609 Master St. (5) Green Tinted Ziplock Packet Heat Sealed Cont A Green Weed Seed Substance,(2308203) Numerous New And Unused Black Tinted Packets, And 3 Boxes Cont Various Live Rounds.(2308204).

On 1/5/00 P/O Monaghan #6061 Obtained Search And Seizure Warrant #99028 Approved By Ada Albright And Signed By Bail Commissioner Polkoff.

Inside 1628 N. 55th St Apt #2 At Approx.1:00Am Members Of Narcotics Executed Search And Seizure Warrant #99028. Recovered From Inside In Bed Frame Was (1)Sentry Safe Cont (2) Amber Pill Bottles With White Tops(2308224) And (3) Bags Tied In Knot On Top Cont A White Chunky Substance ( A Total Of Approx. 17 Grams Of Crack Cocaine).(2308223).

ADDITIONAL INFORMATION FOR SEARCH & SEIZURE WARRANT # 99029 FOR A 1986 BUICK LESABRE CP / BLK PA TAG (DKD-2171) VIN# 1G4HR37L0GH424098, OPERATOR (DARNELL DELEE) WAS OBSERVED BY POLICE OPERATING THE VEHICLE WITH KEYS. AT TIME OF ARREST KEYS NOT LOCATED. VEHICLE IN POLICE CUSTODY AT THIS TIME.

LISTED VEHICLES WERE CONFISCATED AT DEFENDENTS TIME OF ARREST FOR NARCOTICS VIOLATIONS. GRN PONTIAC BONNEVILLE PA TAG (DNZ-7857) VIN# 1G2HX53L1N1249916 (OPERATOR- RAYMOND HOWARD) (2308209). 95 PONTIAC BONNEVILLE /GRN PA TAG (DKC-3310) VIN# 1G2HX52K4S4240131 (OPERATOR-KAREEN TORAIN) (2308210) 97 RED PLYMOUTH BREEZE DE TAG-(D4398) VIN# 1P3EJ46CVNS16370 (OPERATOR-ANTHONY HODGES) (2308211). 97 CHRYSLER CP./BLK PA TAG (DFD-4262) VIN# 3C3EL55H1VTS18495. (2308212) SILV SUBARU S/W PA TAG (CDP-3580) VIN# JF1AN42B0JC419435 (OPERATOR-KABIYAN DIGGS) (2308213). 86 BUICK LESABRE CP. /BLK PA TAG (DKD-2171) VIN# 1G4HR37L0GH424098 (OPERATOR-DARNELL DELEE) (2308218).

ON WEDNESDAY, 1-10-01 AT APPROX:11:30AM, DEFT (NIGEL MOON) WAS ARRESTED AT 1401 ARCH ST WHILE REPORTING TO HIS PROBATION OFFICER HOGAN. A DETAINER#41S986M WAS LODGED FOR VIOLATION OF PROBATION/PAROLE.

**DEFENDANTS:** THE DEFENDENTS IN THIS CASE WAS GIEN THEIR RIGHTS & WARNING ACCORDING TO 75-MISC-3 AND CHOOSED TO REMAIN SILENT AT THIS TIME.

### 3. ACTION TAKEN:
**A. DESCRIPTION OF EVIDENCE:**
PR# (2298585) (4) BLK TINTED ZIPLOCK PKTS, OFF/WHT CHUNKY SUBSTANCE ALLEGED (CRACK/COCAINE).
PR# (2298586) CLEAR ZIPLOCK PKTS W/FRUIT SYMBOL CONT (2) LARGE OFF/WHT CHUNKY ROCKS ALLEGED (CRACK/COCAINE) 11 GRMS. & CLEAR LARGE ZIPLOCK BAGGIE CONT (76) BLUE TINTED HEAT SEALED PKTS GRN WEED & SEED SUBSTANCE ALLEGED (MARIJUANA). (INSIDE OF 5607 MASTER ST.
PR# (2298587) TOTAL $ 268.00 USC. (INSIDE OF 5607 MASTER ST.)
PR# (2298588) CLEAR PLASTIC PKT NEW & USED BLK PKTS, & RAZOR BLADE. (INSIDE OF 5607 MASTER ST.)
PR# (2298589) (1) AR#15 .22 CAL ASSAULT RIFLE W/EMPTY MAG SER# A774130, & 12 GAUGE SHOT GUN SAWED OFF BARRELL W/ BRN STOCK MODEL 20-12 GA & (1) AK .22 CAL ASSAULT RIFLE W/ EMPTY MAG SER# 021083, (4) SHOT GUN RDS & 9MM BLK TALON RDS INSIDE CLEAR BAGGIE. (INSIDE OF 5607 MASTER ST).
PR# (2298590) 1- CLEAR BAGGIE (63) GRN TINTED HEAT SEALED PKTS, 1-CLEAR BAGGIE (53) GRN TINTED HEAT SEALED PKTS, 1- CLEAR BAGGIE (31) CLEAR HEAT SEALED PKTS, 1-CLEAR BAGGIE (30) CLEAR HEAT SEALED PKTS TOTAL (4) BUNDLES CONT (177) PKTS CONT OFF/WHT CHUNKY SUBSTANCE ALLEGED (CRACK/COCAINE).(INSIDE OF 5605 MASTER ST).
PR# (2298591) (1) BLUE MAGUM ULTRA-LITE BALLASTIC VEST (INSIDE OF 5605 MASTER ST).
PR# (2298592) (1) BOX ULTRAMAX AMMUNITIONS CONT (45) .40 CAL LIVE RDS. (INSIDE 5605 MASTER ST).
PR# (2298593) WADE CABLE BILL, WATER BILL, LETTER TO GLENN DELEE, MAIL TO DARNELL DELEE, FROM (LAW OFFICE OF GERALD STEIN), RECEIPT FROM 1ST JUDICIAL DIST OF PA (DARNELL DELEE) NEWW & USED GNR TINTED PKTS. (INSIDE 5605 MASTER ST.).
PR# (2298594) TOTAL OF 1,110.00 USC, FROM (DARNELL DELEE) 1501 N. FRAZIER ST.
PR# (2298595) (1) KEY RING W/ 7 KEYS, (1) KEY OPENS 5605 MASTER FRONT DOOR & (1) KEY OPENED THE REAR BEDROOM LOCK OF 5605 MASTER ST. (DARNELL DELEE ARRESTED 1501 N. FRAZIER ST).
PR# (2298596) (14) BLUE OVAL PILLS ALLEGED (XANAX) (KABIYAN DIGGD ARRESTED 1300 N. ALLISON).
PR# (2298597) $ 313.00 USC (K.DIGGS AT 1300 N. ALLISON ST).
PR# (2298598) (2) BLK CELL PHONES ERICSSON & NOKIA (K.DIGGS AT 1300 N. ALLISON ST)
PR# (2298599) $ 106.00 USC (RONALD FREEMAN ARRESTED AT ITHAN & MEDIA ST)
PR# (2298600) (1) BLK DOWN JACKET W/FUR AROUND HOOD (R.FREEMAN AT ITHAN & MEDIA ST)
PR# (2308201) (1) RED/BLK LEATHER "PLAYER" JACKET. (MARK PICHONOT).
PR# (2308202) TOTAL $ 1,123.00 USC. (RAYMOND HOWARD ARRESTED 1300 N. ALLISON).
PR# (2308203) (5) GRN TINTED ZIPLOCK PKTS, GRN WEED & SEED SUBSTANCE ALLEGED (MARIJUANA) (5509)
PR# (2308204) (2) BOXES OF 30-06 CENTER FIRED CART (1) BX MAGUM SHOTGUN SHELLS (5609 MASTER ST)
PR# (2308205) (5) BLUE TINTED ZIPLOCK PKTS, ALLEGED (MARIJUANA). (A. HODGES 5600 MARKET)
PR# (2308206) TOTAL OF $14.00 USC. (ARTHUR TILLMAN ARRESTED AT FRAZIER & MEDIA ST.).
PR# (2308207) (1) KEY RING W/3 KEYS 1-OPENED DOOR AT 1628 N. 55TH ST & 1-KEY RING W/5 KEYS, PHILLIPS PAGER, MOTOROLA NEXTEL CELL PHONE, PROBATION LETTER. (KAREEN TORAIN ARRESTED 6100 NASSAU)
PR# (2308208) TOTAL OF $ 250.00 USC (KAREEN TORAIN AT 6100 NASSAU ST)
PR# (2308209) GRN PONTIAC BONNEVILLE PA (DNZ-7857) (RAYMOND HOWARD AT 1300 N. ALLISON ST)
PR# (2308210) 95 PONTIAC BONNEVILLE GRN PA (DKC-3310) (KAREEN TORAIN AT 6100 NASSAU ST).
PR# (2308211) 97 RED PLYMOUTH BREEZE DE (D4398) (ANTHONY HODGES AT 5600 MARKET ST).
PR# (2308212) 97 BLK CHRYSLER CP. PA (DFD-4262) (KRISTINA BRAXTON).
PR# (2308213) SILV SUBARU S/W PA (CDP-3580) (K.DIGGS AT 1300 N. ALLISON ST).

NFU 07427