# EXHIBIT "8"

| PROPERTY RECEIPT | FROM WHOM TAKEN: KAREEM TORAIN | | SEX: M | Nº 2308207 | |
|---|---|---|---|---|---|
| ☐ LOST AND FOUND | ADDRESS: 1621 S. CONNESTOGA ST. | | DATE: 1/4/01 | TIME: 3:30PM | DISTRICT: NB | UNIT: F2SW |
| ☐ FOR INVESTIGATION | OWNER (If Known) | | LAB USER FEE REQUESTED: ☐ YES ☐ NO | DC NO. CH-19-698 | |
| ☐ PERSONAL PROPERTY FOR SAFEKEEPING | ADDRESS | | | SEIZURE NO. | |
| ☒ EVIDENCE | DEFENDANT'S NAME: REFER TO 75649 | | BULK OF PROPERTY STORED AT: EVIDENCE CUST. | | |

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1. EVIDENCE: ITEM #1-(1) KEY RING CONT. (3) SILVER KEYS-(1) KEY WORKED THE DOOR TO 1628 S. 55TH ST. APT. "2".
   ITEM #2-(1) CANCER KEY RING CONT. (5) KEYS.     ITEM #5-(1) COMMONWEALTH OF PA
   ITEM #3-(1) PHILIPS PAGE MART PAGER.                        BOARD OF PROBATION & PA-
   ITEM #4-(1) MOTOROLA NEXTEL CELL PHONE.                ROLE IN THE NAME OF DEF.
2. CIRCUMSTANCES: ON 1/4/01 AT APPROX. 3:05PM THE ABOVE DEF. WAS ARRESTED FOR NARC. VIOLATIONS THAT OCCURRED OUTSIDE 5600 MASTER ST. CONFIS. WAS THE ABOVE ITEMS.
3. FIELD TEST: NONE
4. CASE#: SF-●-007.
   01

**RECEIVED BY POLICE DEPARTMENT**

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

Arresting or Receiving Officer: (If personal property for safekeeping Desk Supervisor is the Receiving Officer)

PERSON FROM WHOM TAKEN (Signature): UUNABLE TO SIGN

WITNESS Signature: SGT ESSNER 183065 #8771   BADGE NO. (Type): 8771

SIGNATURE: PO MONAGHAN 201073   BADGE NO. (Type): 6061

**TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR**

I hereby acknowledge receipt of the above listed items.

(Date)   (Time)   (Evidence Custodian/Collection)

**RELEASE FROM CUSTODY OF POLICE DEPARTMENT**

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

**RECEIVED BY** (Owner or Agent)

☐ Returned to Owner or Agent
☐ Confiscated by Court

OWNER OR AGENT (Signature)



EXHIBIT
Sinclair-3
10-05-21 EV

NFU 07462