EXHIBIT "9"

**PROPERTY RECEIPT**

- ☐ LOST AND FOUND
- ☐ FOR INVESTIGATION
- ☐ PERSONAL PROPERTY FOR SAFEKEEPING
- ☒ EVIDENCE

FROM WHOM TAKEN: Inside 3 N. 55th St.
ADDRESS: same as above
OWNER (If Known): same as above
ADDRESS: same as above
DEFENDANT'S NAME: 1628 N. 55th St.
BULK OF PROPERTY STORED AT: Police Evidence

No. 2308224

ITEMS OF PROPERTY AND CIRCUMSTANCES UNDER WHICH IT WAS RECEIVED INCLUDING THE EXACT LOCATION TAKEN FROM

1. EVIDENCE: (2) Amber pill bottles w/ white caps and (1) Sentry 1150 safe.
2. CIRCUMSTANCES: Above items was confiscated at time of execution of S&S warrant #99028 at 5600 Master St.
3. N/A
4. CHARGES: N1316M, N1330F, 903F
5. NARC. CASE #: SF-01-07
6. CO-DEFENDANTS: YES
7. ADD. PROP REC #: REFER TO 75-49
8. N/A

If the person from whom the above amount of money and/or property was taken does not sign below, state reason why:

RECEIVED BY POLICE DEPARTMENT

Arresting or Receiving Officer: (If personal property for safekeeping, Desk Supervisor is the Receiving Officer)

BADGE NO. (Type): 75872  8045
P/O Monaghan  01073   8061

**TRANSFERRED TO EVIDENCE CUSTODIAN/COLLECTOR**

I hereby acknowledge receipt of the above listed items.

(Date) (Time)     (Evidence Custodian/Collector)

**RELEASE FROM CUSTODY OF POLICE DEPARTMENT**

This will acknowledge the receipt from the Police Department of the City of Philadelphia of the amount of money and/or property listed above, and will constitute the release of the City of Philadelphia and its agencies from any and all future responsibility therefor.

- ☐ Returned to Owner or Agent
- ☐ Confiscated by Court
- ☐ Destroyed by Order of Court Petition No. ___
- ☐ Escheat to State Escheat List No. ___
- ☐ To Department of Collections
- ☐ Other Disposition (Explain):

RECEIVED BY (Owner or Agent)
OWNER OR AGENT (Signature)
WITNESS (Signature)   BADGE NO.   DATE
RECEIVED BY (Other than Owner or Agent)
SIGNATURE AND TITLE
WITNESS

75-3 (Rev. 6/95)

EXHIBIT Sinclair-2 10-05-21 TK

NFU 07459