# EXHIBIT "2"

### Joseph A. Pollini
### John Jay College
### Law/Police Science & Criminal Justice Administration Department
### 899 Tenth Ave.-T422-38
### New York, N.Y. 10019

**Education:**

- 1995 – MA Criminal Justice. John Jay College of Criminal Justice, C.U.N.Y.
- 1992 – BS Degree – Police Science. John Jay College of Criminal Justice, C.U.N.Y.

**Professional Experience:**

For over 33 years, I served as a member of the New York City Police Department. During this time I served the department in the following ways:

- As a patrol officer
- As an undercover narcotics investigator. I was also designated to train incoming narcotics investigators.
- Assigned as a bomb and explosives investigator. During this time I played an integral role in the investigation of terrorist bombing incidents.
- Assigned as a homicide investigator in the Brooklyn North and Brooklyn South Homicide Units.
- Served the department as a patrol supervisor.
- Commander of a unit within the School Program to Educate and Control Drug Abuse. This was a pilot project where members of the police department educated students in the New York City Public School System on the detriments of narcotics use. This program was evaluated by John Jay College and as a result of their report, the program was instituted citywide.
- Assigned as an investigator and subsequently as a Detective Sergeant and Detective Lieutenant Commander in the Major Case Squad. In this unit, I investigated, directed, and supervised bank robbery investigations, truck hijackings, kidnappings, assaults on police officers, and confidential investigations for the Chief of Detectives and the Police Commissioner. I also trained members of the FBI on kidnapping investigative tactics.
- Served as a member of the Hostage Negotiation Team for 17 years.
- Served the department as a precinct detective squad commander and robbery squad commander.
- Commander the Cold Case Homicide Squad, Special Projects Unit. I was designated to command this unit from it's inception in 1996. In this unit I worked very closely with federal investigators and federal prosecutors to develop cases against violent gangs. I was also designated by the department during this time to develop an investigative plan to identify and eradicate violent gang activity. This plan was subsequently implemented and is still used today to combat gang violence.

**Honors and Recognition:**

- During my career in the New York Police Department, I received numerous citations for outstanding police service and bravery. I was also given an award for not reporting sick during my entire 33 year career.

**Professional Training:**

The following is a list of training courses that I attended while a member of the New York City Police Department:

- Police Academy Recruit Training Course
- 1972 – Narcotics Identification and Undercover Operative Training
- 1974 – Criminal Identification Course
- 1977 – FBI Bomb/Explosives Investigators Course
- 1978 – Arson Investigators Course
- 1979 – Photography Course (Nikon)
- 1980 – Homicide Investigators Course
- 1981 – Sex Crimes Investigators Course
- 1982 – Auto Crime Investigators Course
- 1984 – BMOC-Sergeants Training Course
- 1984 - Dignitary Protection Course
- 1985 – Methods of Instruction Course
- 1985 – Hostage Negotiation Course
- 1989 – Lieutenants Training Course

**Service at John Jay College:**

For over 17 years, I have had the opportunity to serve the college in many ways, including:

- Deputy Chair Person – Law/Police Science/ Criminal Justice Administration (2008-present).
- Full Time Faculty – Lecturer- CCE– Department of Law/Police Science/Criminal Justice Administration.
- Served as a Substitute Assistant and Adjunct Assistant teaching in the Department of Law, Police Science and Criminal Justice Administration, where I have taught a total of 18 undergraduate and 5 graduate level courses.
- As an instructor in the Office of Special Programs.
- As an instructor and coordinator for the investigative portion of the program to upgrade policing in the Dominican Republic. I also acquired and supplied the program with training manuals from the New York City Police Department to teach officers at the Dominican Republic Police Recruit Training School.

- As an instructor in the program operated in the New York City public schools, which seeks to explain police operations to students and faculty.
- Being quoted in numerous local, national and international news media on police and investigative subject matters.
- Serve as a media representative for the college on police related matters
- Represented the college during a seminar at the New York Bar Association as an expert on interrogation.
- Served as the Coordinator for the John Jay College, Criminal Justice Society.
- As a freshman advisor, course fair advisor and as a faculty member who has been cited by Dean's List students and the Student Council for providing outstanding support and advice.
- Serve as a liaison with numerous national and international police agencies. I also regularly meet and greet representatives from various international police agencies and provide them with guidance in various police related matters.
- Served as consultant to the United States Marine Corp on Community Policing. The information that was conveyed to the USMC is being integrated in military operations in Iraq and Afghanistan.
- Serve as a police consultant for many of my college colleagues.
- I have developed courses for the Graduate Studies Program dealing with policing and investigations.
- I will be playing an integral role in the development of the new curriculum for the Police Studies Major at John Jay College. These course will be taught, starting in the Fall 2011 Semester.

## Expert Witness

- I have testified on numerous occasions in Federal and State Court as a police officer. I am also qualified as an expert witness in Federal Court.

## References:

Available upon request