IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM TORAIN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-1643 |
| CITY OF PHILADELPHIA, ET AL. : | |

## O R D E R

**AND NOW**, this 12th day of January 2023, upon consideration of Defendants City of Philadelphia, Brian Monaghan, Sean Kelly, and Gary Sinclair's Motion to Preclude the Testimony and Report of Plaintiff's Expert Joseph A. Pollini (ECF No. 60), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**