IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM TORAIN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-1643 |
| : | |
| THE CITY OF PHILADELPHIA et al : | |

**O R D E R**

**AND NOW**, this  16th  day of   February  , 2023, at the request of Counsel and the agreement of Counsel, it is **ORDERED** that a Telephone Conference regarding settlement negotiations is scheduled for Thursday, February 16, 2023, at 2:00 p.m.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**