IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM TORAIN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-1643 |
| CITY OF PHILADELPHIA, ET AL. | : | |

## O R D E R

**AND NOW**, this 27th day of April 2023, upon consideration of Defendant City of Philadelphia's Motion to Quash the Subpoena to Appear and Testify Directed to Staff Inspector Francis Healy, Esq. (ECF No. 117) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**