IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM TORAIN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-1643 |
| CITY OF PHILADELPHIA, ET AL. : | |

**O R D E R**

**AND NOW**, this 18th day of August 2023, upon consideration of Defendant City of Philadelphia's Motion *in Limine* to Preclude Testimony of Witnesses and Plaintiff's Proposed Exhibits in Contravention of the Federal Rules of Evidence (ECF No. 128) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that as follows:

1. The City's Motion is **GRANTED**. Plaintiff is precluded from using Theresa Levins, Seth Williams, Curtis Douglas, Edward McCann, Reginald Graham, and John Delaney as witnesses at trial.[1]  Plaintiff is also precluded from presenting his proposed exhibits 22-28, 30-34 and 41-46 at trial.

2. Plaintiff will be permitted to present his proposed exhibits 35-37 at trial, insofar as they comply with our March 8, 2023 Order on the admissibility of evidence regarding the Freeman investigation (ECF No. 115).

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] Though this Motion also includes Francis Healy as one of the witnesses whose testimony they seek to have precluded, the Court has already ruled that Mr. Healy will be permitted to testify at trial in its denial of the City's Motion to Quash his subpoena. (Order and Memo. Denying Mot. Quash Healy, ECF No. 144-145.)  For this reason, Mr. Healy is omitted from this Order and the accompanying Memorandum.