IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM TORAIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA; WALKER; REYNOLDS; and MONAGHAN | : : | NO. 14-1643 |

## CIVIL JUDGMENT

BEFORE THE HONORABLE R. BARCLAY SURRICK

**AND NOW**, this 18th day of September 2023, in accordance with the Jury Verdict Slip, it is **ORDERED** that **JUDGMENT** is entered in favor of Defendants the City of Philadelphia, Jeffrey Walker, Brian Reynolds, and Brian Monaghan, and against Plaintiff, Kareem Torain.

**IT IS SO ORDERED**.

BY THE COURT:


ATTEST: s/ *Tashia C. Reynolds*

_____
Tashia C. Reynolds, Ph.D.
Deputy Clerk


**Civ 1 (4/21)**